# EXHIBIT 1

8/10/22, 1:45 PM                    Corporation/LLC Search/Certificate of Good Standing



Office of the Secretary of State Jesse White
ilsos.gov

ilsos.gov is now ilsos.gov

## Corporation/LLC Search/Certificate of Good Standing

### Corporation File Detail Report

| | |
|---|---|
| File Number | 67572033 |
| Entity Name | ERMAK USA, INC. |
| Status | ACTIVE |

**Entity Information**

Entity Type
CORPORATION

Type of Corp
DOMESTIC BCA

Incorporation Date (Domestic)
Wednesday, 22 September 2010

State
ILLINOIS

Duration Date
PERPETUAL

**Agent Information**

Name

8/10/22, 1:45 PM                    Corporation/LLC Search/Certificate of Good Standing

TOGAI ATAC

Address
770 N LA SALLE DR STE 700
CHICAGO , IL 60654

Change Date
Wednesday, 22 September 2010

# **EXHIBIT 2**

**SULLIVAN & SULLIVAN, LLP**
Attorneys at Law
83 Walnut Street
Wellesley, Massachusetts 02481

Richard J. Sullivan
Mark D. Sullivan
Eugene F. Sullivan, Jr.

Telephone (781) 263-9400
Fax (781) 239-1360

Thomas P. Kelley
James M. McLaughlin
Michael J. Mascis

*Of Counsel:*
Robert P. Turner

March 13, 2023

**VIA CERTIFIED MAIL NO: 7018 3090 0001 6932 5756**

Togai Atac
Agent for Ermak USA, Inc.
770 N La Salle Dr., STE 700
Chicago, IL 60654

Re:   Ivan Laguna and Margarita Lopez
     v.
     Lazer Safe, Pty, Ltd.,
     Fiessler Electronik GmbH & Co., K.G.
     Ermak USA, Inc.,
     Ermaksan Turkey, and
     John Doe Distributor
     U.S. District Court – Massachusetts (First District)
     C.A. No. 3:23-CV-30016

Dear Sir or Madam:

I am serving you as agent for Ermak USA and Ermaksan Turkey, doing business as ERMAKSAN, also known as "Ermaksan Makina Sanayi Ve Ticaret A.S.", pursuant to Fed.R.Civ.P. 4 with the Summons and Two Copies of the First Amended Complaint in the above-referenced action located in United States District Court, 300 State Street, Springfield, MA 01105.

Further, in accordance with Fed.R.Civ.P. 4(d)(1), I have also enclosed a Notice of Complaint and Request for Waiver. The service to Ermak USA is complete pursuant to the Massachusetts Long Arm Statute, M.G.L. ch. 223A, § 3. However, in order to avoid the significant cost of service through the Hague Convention to Ermaksan Turkey, doing business as ERMAKSAN, also known as "Ermaksan Makina Sanayi Ve Ticaret A.S.", a waiver is requested pursuant to Fed.R.Civ.P. 4(d)(1).

Please send copies of these documents to your attorney or insurer.

You are required to file an Answer to the Complaint in 20 days.

Thank you.

Very truly yours,

/s/Michael J. Mascis

# **EXHIBIT 3**

**USPS Tracking®**    FAQs >

Remove ✕

**Tracking Number:**
**70183090000169325756**

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

The delivery status of your item has not been updated as of March 23, 2023, 2:56 am. We apologize that it may arrive later than expected.

**Get More Out of USPS Tracking:**
  **USPS Tracking Plus®**

**Alert**
**Awaiting Delivery Scan**
March 23, 2023, 2:56 am

**Out for Delivery**
CHICAGO, IL 60610
March 22, 2023, 8:56 am

**Arrived at Post Office**
CHICAGO, IL 60610
March 22, 2023, 8:45 am

**In Transit to Next Facility**
March 19, 2023

**Arrived at USPS Regional Facility**
BOSTON MA DISTRIBUTION CENTER
March 15, 2023, 9:45 pm

**Hide Tracking History**

**Text & Email Updates**    ∨

**USPS Tracking Plus®**    ∨

**Product Information**    ∨

See Less ∧