UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IVAN LAGUNA and MARGARITA LOPEZ, | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 3:23-CV-30016-KAR |
| v. | ) ) ) | |
| LAZER SAFE, PTY, LTD, FIESSLER ELECTRONIK GmbH & CO., KG., ERMAK USA, INC., ERMAKSAN TURKEY a/k/a ERMAKSAN MAKINA SANAYI VE TICARET A.S., and JOHN DOE DISTRIBUTOR, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## MOTION TO DISMISS
## OF THE DEFENDANT LAZER SAFE PTY LTD

Pursuant to Fed. R. Civ. P. 12(b)92), defendant Lazer Safe Pty Ltd. ("Lazer Safe"), moves to dismiss Plaintiffs' Second Amended Complaint, for the following reasons, and as set forth in the accompanying Memorandum of Law and Declaration of Ian Costley:

1. Lazer Safe is an Australian corporation, headquartered and operating exclusively in Perth, Western Australia, drawn in to this lawsuit as, allegedly, a manufacturer of some "component" of a press brake alleged to have injured plaintiff Ivan Laguna;

3. The "press brake" was not manufactured in Massachusetts, nor was the component at issue allegedly shipped into Massachusetts. Lazer Safe has no operations, employees, assets in the Commonwealth of Massachusetts. Lazer Safe ships no goods to

Massachusetts, provides no services in Massachusetts, and derives no income in Massachusetts;

    4. Lazer Safe is not subject to the jurisdiction of the Commonwealth of Massachusetts, and, accordingly, this Court has no jurisdiction over Lazer Safe. The Plaintiff's Second Amended Complaint must be dismissed.

> Respectfully submitted,
> The Defendant,
> LAZER SAFE, PTY, LTD,
> By its attorneys,
>
> */s/ John J. Jarosak*
> John J. Jarosak, BBO #545998
> Nora R. Adukonis, BBO #676932
> LITCHFIELD CAVO LLP
> 6 Kimball Lane, Suite 200
> Lynnfield, MA 01940
> (781) 309-1500
> jarosak@litchfieldcavo.com
> adukonis@litchfieldcavo.com

## **CERTIFICATE OF SERVICE**

    I, John J. Jarosak, hereby certify the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 6, 2023

> */s/ John J. Jarosak*
> John J. Jarosak