EXHIBIT 1

**mmascis@sullivanllp.com**

| | |
|---|---|
| **From:** | Ken Searles <ksearles@internationalcontainerco.com> |
| **Sent:** | Tuesday, July 30, 2019 11:10 AM |
| **To:** | s.rodoplu@ermakusa.com; h.telci@ermakusa.com; i.karakaya@ermakusa.com; ufuk.kocael@ermakusa.com |
| **Cc:** | Cwilson; mmenard@internationalcontainerco.com |
| **Subject:** | Ermaksan Press Brake |
| **Attachments:** | IMG_0835.jpg; IMG_0836.jpg; IMG_0837.jpg |

Hi Ufuk, the corrupt file doesn't come on all the time and has gone away now. Now the rear gate open is on which is normal upon start up. But once you press the test button it clicks a relay on and the gate open message goes away and allows the machine to start up. We don't hear that relay clicking on anymore. I'm not sure which relay it is. This leads us to believe its a problem with the lazer guard in the rear. Please let me know your thoughts and where to begin.
Thank you very much for your quick response, Kenneth Searles

-----Original Message-----
From: "Ken Searles" <ksearles@internationalcontainerco.com>
Sent: Tuesday, July 30, 2019 11:00am
To: "Ksearles" <ksearles@internationalcontainerco.com>
Subject:

Sent from my iPhone

EXHIBIT 2



EXHIBIT 3

**mmascis@sullivanllp.com**

| | |
|---|---|
| **From:** | SENOL RODOPLU <s.rodoplu@ermakusa.com> |
| **Sent:** | Tuesday, October 15, 2019 1:02 PM |
| **To:** | Ken Searles; HULYA YILMAZ |
| **Cc:** | SERVICE; mmenard@internationalcontainerco.com; cwilson@internationalcontainerco.com; Joseph Searles; ILKER KARAKAYA |
| **Subject:** | Re: Ermaksan Press Brake |

Hi Ken,
I was able to receive quotation for light guard compatible with your machine with programs  loaded into it so you can simply install it on and start working with your machine.

It's cost is $8,750 for part and $800 for programming, total is coming out to $9,550 plus shipping.

Our spare part department is also trying to find another solution which would be cost effective parts for your machine which can be used instead.

As soon as they came up with other solution as an option I will let you know but for now I wanted to submit first option if you wanted to go with it without waiting.

Please let us know.

Senol Rodoplu
VP of Sales
ERMAKUSA
Cell: +1 630-512-7604

"Exellence in Fab Equipment Sales and Service"

On 10/10/19, 12:48 PM, "Ken Searles" <ksearles@internationalcontainerco.com> wrote:

    Hi Senol, do you have any update on my Ermaksan press brake? My boss is very anxious right now.

    Thank you,
    Ken Searles
    International Container Co., LLC
    (413) 538-9200
    www.internationalcontainerco.com

    -----Original Message-----
    From: "Ken Searles" <ksearles@internationalcontainerco.com>
    Sent: Wednesday, October 9, 2019 1:22pm
    To: s.rodoplu@ermakusa.com, service@ermaksan.com.tr
    Cc: "mmenard@internationalcontainerco.com" <mmenard@internationalcontainerco.com>, "cwilson@internationalcontainerco.com" <cwilson@internationalcontainerco.com>, "Joseph Searles" <jsearles@internationalcontainerco.com>
      Subject: FW: Ermaksan Press Brake

Hi Senol, here is the information you asked for.

The error code on the lazersafe module inside the cabinet  on ( channel 1 is 2209 ) & on ( channel 2 is A201 )

Machine Information.
Year: 2007
Model: CNCSAP 12 x 220
SER #: SN20071136
TON: 220

CONTROL
DELEM
TYPE: DA-66WE
SER #: 29374

Please let me know the quickest way to handle this. We've been inoperable for three weeks now and NEED to be back up running asap.
Thank you,
Ken Searles
International Container Co.
O:413-538-9200
C:413-478-5998

Sent from my iPhone

EXHIBIT 4



EXHIBIT 5



LASER LIGHT
LUMIERE LASER
LASERLICHT

lazersafe

10.28.2022



EXHIBIT 7

# About

Welcome to the Official YouTube channel of Lazer Safe. Lazer Safe is a technology company specialising in the development and manufacture of control, safety and operator protection systems for press brakes and related sheet metal machinery. Our industry leading systems are designed and certified to the highest european and international safety standards. press brakes equipped with Lazer safe technology benefit through significantly higher levels of machine productivity and performance without compromising operator safety. Since 1998 Lazer safe has established a reputation as a technology innovator and an international centre of expertise that is recognised by many of the industry's most highly respected press brake manufacturers.

Links



lazersafe.com[lazersafe.com](lazersafe.com)



Twitter[twitter.com/lazersafe](twitter.com/lazersafe)



LinkedIn[linkedin.com/company/lazer-safe-pty-ltd](linkedin.com/company/lazer-safe-pty-ltd)

Channel details

Sign in to see email address

[www.youtube.com/@lazersafe](www.youtube.com/@lazersafe)

236 subscribers

23 videos

68,475 views

Joined Nov 25, 2008

Australia

Share channel

EXHIBIT 8



Twitter
https://twitter.com/lazersafe

LazerSafe (@LazerSafe) | Twitter



Web The latest tweets from @lazersafe

EXHIBIT 9

LinkedIn

Articles    People    Learning    Jobs    Get the app    Join now    Sign in

Lazer Safe Pty Ltd's Post



Lazer Safe Pty Ltd
757 followers
1mo · Edited

At Blechexpo Messe, see the new TRUMPF designed foot pedal that incorporates our SIL 3 safe wireless technology. The TRUMPF wireless foot pedal offers greater freedom for press brake operators, plus up to 30 days of use on a single charge. See it at our stand 1304 in hall 1.

#lazersafe #wirelesstechnology #pressbrake #TRUMPF #blechexpo2023

Performance without compromise.™

lazersafe
757 followers

View Profile    + Follow

**More from this author**

Autonomous Guarding: Press brake automation takes another step forward.
Lazer Safe Pty Ltd · 8mo

Wireless Freedom for Press Brake Operators
Lazer Safe Pty Ltd · 1y

Explore topics

EXHIBIT 10



## Solutions

Our products are designed to exceed minimum safety standards requirements and feature industry leading technologies to deliver superior functionality and the very highest levels of machine productivity and performance. We offer dedicated press brake solutions for both OEM and retrofit applications as well as systems that cater for the wider sheet metal industry.

### Press Brakes | OEM Embedded Solutions

Designed and individually tailored technology solutions to meet the needs of press brake manufacturers.

FIND OUT MORE

### Press Brakes | Retrofit Solutions

Providing the highest level of safety and operator protection while maintaining machine productivity and performance.

FIND OUT MORE

### FoldGuard

Folding machine safety and guarding system

The complete safety and guarding solution for C-frame folding machines. Available in OEM and retrofit configurations.

FIND OUT MORE

// CONTACT US

27 Action Road,
Malaga WA 6090, Australia

PO Box 2368,
Malaga WA 6944, Australia

+61 8 9249 4388

info@lazersafe.com

// LAZERFLASH NEWSLETTER

Keep up to date with our always evolving product features and technology. Enter your email and subscribe to our newsletter.

Email *    SUBSCRIBE

// FOLLOW US

// LATEST TWEET

Lazer Safe Retweeted
Accurl Machine Tools
@AccurlC... · Aug 4, 2021

IRIS Plus real time angle correction An important device for the most demanding applications.
#accurl #pressbrake

www.lazersafe.com  page 1

HOME    SOLUTIONS    SUPPORT    CONTACT

lazersafe

HOME // SOLUTIONS // PRESS BRAKES | OEM EMBEDDED SOLUTIONS

# Press Brakes | OEM Embedded Solutions

Tailored technology solutions for press brake manufacturers

## Overview

Our OEM embedded solutions are designed to allow a high level of flexibility to meet the needs of individual press brake manufacturers. Unlike traditional component suppliers, we partner with press brake manufacturers to provide unique, tailored hardware and software solutions that are configured to suit any level of functionality, performance and price and personalised to suit the manufacturer's exact requirements.

Through close technical collaboration, we assist in streamlining your press brake design and production process, enabling you to deliver machines with the highest level of functionality, productivity and performance to your customers.

## Take control

A strong foundation is the key to developing a complete solution for your press brakes. The PCSS-A Series of embedded safety controllers provide you with the ideal platform to streamline press brake control and safety management for a more efficient, cost effective and flexible machine design.



< >

Streamlined design

Compact and powerful

HOME    SOLUTIONS    SUPPORT    CONTACT



HOME // CONTACT US // RETROFIT DEALERS // THCO LLC

# THCO LLC

**THCO is the appointed Master Distributor and Authorised Spare Parts Stockist for Lazer Safe retrofit press brake guarding systems.**

Over the past 10 years, we have supplied and installed well over one thousand Lazer Safe retrofit systems on a wide-range of various makes and models of press brakes.

- Systems and spare parts stocked locally with overnight shipping to most locations.
- Quality installation services with most retrofits completed in one day so your machines are back in production with minimal downtime.
- Expert training services to help your operators achieve maximum performance and productivity benefits.
- Competitive all inclusive package pricing with no hidden extras.
- Dedicated telephone technical support.
- Experienced and knowledgeable field engineers.

EXHIBIT 11



# Performance without compromise.™

LAZER SAFE COMPANY OVERVIEW

# Performance without compromise.™

We are a technology company specialising in the development and manufacture of control, safety and operator protection systems for press brakes and related sheet metal machinery.

Our industry leading systems are designed and certified to the highest European and International safety standards. Press brakes equipped with Lazer Safe technology benefit through significantly higher levels of machine productivity and performance without compromising operator safety.

Since 1998 Lazer Safe has established a reputation as a technology innovator and an international centre of expertise that is recognised by many of the industry's most highly respected press brake manufacturers.

# The Lazer Safe difference

Our OEM embedded systems have been designed to allow a high level of flexibility to meet the needs of individual press brake manufacturers. Unlike a component supplier, we provide tailored hardware and software solutions configured to suit any level of functionality, performance and price and personalised to suit the manufacturer's exact requirements.

The process begins with a visit to the press brake manufacturer to understand their specific needs. Hardware and software solutions are tailored and implemented with the assistance of our highly skilled engineering team that works closely with the manufacturer during the integration process to seamlessly blend our technology with machine design.

This technology partnership enables the manufacturer to streamline and enhance the functionality, safety and performance of every machine. Our unique approach and commitment to our OEM customers is part of our value added service and represents no additional cost to the manufacturer.

# The Lazer Safe difference







## World-class products

Industry leading Lazer Safe systems are available in multiple configurations at various price points to suit different international markets, from entry level economy systems through to premium level advanced systems. Lazer Safe has a solution to suit each manufacturer's requirements while providing the best features and performance versus cost. Our commitment to innovation and quality is one reason why Lazer Safe technology is recognised and respected as a leader in the international sheet metal industry.

## Performance first

We understand that machine performance and productivity is of upmost importance to press brake manufacturers and users. Through dedication to continuous innovation, we develop systems that deliver the highest possible levels of machine productivity and performance. From entry level economy systems through to our advanced level, all systems are designed to enhance machine performance without compromising safety or operator protection.

## Research and development

Making machines safe is relatively simple, but making machines safe and productive is the real challenge. We invest heavily in research and development programs and through collaboration with industry leading press brake manufacturers, continue to deliver the latest technology to not only improve safety and operator protection but to achieve the highest possible levels of performance and productivity for the benefit of our OEM customers and press brake users.





## International markets

We partner with press brake manufacturers and export our systems to key markets around the world. Our primary markets are Europe, Japan, North America and China with secondary markets in South America, Turkey, Southeast Asia, Middle East, India and Australasia.







## Unmatched customer service

Our OEM customers benefit from the highest level of support that only Lazer Safe can provide. Machine manufacturers have direct contact with the engineering team that designs and develops the products so hardware and software solutions are tailored to suit the manufacturer's exact requirements. This also ensures the manufacturer receives the very best technical support with prompt and correct answers the first time. For the manufacturer this model is more efficient than dealing through an agent or reseller. Our engineering team travels the world to support our OEM customers with supplementary support provided through our international network of specialised technical centres.

## CE Certification

We recognise the importance in compliance with all international standards. Our company representatives are actively involved in a number of forums to ensure full understanding of relevant safety standards, as well as contributing to their ongoing improvement. Lazer Safe systems (hardware and software) have received CE Certification as Category 4 safety products through independent testing by TUV Nord Germany allowing products to be sold and used without restriction in EU territories. Lazer Safe systems are also designed to standards compliance for all other international markets including the United States (ANSI B11.3 – 2012), Canada (CSA Z142-10) and Brazil (NR12).

## Leader in international standards

Since 2001 we have been committed to the development and understanding of European and international safety standards. We have representation on several international standards committees including the European CEN/TC committee that is responsible for the EN12622 press brake standard, in the United States on the ANSI B11.3 sub-committee, the ISO Standards Committee and also involved in a consultative capacity for other international standards committees. We also publish papers and articles developed to educate and promote understanding of these standards and their correct application.



## Our products

# OEM Embedded
## for Press Brakes

For press brake manufacturers we supply tailored hardware and software solutions that provide safety control and monitoring, optical laser protection, CNC communications interface, machine diagnostics and image processing technology. Our systems are comprised of two key elements – safety controllers and optics. These elements are matched and configured to suit each machine.

**Safety Controllers**

PCSS-A is a programmable safety controller designed to improve the performance and safety of press brakes. It provides flexibility for the press brake manufacturer and simplifies the design process by combining all related control, safety and monitoring functions into a single system and eliminates the need for complex integration of third party components and software. PCSS-A delivers an optimum balance of functionality and performance with reduced build cost.

**Optics options**

The manufacturer can select from a variety of optical protection and optical imaging options that connect directly to PCSS-A. No additional control hardware or software is required. These options provide flexibility and enable the highest possible levels of machine performance.

**Optical Protection**

Optical protection systems comprise a laser transmitter and receiver that are mounted to the upper beam of the press brake. A continuous laser field protects the zone directly below the punch tip allowing the operator to hold the work piece as the tools close at high speed. If an obstruction is detected the machine is automatically stopped. This close proximity protection allows the operator unrestricted access to the point of operation for increased productivity and unlike traditional light curtains, reduces fatigue by enabling the operator to remain standing in the same position.

**Optical Imaging**

IRIS is an Integrated Real-time Imaging System that provides the press brake manufacturer with greater functionality by combining optical protection with real time image processing. As a combination system, IRIS provides optical protection while the tools are closing at high speed then once the bending process starts, the optical imaging function takes over. During bending IRIS takes and processes images in real time and transfers data to the CNC system via SmartLink. The image processing system and software is fully contained within the IRIS receiver so no additional processing hardware or software is required.

IRIS optical imaging is a flexible, open platform technology that enables the press brake manufacturer to utilise the image data (via SmartLink) to implement user features in the CNC system such as Bend Speed Management, Dynamic Angle Control and Active Angle Control.

## LazerGuard

LazerGuard is an embedded safety control and optical protection package for press brake manufacturers. The system is designed for non-CE markets where safety is traditionally neglected in favour of a lower machine cost. For press brake manufacturers that sell machines into territories where safety regulations are not yet mandated, LazerGuard provides an effective, low cost solution that makes it economically viable to deliver a safe machine.

## Our products

# Retrofit Systems
## for Press Brakes

Our retrofit products are supplied, installed and supported via our international network of retrofit agents. Our agents are carefully selected and possess the technical expertise to integrate systems to most machine models. Integration services are backed up by our team of dedicated customer service engineers with over twenty years of retrofit application experience.



### Sentinel Press Brake Guarding System

Sentinel is our premium level retrofit system for press brakes and provides the highest level of performance and protection than any other system on the market.

The Sentinel laser transmitter and receiver are mounted to the upper beam of the press brake. A continuous dual laser field protects the zone directly below the punch tip allowing the operator to hold the work piece as the tools close at high speed. If an obstruction is detected the machine is automatically stopped. This close proximity protection allows the operator unrestricted access to the point of operation for increased productivity and unlike traditional light curtains, reduces fatigue by enabling the operator to remain standing in the same position.

Sentinel also provides additional functionality including light curtain support for flexible dual guarding operation and monitoring of machine safety elements such as emergency stop buttons plus side and rear gate interlock switches.

### Defender Press Brake Guarding System

Defender is our entry level retrofit system for press brakes. Defender is designed for emerging markets and provides a cost effective solution with a high level of protection.

The Defender laser transmitter and receiver are mounted to the upper beam of the press brake. A continuous laser field protects the zone directly below the punch tip allowing the operator to hold the work piece as the tools close at high speed. If an obstruction is detected the machine is automatically stopped. This close proximity protection allows the operator unrestricted access to the point of operation for increased productivity and unlike traditional light curtains, reduces fatigue by enabling the operator to remain standing in the same position.

# Our technology



**FlexSpeed** is an advanced high speed hardware architecture that achieves faster response time to enhance machine performance and efficiency.

Traditional safety control systems employ a combination of hardware and software processing. This inefficient process slows down overall response and reaction times and when coupled with optical protection systems leads to a reduction in machine performance by forcing the machine to operate at reduced closing speed in order to improve stopping performance and increasing slow speed travel prior to bending.

FlexSpeed eliminates these delays and imposes no restriction on machine performance. This enables machines to operate with maximum speed and efficiency.

**FlexSpeed Plus** features a triple processor design to increase control processing speed and efficiency by as much as 50%.

**SmartLink** is an advanced communication link that seamlessly integrates safety, guarding and imaging functions with the CNC system to enhance the operation, functionality, performance and efficiency of the press brake. SmartLink is compatible* with Cybelec, Delem and ESA CNC systems or can be custom integrated with proprietary CNC systems by the press brake manufacturer.

*Functionality and features will vary between CNC manufacturers.*

**AutoSense** is an automatic monitoring technology that tracks machine operation and performance in real time. AutoSense automatically monitors control commands, motion, direction, speed and stopping performance to maintain a high level of machine and operator protection.  AutoSense also guarantees compliance with international safety standards that mandate automatic monitoring of machine overrun and safe speed.

**AutoSense Plus** provides additional monitoring to detect and diagnose specific machine electrical and hydraulic faults with visual alerts displayed on the CNC via SmartLink. Machine problems are quickly and easily identified to get the machine back into production with minimal downtime.

**AutoSense Ultimate** adds advanced Dynamic Valve Monitoring technology to automatically monitor hydraulic valves, associated control commands and machine actions. Dynamic Valve Monitoring reduces machine build cost and complexity by eliminating the need for separate monitoring systems and monitoring sensors built into the hydraulic valves. AutoSense Ultimate is available as standard with selected systems.

Optical protection systems with **RapidBend** technology employ a patented progressive muting process that enables the press brake to close safely at high speed until the tool opening is only 6mm. This reduces the slow speed travel distance to enhance machine productivity.

**RapidBend Plus** reduces the speed change point even further from 6mm down to just 2mm to significantly enhance machine productivity, especially in high level production environments.

**RapidBend Ultimate** eliminates slow speed altogether. The tools close in high speed until the punch reaches the material surface for the ultimate high speed performance.

In comparison to other light or laser based guarding systems, RapidBend technology can reduce machine cycle time by more than two seconds per cycle. This represents a significant saving in operating time and cost. RapidBend guarantees this high level of performance irrespective of machine fast closing speed or stopping performance.

**BendShield** provides advanced optical protection by enveloping the punch tip with a protective field that has no gaps. BendShield has an object detection resolution of 2mm to detect even the smallest obstruction from any angle. Optical protection remains active until the tool opening is reduced to 2mm preventing fingers and hands entering the point of operation.

**BendShield Plus** provides the ultimate level of protection by keeping optical detection active even during the bending process. When forming small parts an advanced detection zone above the material detects fingers tips to prevent pinching hazards.

EXHIBIT 12



Home      Lazer Safe Sentinel Plus      New Automatic Alignment Feature!!!      Press Brake Rear Guarding

Rear Guard Pricing      Lazer Safe Photo Gallery      Service      General Machine Guarding

Contact Us

## Service

Home  ›› Service

**Multiple Personnel with Multiple Sites**

THCO is the appointed Master Distributor and Authorized Spare Parts center for Lazer Safe retrofit press brake guarding systems. Over the past 10 years, we have supplied and installed well over one thousand Lazer Safe retrofit systems on a wide range of different makes and models of press brakes.



- Systems and spare parts stocked locally with overnight shipping to most locations.
- Quality installation services with most retrofits completed in one day so your machines are back in production with minimal downtime.
- Expert training services to help your operators achieve maximum performance and productivity benefits.
- Competitive all inclusive package pricing with no hidden extras.
- Dedicated telephone technical support.
- Experienced and knowledgeable field engineers.

**Competitive all inclusive package pricing with no hidden extras**

We quote complete turn key packages including the Lazer Safe system, interface equipment, consumables, installation service, operator training and travel costs. We have installed well over one thousand systems so our installations are very efficient and this enables us to provide turn key packages at competitive prices. We can also provide discounted rates for multiple machines at the same site installed in the same visit.

**Expert Installation**

Our dedicated and experienced technicians travel the country outfitted with all the tools and equipment required for any press brake application. Upon arrival, our installers unload mobile work carts and set-up next to the machine. Most of the installation and system components are prepared and preassembled off-site, significantly reducing installation time. Most systems are installed and commissioned in a day or less allowing for maximum machine uptime.  This allows our expert staff more time for operator training  and streamlining set-up to suit your bending applications.

Once our retrofit process is completed, our installers clean up the work site, hand over completed and signed-off training forms and provide your site manager system manuals, guides and alignment tools.

**Operator training courses and system upgrades**

If you have new staff or existing staff that require training then we can help. Our training courses are scheduled and run at your facility so your operators learn on the machines and systems they use every day. We go through all the safety aspects of operating the press brake with the Lazer Safe system including set-up, operation and troubleshooting.

We also spend time going through your bending applications and show your operators which guarding modes to use in order to get the best level of performance. We also inspect and re-align your Lazer Safe systems, make sure they are working to optimal efficiency and provide your with completed and signed-off training forms. We also supply you with updated system manuals, guides and new alignment tools. If you have an older system we can also advise of any upgrades that can enhance the functionality and performance of your system. We carry a wide range of parts so most upgrade can be performed during our training visit without the need for a return trip.

**MENU**

New Automatic Alignment Feature!!!

Press Brake Rear Guarding

Rear Guard Pricing

Service

Lazer Safe Sentinel Plus

Lazer Safe Photo Gallery

General Machine Guarding

Contact Us

**Local stock and support**

We stock complete systems and an extensive range of spare parts with overnight shipping available to most locations. This means we can get parts to you quickly to minimize downtime. Most components are plug and play and with our dedicated telephone support your in-house maintenance personnel can easily perform parts exchange without the need or cost of a service visit.

Contact us for additional information.