# **EXHIBIT A**

## DECLARATION IN SUPPORT OF ERMAKSAN TURKEY'S RENEWED MOTION TO DISMISS

I, Serhan Senyurt, under penalty of perjury pursuant to the laws of the United States of America, declare and affirm that the following statements are true and correct.

1. I am the Chief of International Sales and Project & Coordination Executive of Ermaksan Turkey ("Ermaksan"). I have personal knowledge about the business operations and corporate structure of Ermaksan.

2. The facts set forth in this declaration are true and correct and are based upon information personally known to me or made upon information and belief after appropriate investigation.

3. Ermaksan is a privately-owned company organized under the laws of Turkey with its principal place of business in Bursa, Turkey.

4. Ermaksan is not incorporated, registered, or licensed to do business in Massachusetts.

5. Ermaksan does not have employees, including management employees, assets, offices, or facilities in Massachusetts.

6. Ermaksan does not have an agent for service of process in Massachusetts.

7. Ermaksan has not and does not own or lease any property in Massachusetts.

8. Ermaksan has not and does not sell any products in Massachusetts.

9. Ermaksan does not ship its press brake machines to customers in Massachusetts or anywhere else, rather its customers pick up the product from Turkey.

10. Ermaksan does not have a bank account in and does not pay taxes in Massachusetts.

11. Ermaksan has not and does not consent to be sued in state or federal court of Massachusetts.

12. Ermaksan has not directly conducted any advertising or marketing activities to or in Massachusetts.

13. Ermaksan has earned no income from sales in Massachusetts.

14. Ermaksan did not sell the subject machine, Type CNCSAP 12X220, Model 2007, Machine Number SN20071136 to any company or person in Massachusetts.

15. The subject machine was sold to AJ Machinery, a company based in Minnesota, in 2007 as evidenced by the invoice attached.

    16. The terms of sale for the subject machine were delivery "EXWORKS", meaning that the buyer was responsible for transportation of the product from our factory in Turkey. See attached invoice.

    17. In selling the subject machine to AJ Machinery from Turkey, Ermaksan had no control over the destination of the machine and had no knowledge that it would eventually be transported or used or sold in Massachusetts.

    18. Ermaksan has never participated in any tradeshow in Massachusetts.

    19. Ermaksan does not directly service its products in the United States.

    20. All service enquiries for Ermaksan machines from the United States are forwarded to Ermak USA.

    21. Ermak USA markets, distributes, and services Ermaksan products in the United States.

    22. Ermaksan does not own Ermak USA and Ermak USA is not a subsidiary of Ermaksan.

    23. Ermaksan and Ermak USA have separate management and keep separate records.

    24. Ermaksan was not involved in the alteration, change, or replacement of the foot pedal of the subject machine.

    25. Ermaksan was not involved in the alteration, change, or replacement of the warning labels on the subject machine.

    26. Ermaksan has never communicated with or done business with Cape Cod Fabrications, Inc.

    27. Ermaksan receives no income and has never received any income from the cookies on its website, ermaksan.com.tr.

    28. Ermaksan machines complied with and still do comply with CE standards which certify that a product has met EU health, safety, and environment requirements which ensure consumer safety.

    29. I have read the foregoing declaration, and the factual statements contained therein are true and correct to the best of my knowledge, information, and belief.

Signed in Turkiye, under penalty of perjury pursuant to the laws of the United States of America this 10th day of November, 2025.

<u>Nov 11, 2025</u>
Date

Serhan Senyurt
boxSIGN  12K8L73Z-1J286W69

# **EXHIBIT B**

```
               UNITED STATES DISTRICT COURT

                 DISTRICT OF MASSACHUSETTS

                   NO. 3:23-CV-30016

- - - - - - - - - - - - - - - - - - - - - - - - - x

Ivan Laguna and Margarita

Lopez,

         Plaintiffs,

     v.

Lazer Safe, Pty., Ltd., Fiessler

Elektronik GmbH & Co., KG., Ermak

USA, Inc., Ermaksan Turkey, aka

Ermaksan Makina Sanayi Ve Ticaret

A.S., and John Doe Distributor,          VOLUME 1

         Defendants.                     PAGES 1 - 47

- - - - - - - - - - - - - - - - - - - - - - - - - x

       AUDIOVISUAL DEPOSITION TAKEN VIA ZOOM OF

                     SENOL RODOPLU

       Tuesday, October 29, 2024 at 10:05 a.m.


Reporter:  Lori-Ann London, RPR, Mass. CSR #153020

                  _____

                LONDON STENOGRAPHY LLC
                    P.O. Box 155
                  Manomet, MA 02345
                    774.259.0646
                londonreporter@comcast.net
```

```
 1            REMOTE APPEARANCES OF COUNSEL
 2
 3   (All parties present from their respective
 4   locations via Zoom videoconferencing)
 5
 6   On Behalf of the Plaintiff:
 7       SULLIVAN & SULLIVAN, LLP
 8       83 Walnut Street
 9       Wellesley, Massachusetts 02481
10       781.263.9400
11       By:  MICHAEL J. MASCIS, ESQUIRE
12            mmascis@sullivanllp.com
13
14   On Behalf of Defendant Lazer Safe Pty. Ltd.:
15       LITCHFIELD CAVO
16       Suite 1006 Kimball Lane
17       Lynnfield, Massachusetts 01940
18       781.309.1500
19       By:  NORA ADUKONIS, ESQUIRE
20            johnsonk@litchfieldcavo.com
21
22
23
24   (Continued)
```

1    Company.  Are you familiar with that company?
2         A    Yes, I am familiar with that company.
3         Q    Does -- as far as your job as vice
4    president of sales, could you describe for us what
5    your job duties are, just generally?
6         A    Yes.  I am the -- I am responsible of,
7    you know, our main corporations of, you know, our
8    Ermak USA here, overseeing all operations of Ermak,
9    Ermak USA, and also, you know, obviously selling
10   equipment throughout the country.
11        Q    And as far as the -- the -- the sales
12   of -- that go through Ermak USA, do you sell press
13   brake machines?
14        A    Yes, we do sell press brake machines.
15        Q    And are the -- are the machines
16   manufactured in -- in -- outside of the United
17   States?
18        A    Correct.
19        Q    Are they -- are they all manufactured --
20   the ones that you sell, are the Ermaksan press
21   brake machines manufactured in Bursa, Turkey?
22        A    That is correct, yes.
23        Q    As far as sales, do you also provide
24   training and installation of the machines?

1  A    Yes, we do.
2  Q    Do you have staff at Ermak USA that does
3  training and installation?
4  A    Yes, we do have our own staff, provide
5  installation training.
6  Q    What department would those -- would
7  cover those functions?
8  A    Technical service department.
9  Q    And at -- does Ermaksan Turkey also have
10 technicians or service experts?
11 A    Yes, they also do have technical service
12 team at Ermaksan.
13 Q    And are they ever involved -- oh.  I'm
14 sorry.
15 A    Yes, they do have, at Ermaksan Turkey,
16 their own technical service team as well.
17 Q    And I apologize for talking over you, but
18 unlike normal conversation, I think we both have to
19 wait until we get our -- our questions and answers
20 out, but I'll work on that.
21      For Ermaksan Turkey technicians, do
22 -- do they come to the United States to assist when
23 there's -- if there's a situation that needs repair
24 or attention?

1   working with such company, A -- A Machinery [sic],
2   but Ermaksan would confirm whether they work with
3   this company or not.  They can confirm if they work
4   with this company or not, based on their records.
5       Q   And if -- if you were tracking this
6   serial number of this machine, would -- would the
7   distributor's name be identified as you go back and
8   look at -- look through the records?
9       A   That's -- like -- like I said, based on
10  the machine's serial number, Ermaksan can provide
11  which company this equipment was purchased from.
12      Q   Okay.
13      A   By.  I'm sorry.  Yeah.  By.
14      Q   Is -- is your sales territory, does it
15  include the European countries, European Union?
16      A   No, it does not.
17      Q   Is it strictly United States?
18      A   United States and Canada.
19      Q   Yeah.  And do you work with any
20  distributors within the United States --
21      A   Yes, I do.
22      Q   -- to distribute --
23          Do you -- in your experience, which
24  distributor has sold machines to the Massachusetts

1  or New England area?
2      A    We have couple of distributors, of which
3  some of them we are not working anymore, have sold,
4  to my knowledge, equipment to Massachusetts, and as
5  Ermak USA, we sold number of equipment to state
6  of Mass -- in companies located in Massachusetts in
7  last, you know, number of years.
8      Q    And would you have those records
9  available to you?
10     A    Yes, I do have records available.
11     Q    I'm gonna show you another photo.
12              (Exhibit 1D marked for
13              identification.)
14              (Screen sharing.)
15     Q    Do you see -- this is Exhibit 1D.  Do you
16 recognize that?
17     A    Yes, I do.
18     Q    What -- what is this component called?
19     A    This is CNC controller.
20              THE STENOGRAPHER:  A what?  Sorry.
21     A    This is CNC controller for the press
22 brake.
23     Q    And is this -- does this control operate
24 off of a software system?

# **EXHIBIT C**

## DECLARATION IN SUPPORT OF ERMAKSAN TURKEY'S RENEWED MOTION TO DISMISS

I, Senol Rodoplu, under penalty of perjury pursuant to the laws of the United States of America, declare and affirm that the following statements are true and correct.

1. I am the Vice President of Sales for Ermak USA, Inc. ("Ermak USA"). I have personal knowledge about the business operations and corporate structure of Ermak USA, and personal knowledge and knowledge based on documents of Ermak USA's business matters to answer on behalf of Ermak USA and its overall business.

2. The facts set forth in this declaration are true and correct and are based upon information personally known to me or made upon information and belief after appropriate investigation.

3. Ermak USA is a privately-owned corporation formed under the laws of Illinois in 2010, with its principal place of business in the United States of America.

4. Ermak USA is a distributor for products of Ermaksan Makina Sanayi Ve Ticaret Anonim Sirketi ("Ermaksan"), a Turkish corporation with a principal place of business at SANAYI BÖLGESI, LACIVERT, CADDE, NO:6, NILÜFER, Bursa TURKEY.

5. Ermak USA is not a subsidiary of Ermaksan and has no parent-company relationship with Ermaksan.

6. Ermaksan does not own Ermak USA and is a completely separate legal entity from Ermak USA.

7. Ermak USA acts completely independently from Ermaksan.

8. Ermak USA has separate management from Ermaksan.

9. Ermak USA also keeps its own separate records.

10. Ermak USA markets, distributes, and services Ermaksan products in the United States.

11. Ermak USA receives all services enquiries for Ermaksan machines from the United States.

12. Ermak USA imports, sells and services Ermaksan branded machines.

13. However, Ermak USA has never held possession of the subject machine, Type CNCSAP 12X220, Model 2007, Machine Number SN20071136 and has never sold the subject machine to any company or person in Massachusetts or elsewhere.

14. I have read the foregoing declaration, and the factual statements contained therein are true and correct to the best of my knowledge, information, and belief.

1

2

I declare under penalty of perjury that the foregoing is true and correct. Signed this 11th day of November, 2025.

box SIGN          1927V2P6-46RK837P
Senol Rodoplu

2

# **EXHIBIT D**

```
              UNITED STATES DISTRICT COURT

              DISTRICT OF MASSACHUSETTS

                 NO. 3:23-CV-30016
- - - - - - - - - - - - - - - - - - - - - - - - - x

Ivan Laguna and Margarita

Lopez,

        Plaintiffs,

     v.

Lazer Safe, Pty., Ltd., Fiessler

Elektronik GmbH & Co., KG., Ermak

USA, Inc., Ermaksan Turkey, aka

Ermaksan Makina Sanayi Ve Ticaret

A.S., and John Doe Distributor,         VOLUME 1

        Defendants.                     PAGES 1 - 64

- - - - - - - - - - - - - - - - - - - - - - - - - x

      AUDIOVISUAL DEPOSITION TAKEN VIA ZOOM OF

                  HULYA YILMAZ

       Tuesday, October 29, 2024 at 10:05 a.m.


Reporter:  Lori-Ann London, RPR, Mass. CSR #153020

                    _____

                 LONDON STENOGRAPHY LLC
                    P.O. Box 155
                  Manomet, MA 02345
                    774.259.0646
              londonreporter@comcast.net
```

```
 1            REMOTE APPEARANCES OF COUNSEL
 2
 3   (All parties present from their respective
 4   locations via Zoom videoconferencing)
 5
 6   On Behalf of the Plaintiff:
 7        SULLIVAN & SULLIVAN, LLP
 8        83 Walnut Street
 9        Wellesley, Massachusetts 02481
10        781.263.9400
11        By:   MICHAEL J. MASCIS, ESQUIRE
12              mmascis@sullivanllp.com
13
14   On Behalf of Defendant Lazer Safe Pty. Ltd.:
15        LITCHFIELD CAVO
16        Suite 1006 Kimball Lane
17        Lynnfield, Massachusetts 01940
18        781.309.1500
19        By:   NORA ADUKONIS, ESQUIRE
20              johnsonk@litchfieldcavo.com
21
22
23
24   (Continued)
```

Case 3:23-cv-30016-MGM   Document 102-1   Filed 11/11/25   Page 17 of 18

Page 12

1    Q    Okay.  And where -- where did you attend
2    school for your master's?
3    A    UIC, University of Illinois at Chicago.
4    Q    And the certificate, where did you
5    receive that?
6    A    It's -- it was an online program provided
7    by Duke University.
8    Q    What year did you achieve that
9    certificate?
10   A    It was -- I believe it was 2018 or '17, I
11   can't remember exactly.  Um-hm.
12   Q    And when did you first start working for
13   either Ermak USA or Ermaksan?
14   A    2018.  July 2018.
15   Q    And as far as your understanding, who was
16   your employer, was it Ermak USA or Ermaksan Turkey
17   as we're referring to?
18   A    Ermak USA.
19   Q    Okay.  And what -- do you know what the
20   relationship is between Ermak USA and the Ermaksan
21   Turkey company?
22   A    Ermaksan is a supplier of Ermak USA.
23   Q    Do they also manufacture press brake
24   machines?

LONDON STENOGRAPHY LLC
londonreporter@comcast.net

1  don't -- I don't know.
2      Q    And do you order them from Delem?
3      A    No, I order parts from Ermaksan.
4      Q    Okay. So does Delem ever send components
5  directly to you in the United States?
6      A    I don't know, because I order the parts
7  from Ermaksan.
8      Q    So you -- you put an order in to
9  Ermaksan --
10     A    Yes.
11     Q    -- in Turkey, and then they -- they send
12 them directly to you or do they send them to the
13 clients?
14     A    It depends on our request.
15     Q    Do you know how often they would send an
16 ordered component -- strike that. Okay.
17          And do you know, are there -- would
18 there be any records of components that Ermaksan
19 Turkey sent to businesses in Massachusetts?
20     A    I -- I don't know about that.
21     Q    That company for the controller, Delem,
22 are they -- do you know what country they're
23 located in?
24     A    I don't know.