UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

NO. 3:23-CV-30016

- - - - - - - - - - - - - - - - - - - - - - - - x

Ivan Laguna and Margarita

Lopez,

      Plaintiffs,

    v.

Lazer Safe, Pty., Ltd., Fiessler

Elektronik GmbH & Co., KG., Ermak

USA, Inc., Ermaksan Turkey, aka

Ermaksan Makina Sanayi Ve Ticaret

A.S., and John Doe Distributor,      VOLUME 1

      Defendants.             PAGES 1 - 47

- - - - - - - - - - - - - - - - - - - - - - - - x

AUDIOVISUAL DEPOSITION TAKEN VIA ZOOM OF

SENOL RODOPLU

Tuesday, October 29, 2024 at 10:05 a.m.

Reporter:  Lori-Ann London, RPR, Mass. CSR #153020

---

LONDON STENOGRAPHY LLC
P.O. Box 155
Manomet, MA 02345
774.259.0646
londonreporter@comcast.net

```
 1              REMOTE APPEARANCES OF COUNSEL

 2

 3    (All parties present from their respective

 4    locations via Zoom videoconferencing)

 5

 6    On Behalf of the Plaintiff:

 7         SULLIVAN & SULLIVAN, LLP

 8         83 Walnut Street

 9         Wellesley, Massachusetts 02481

10         781.263.9400

11       By:  MICHAEL J. MASCIS, ESQUIRE

12             mmascis@sullivanllp.com

13

14    On Behalf of Defendant Lazer Safe Pty. Ltd.:

15         LITCHFIELD CAVO

16         Suite 1006 Kimball Lane

17         Lynnfield, Massachusetts 01940

18         781.309.1500

19       By:  NORA ADUKONIS, ESQUIRE

20             johnsonk@litchfieldcavo.com

21

22

23

24    (Continued)
```

1       REMOTE APPEARANCES OF COUNSEL (Continued)

2

3    On Behalf of Defendants Fiessler Elektronik GmbH:

4       REED SMITH

5       225 Fifth Avenue, Suite 1200

6       Pittsburgh, Pennsylvania 15222

7       412.288.7242

8       By:  PATRICIA ANTEZANA, ESQUIRE

9            pantezana@reedsmith.com

10            skaiser@reedsmith.com's

11

12    On Behalf of Defendants Ermak USA, Inc. and

13    Ermaksan Turkey:

14       ATOM LAW GROUP

15       770 N LaSalle Street, Suite 700

16       Chicago, Illinois 60654

17       312.943.8000

18       By:  SEAN M. SHARP, ESQUIRE

19            ssharp@atom.law

20

21    ALSO PRESENT:

22

23       David Woodford, Legal Video Specialist

24

1    Griswold University in Chicago, with -- with

2    emphasis on management, concentrations on

3    management degree.

4         Q    Okay.  And for the purposes of today's

5    deposition, I'm referring to Ermak USA, but I'll

6    also be asking you questions about Ermaksan in

7    Turkey.  Ermaksan Turkey, what is their -- what is

8    your understanding of their relationship to

9    Ermak USA?

10        A    Ermak USA sells products made by Ermaksan

11   Turkey and services them, provide service and spare

12   parts for Ermaksan products.

13        Q    And does -- okay.  And do you hold any

14   position with Ermaksan Turkey?

15        A    I -- I was sent to this position -- I was

16   promoted to this position by Ermaksan ownership.

17        Q    When did you work at Ermaksan Turkey?

18        A    I started working for Ermaksan back in

19   November 2011, and I was promoted to -- promoted to

20   my current position, as I said, March 2013.

21        Q    And we're here today to talk about a

22   press brake machine that was involved in an

23   accident but was located in Holyoke, Massachusetts,

24   with a company called International Container

1    Company.  Are you familiar with that company?

2        A    Yes, I am familiar with that company.

3        Q    Does -- as far as your job as vice

4    president of sales, could you describe for us what

5    your job duties are, just generally?

6        A    Yes.  I am the -- I am responsible of,

7    you know, our main corporations of, you know, our

8    Ermak USA here, overseeing all operations of Ermak,

9    Ermak USA, and also, you know, obviously selling

10    equipment throughout the country.

11        Q    And as far as the -- the -- the sales

12    of -- that go through Ermak USA, do you sell press

13    brake machines?

14        A    Yes, we do sell press brake machines.

15        Q    And are the -- are the machines

16    manufactured in -- in -- outside of the United

17    States?

18        A    Correct.

19        Q    Are they -- are they all manufactured --

20    the ones that you sell, are the Ermaksan press

21    brake machines manufactured in Bursa, Turkey?

22        A    That is correct, yes.

23        Q    As far as sales, do you also provide

24    training and installation of the machines?

1    A    Yes, we do.

2    Q    Do you have staff at Ermak USA that does

3  training and installation?

4    A    Yes, we do have our own staff, provide

5  installation training.

6    Q    What department would those -- would

7  cover those functions?

8    A    Technical service department.

9    Q    And at -- does Ermaksan Turkey also have

10  technicians or service experts?

11    A    Yes, they also do have technical service

12  team at Ermaksan.

13    Q    And are they ever involved -- oh.  I'm

14  sorry.

15    A    Yes, they do have, at Ermaksan Turkey,

16  their own technical service team as well.

17    Q    And I apologize for talking over you, but

18  unlike normal conversation, I think we both have to

19  wait until we get our -- our questions and answers

20  out, but I'll work on that.

21          For Ermaksan Turkey technicians, do

22  -- do they come to the United States to assist when

23  there's -- if there's a situation that needs repair

24  or attention?

1      A    Whenever I need extra help with my

2  customer, yes, I do ask them for support, and based

3  on my inquiry, they do come here to support my

4  customers.

5      Q    And as far as the sales of Ermak USA, are

6  they across -- do they include Massachusetts as a

7  place where sales are conducted?

8      A    Yes, we do sell in state of Massachusetts

9  as well as Ermak USA.

10     Q    And do you -- does Ermak USA use social

11 media or the Internet to market or sell its

12 products?

13     A    Yes, we do use social media.

14     Q    Are you involved in the Ermak USA or the

15 Ermaksan Turkey website?

16     A    What -- what exactly do you mean by

17 "involved"?

18     Q    I mean are sales conducted over the

19 website for Ermak USA?  And then I'll ask also for

20 Ermaksan Turkey.

21     A    We -- we -- we don't have sales.  We

22 don't -- we don't have sales that's going through

23 website.  We don't sell through website.

24     Q    Do you -- does Ermak USA operate a

1    website?

2         A    Yes, Ermak USA has a website, yes.

3         Q    And is it linked to the Ermaksan Turkey

4    website?

5         A    That technicality, I do not know

6    technicality side of it, if it's linked or not.

7         Q    Who would know -- who would be in charge

8    of the website for Ermak USA?

9         A    It will be -- it will be Ermaksan IT

10   department.

11        Q    And does that -- do you know, does that

12   website also provide for training for -- over the

13   Internet for users or purchasers of Ermak press

14   brake machines?

15        A    I would not know for sure, but I don't

16   think you can find any training information through

17   website.

18        Q    But as far as your -- your own person --

19   your work, to what degree are you involved in

20   utilizing the website for your job duties?

21        A    Basically, whenever I visit my customers

22   on sales calls, I --

23             THE WITNESS:  Excuse me.  My ID is

24   here, so I wanted to present my ID, since you guys

1    information so we can -- so we would know what type

2    of equipment we are working with so I can convey

3    this information to our service department.  In

4    this email he is replying this is the machine

5    information, serial number, et cetera, et cetera.

6         Q    And was your understanding that there was

7    a prob -- the machine was not able to function at

8    this point?

9         A    As can read from the email, there are

10    error codes on the machine and it's not

11    functionable.

12         Q    Yeah.  Mr. Searles, here, on this last

13    sentence here, talks about that they've been

14    inoperable for three weeks.  Do you recall talking

15    to him about that?

16         A    Talking -- you mean over the phone or via

17    email communicating?

18         Q    Communicating in any manner.

19         A    Yeah, all our communications were via

20    email.

21         Q    Okay.  And did you -- when you say you

22    spoke with technical, was that the technical

23    department within Ermak USA or did you have to

24    reach out to Ermaksan Turkey?

1      A    I had to reach out to Ermaksan Turkey

2  technical service team.

3      Q    And then -- okay, let's look at -- I've

4  got one more to show you, I think.  Let's see.

5                  (Exhibit 4 marked for

6                  identification.)

7                  Exhibit No. 4 is...

8                  (Screen sharing.)

9      Q    Exhibit No. 4 is dated October 15, 2019,

10  it looks like it's from you to Mr. Searles, Ken

11  Searles?

12      A    Um-hm.

13      Q    And it's referring to a quotation for a

14  light guard.  Do you recall what type of light

15  guard you were getting quotes for?

16      A    I do not recall in detail, but the

17  information I was provided must have been based on

18  his machine features in the -- in the information

19  he provided in the previous email.

20      Q    Would there be any other records about

21  the communication you had with -- regarding the

22  light guard and the pricing?

23      A    It's all via email.  We communicated via

24  email.

1    Q    And would you -- would you have

2  communicated with Ermaksan Turkey about this?

3    A    Again, via email.  Any infor --

4  discussing technical issues or topics, it -- it's

5  way easier to provide misunderstanding and, again,

6  there are serial numbers, [inaudible] features

7  involved in such communications, that's why, even

8  when we communicate among each other, we all refer

9  [sic] to communicate via email to prevent any -- to

10  have everything in written format so we -- we have

11  the serial numbers, we have the correct exact

12  information.  That's why, again, with the customer

13  or internally we always refer [sic] to communicate

14  via email, especially for technical or specific

15  topic like this.

16    Q    And would there be someone at Ermak

17  Turkey that would provide you with the quotations

18  for the -- the costs?

19    A    That is correct.  All the information

20  I'm -- I'm conveying here to -- to my customer, I

21  receive the information from Ermaksan factory and

22  then convey this to my customer.

23    Q    And was this -- was this quotation, was

24  it for -- for a Lazer Safe light guard?

```
 1        A     Can -- can you zoom in a little bit more?

 2   'Cause I'm trying to see this --

 3        Q     Yeah.

 4        A     -- from my phone and...

 5                   (Zooming in on document.)

 6        A     Yes.  Let me see.  Yes, this -- this --

 7   this is good now, yes.

 8                   (Witness perusing document.)

 9        A     Yes.  What is your question about this

10   email here?

11        Q     Would this have been -- the light guard

12   that's compatible, would that be the Lazer Safe

13   guard?

14        A     Yes, that -- that would be -- that would

15   be it, yes.

16        Q     And as far as installation of the guard

17   that -- that was to be sold, who would provide the

18   installation?

19        A     Usually, we recommend to do installation

20   of such delicate components.  Regardless of the

21   nature of the components, whether it's a safety or

22   the switch or anything on the machine, whenever we

23   got inquiry from customer for spare part, we always

24   recommend them to do the install of the spare part
```