# EXHIBIT A

# Employee Interview Sheet

Today's Date: 12/30/2020          Time: 1:00 PM

Name: Ivan Laguna          Employer: ICC

Home Address: 78 Lincoln St

City: W. Springfield State: MA Zip: 01089 Phone: 413-222-8341 (c)(p)

Trade: _____          Position: Laborer

Years Experience: 2 w/o    How long have you been with this company: 2½ weeks

Union? ___ Yes  ✓ No
If yes, what union: _____          Local#: _____
Have you ever had any safety training? ___ Yes  ✓ No
If yes, what kind: _____
From whom? _____
When? _____
Do you ever have safety meetings? ___ Yes  ✓ No
If yes, how often? _____  Who conducts the meeting? _____
What were you working on today? Bending Metal
How long have you been working on that task? Since 2:30 PM
Who directed you to do that work? Efrain

## NOTES:

See attached note pages

I understand that to the extent permissible by law, my identity as the provider of this statement will be held in confidence. If I am called to testify in a court proceeding, my identity as the statement giver will be disclosed in accordance with applicable court rules. The content of this statement and my identity may be disclosed to other federal law enforcement agencies in accordance with Department of Labor rules and procedures. This statement may be subject to disclosure in accordance with applicable statute(s) and agency policy.

I have read and had the opportunity to correct this statement and these facts are true and correct to the best of my knowledge and belief. Public Law 91-596, Paragraph 17(g) makes it a criminal offense to knowingly make a false statement of misrepresentation in this statement.

_____
Signature

Brett S Fortin
Taken By

Signature by Proxy due to injuries,
EE not able to use pen.

pg. 1 of

I have used the machine before to make 2-800 pieces of angle.

I don't remember who told me how to use the machine. But I do remember it took less than a minute. They said put piece into machine at this line and hit the button. I have been told to keep hands clear of machine but didn't need to be. Common sense.

The machine has jambed before. I called one of the guys to help. He came out with a long metal bar and hit side of machine, and said it gets stuck sometimes that is how you fix it. I don't know if management knew the machine sticks.

The foot pedal in the picture is not the same pedal on machine day of accident. Also the grey boxes on the machine (laser eyes) they were green, smaller and I was told didn't work.

I don't know anything about lock out tag out. I have recieved no training.

Day of accident I was scraping paint off rehab dumpster by paint booth. After lunch, appox. 230pm told to make more angle pieces. I noticed a piece of flat stock on floor by machine base. I stepped on it. It slid and I slipped. I reached out toward the machine to catch myself. Both hands were on lower die plate. The stock moved towards foot pedal and hit the button. I didnt know machine was coming down. It pinched my fingers and got stuck. I screamed for a few minutes and Flacco came and hit a button on machine. To let me go.

pg. 2 of

- I was taken to the hospital.

- Other employees told me via text that people were working on machine next day. Cleaning, changing parts, moving benches. I was never told who was doing this, just people.

- Supervisor doesn't walk the floor the whole time. They have work assignments as well

**(b) (7)(C) OSHA**

| | |
|---|---|
| **From:** | Joseph Searles <jsearles@internationalcontainerco.com> |
| **Sent:** | Friday, March 12, 2021 12:31 PM |
| **To:** | OSHA Area Office Springfield |
| **Cc:** | (b) (7)(C) OSHA |
| **Subject:** | Abatement & photos |
| **Attachments:** | Abatement1496123.pdf; Photo1PB.jpg; Photo2PB.jpg; Photo3PB.jpg; Photo4PB.jpg; Photo5PB.jpg; Photo6PB.jpg; Photo7PB.jpg; Photo8PB.jpg; Photo9PB.jpg; Photo10PB.jpg |

CAUTION - The sender of this message is external to the DOL network. Please use care when clicking on links and responding with sensitive information. Send suspicious email to spam@dol.gov.

Hi (b)(7)(C)

Attached is our abatement report along with accompanying documents that I believe support our discussion. I wrote in on the abatement for Citation 1 Item 2 that we had our LOTO approved in the State walk-through. We are happy to add to this whatever is necessary, but we just need specific info on what that it. I have also attached the letter from (b) (7)(C) stating that we completed the abatements. Also attached is the page from the machine manual that states that the brake will not run without the light curtain being operational.

In regard to the brake, we had a tech from the manufacturer come into our facility late 2019. He inspected our brake which was having operational problems. He told us that we need to replace the "brain" of the machine. He identified that part and told us what to order. We had 2 options, a knockoff of the factory part, or the original OEM part from the manufacturer. The OEM part was 12K as opposed to 5K for the knockoff. We purchased the OEM part because the manufacturer had told us that this is a machine specific part and had to be programmed by the manufacturer. It had to be shipped from Australia to Turkey. Then it was preprogrammed in Turkey, sent to Florida and then was shipped to us. Our credit card info was stolen during this whole process as well. Then we called to have them install it and they told us they could not send a tech for a while but that they could talk us through how to put it in. We put it in and because the brake was working, we figured every aspect of the machine was working. As it states in the manual that if the light curtain is not operational then the machine will not be operational. I tell you this to illustrate that we did not take any shortcuts when it came to this machine.

Thank you,
Joseph Searles
International Container Co., LLC
(413) 538 - 9200

1

**U.S. Department of Labor**  Occupational Safety and Health Administration
1441 Main Street
Room 550
Springfield, MA 01103



02/04/2021

International Container Co. LLC
and its successors
110 N Bridge St
Holyoke, MA 01040

Dear Employer:

Enclosed you will find citations for violations of the Occupational Safety and Health Act of 1970 (the Act) which
may have accompanying proposed penalties. Also enclosed is a booklet entitled, "Employer Rights and
Responsibilities Following an OSHA Inspection", (OSHA 3000-04R) revised 2018, which explains your rights
and responsibilities under the Act. If you have any questions about the enclosed citations and penalties, I would
welcome further discussions in person or by telephone. Please contact me at (413) 785-0123.

You will note on page 6 of the booklet that, for violations which you do not contest, you must (1) notify this
office promptly by letter that you have taken appropriate corrective action within the time set forth on the
citation; and (2) pay any penalties assessed. Please inform me of the abatement steps you have taken and of their
dates together with adequate supporting documentation; e.g., drawings or photographs of corrected conditions,
purchase/work orders related to abatement actions, air sampling results. This information will allow us to close
the case.

As indicated on page 3 of the booklet, you may request an informal conference with me during the 15-working-
day notice of contest period. During such an informal conference you may present any evidence or views which
you believe would support an adjustment to the citation or the penalty.

If you are considering a request for an informal conference to discuss any issues related to this Citation and
Notification of Penalty, you must take care to schedule it early enough to allow time to contest after the informal
conference, should you decide to do so. Please keep in mind that a written letter of intent to contest must be
submitted to the Area Director within 15 working days of your receipt of the citation. The running of this contest
period is not interrupted by an informal conference.

If you decide to request an informal conference, please complete the attached notice at the bottom of this letter
and post it next to the Citations as soon as the time, date and the place of the informal conference have been
determined. Be sure to bring to the conference with you any and all supporting documentation of existing
conditions as well as of any abatement steps taken thus far. If conditions warrant, we can enter into an informal
settlement agreement which amicably resolves this matter without litigation or contest.

You should be aware that OSHA publishes information on its inspection and citation activity on the Internet under the provisions of Electronic Freedom of Information Act. The information related to these alleged violations will be posted when our system indicates that you have received this citation. You are encouraged to review the information concerning your establishment at www.osha.gov. If you have any dispute with the accuracy of the information displayed, please contact this office.

Sincerely,

Mary E. Hoye

Digitally signed by Mary E.
Hoye
Date: 2021.02.04 12:19:57
-05'00'

**Mary E Hoye**
Area Director

Enclosures

**U.S. Department of Labor**
Occupational Safety and Health Administration
1441 Main Street
Room 550
Springfield, MA 01103



## Citation and Notification of Penalty

**To:**
International Container Co. LLC /
and its successors
110 N Bridge St,
Holyoke, MA 01040

**Inspection Number:** 1496123
**Inspection Date(s):** 10/07/2020-01/20/2021
**Issuance Date:**    02/04/2021

**Inspection Site:**
110 N Bridge St,
Holyoke, MA 01040

*The violation(s) described in this Citation and Notification of Penalty is (are) alleged to have occurred on or about the day(s) the inspection was made unless otherwise indicated within the description given below.*

This Citation and Notification of Penalty (this Citation) describes violations of the Occupational Safety and Health Act of 1970. The penalty(ies) listed herein is (are) based on these violations. You must abate the violations referred to in this Citation by the dates listed and pay the penalties proposed, unless within 15 working days (excluding weekends and Federal holidays) from your receipt of this Citation and Notification of Penalty **you either call to schedule an informal conference (see paragraph below) or** you mail a notice of contest to the U.S. Department of Labor Area Office at the address shown above. Please refer to the enclosed booklet (OSHA 3000) which outlines your rights and responsibilities and which should be read in conjunction with this form. Issuance of this Citation does not constitute a finding that a violation of the Act has occurred unless there is a failure to contest as provided for in the Act or, if contested, unless this Citation is affirmed by the Review Commission or a court.

**Posting -** The law requires that a copy of this Citation and Notification of Penalty be posted immediately in a prominent place at or near the location of the violation(s) cited herein, or, if it is not practicable because of the nature of the employer's operations, where it will be readily observable by all affected employees. This Citation must remain posted until the violation(s) cited herein has (have) been abated, or for 3 working days (excluding weekends and Federal holidays), whichever is longer.

**Informal Conference -** An informal conference is not required. However, if you wish to have such a conference you may request one with the Area Director during the 15 working day contest period by calling (413) 785-0123. During such an informal conference, you may present any evidence or views which you believe would support an adjustment to the citation(s) and/or penalty(ies).

If you are considering a request for an informal conference to discuss any issues related to this Citation and Notification of Penalty, you must take care to schedule it early enough to allow time to contest after the informal conference, should you decide to do so. Please keep in mind that a written letter of intent to contest must be submitted to the Area Director within 15 working days of your receipt of this Citation. The running of this contest period is not interrupted by an informal conference.

If you decide to request an informal conference, please complete, remove and post the Notice to Employees next to this Citation and Notification of Penalty as soon as the time, date, and place of the informal conference have been determined. Be sure to bring to the conference any and all supporting documentation of existing conditions as well as any abatement steps taken thus far. If conditions warrant, we can enter into an informal settlement agreement which amicably resolves this matter without litigation or contest.

**Right to Contest** – You have the right to contest this Citation and Notification of Penalty. You may contest all citation items or only individual items. You may also contest proposed penalties and/or abatement dates without contesting the underlying violations. **Unless you inform the Area Director in writing that you intend to contest the citation(s) and/or proposed penalty(ies) within 15 working days after receipt, the citation(s) and the proposed penalty(ies) will become a final order of the Occupational Safety and Health Review Commission and may not be reviewed by any court or agency.**

**Penalty Payment** – Penalties are due within 15 working days of receipt of this notification unless contested. (See the enclosed booklet and the additional information provided related to the Debt Collection Act of 1982.) Make your check or money order payable to "DOL-OSHA". Please indicate the Inspection Number on the remittance. You can also make your payment electronically at www.pay.gov. At the top of the pay.gov homepage, type "OSHA" in the Search field and select Search. From **OSHA Penalty Payment Form** search result, select Continue. The direct link is:

https://www.pay.gov/paygov/forms/formInstance.html?agencyFormId=53090334

You will be required to enter your inspection number when making the payment. Payments can be made by credit card or Automated Clearing House (ACH) using your banking information. Payments of $25,000 or more require a Transaction ID, and also must be paid using ACH. If you require a Transaction ID, please contact the OSHA Debt Collection Team at (202) 693-2170.

OSHA does not agree to any restrictions or conditions or endorsements put on any check, money order, or electronic payment for less than the full amount due, and will process the payments as if these restrictions or conditions do not exist.

**Notification of Corrective Action** – For each violation which you do not contest, you must provide *abatement certification* to the Area Director of the OSHA office issuing the citation and identified above. This abatement certification is to be provided by letter within 10 calendar days after each abatement date. Abatement certification includes the date and method of abatement. If the citation indicates that the violation was corrected during the inspection, no abatement certification is required for that item. The abatement certification letter must be posted at the location where the violation appeared and the corrective action took place or employees must otherwise be effectively informed about abatement activities. A sample abatement certification letter is enclosed with this Citation. In addition, where the citation indicates that *abatement documentation* is necessary, evidence of the purchase or repair of equipment, photographs or video, receipts, training records, etc., verifying that abatement has occurred is required to be provided to the Area Director.

**Employer Discrimination Unlawful** – The law prohibits discrimination by an employer against an

employee for filing a complaint or for exercising any rights under this Act. An employee who believes that he/she has been discriminated against may file a complaint no later than 30 days after the discrimination occurred with the U.S. Department of Labor Area Office at the address shown above.

**Employer Rights and Responsibilities** – The enclosed booklet (OSHA 3000) outlines additional employer rights and responsibilities and should be read in conjunction with this notification.

**Notice to Employees** – The law gives an employee or his/her representative the opportunity to object to any abatement date set for a violation if he/she believes the date to be unreasonable. The contest must be mailed to the U.S. Department of Labor Area Office at the address shown above and postmarked within 15 working days (excluding weekends and Federal holidays) of the receipt by the employer of this Citation and Notification of Penalty.

**Inspection Activity Data** – You should be aware that OSHA publishes information on its inspection and citation activity on the Internet under the provisions of the Electronic Freedom of Information Act. The information related to these alleged violations will be posted when our system indicates that you have received this citation. You are encouraged to review the information concerning your establishment at www.osha.gov. If you have any dispute with the accuracy of the information displayed, please contact this office.

**U.S. Department of Labor**
Occupational Safety and Health Administration



# NOTICE TO EMPLOYEES OF INFORMAL CONFERENCE

An informal conference has been scheduled with OSHA to discuss the citation(s) issued on

02/04/2021. The conference will be held by telephone or at the OSHA office located at 1441

Main Street Room 550 Springfield, MA 01103 on _____ at

_____. Employees and/or representatives of employees have a right to attend an

informal conference.

## CERTIFICATION OF CORRECTIVE ACTION WORKSHEET

**Inspection Number: 1496123**

Company Name: International Container Co. LLC /
Inspection Site: 110 N Bridge St, Holyoke, MA 01040
Issuance Date: 02/04/2021

List the specific method of correction for each item on this citation in this package that does not read "Corrected During Inspection" and return to: **U.S. Department of Labor – Occupational Safety and Health Administration, 1441 Main Street Room 550 Springfield, MA 01103.**

Citation Number \_\_\_\_\_ and Item Number \_\_\_\_\_ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number \_\_\_\_\_ and Item Number \_\_\_\_\_ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number \_\_\_\_\_ and Item Number \_\_\_\_\_ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number \_\_\_\_\_ and Item Number \_\_\_\_\_ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number \_\_\_\_\_ and Item Number \_\_\_\_\_ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number \_\_\_\_\_ and Item Number \_\_\_\_\_ was corrected on _____
By (Method of Abatement): _____
_____

I certify that the information contained in this document is accurate and that the affected employees and their representatives have been informed of the abatement.

_____          _____
Signature                                  Date

_____          _____
Typed or Printed Name                      Title

**NOTE: 29 USC 666(g)** whoever knowingly makes any false statements, representation or certification in any application, record, plan or other documents filed or required to be maintained pursuant to the Act shall, upon conviction, be punished by a fine of not more than $10,000 or by imprisonment of not more than 6 months or both.

**POSTING:** A copy of completed Corrective Action Worksheet should be posted for employee review

**U.S. Department of Labor**
Occupational Safety and Health Administration

**Inspection Number:** 1496123
**Inspection Date(s):** 10/07/2020 - 01/20/2021
**Issuance Date:** 02/04/2021



<u>**Citation and Notification of Penalty**</u>

**Company Name:** International Container Co. LLC
**Inspection Site:** 110 N Bridge St Holyoke, MA  01040

---

<u>Citation 1 Item 1</u>    Type of Violation: **Serious**

29 CFR 1910.145(c)(2)(i): Caution signs were not used to warn against potential hazards or to caution against unsafe practices:

110 N Bridge St. Holyoke, MA. On or about September 29, 2020 the employer had not ensured that caution signs meeting American National Standard Z53.1-1967 were affixed to areas of a hydraulic brake that posed specific safety and health hazards to operators and other exposed employees. The caution signs affixed to the front of the brake were worn and not legible and the employer had not removed the defective safety signs and replaced them with signs that were legible to employees using the machine.

**ABATEMENT DOCUMENTATION REQUIRED FOR THIS ITEM**

Date By Which Violation Must be Abated:                                    March 03, 2021
Proposed Penalty:                                                                      $6,827.00

See pages 1 through 4 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty                        Page 6                              OSHA-2

**U.S. Department of Labor**
Occupational Safety and Health Administration

**Inspection Number:** 1496123
**Inspection Date(s):** 10/07/2020 - 01/20/2021
**Issuance Date:** 02/04/2021



## <u>Citation and Notification of Penalty</u>

**Company Name:** International Container Co. LLC
**Inspection Site:** 110 N Bridge St Holyoke, MA  01040

---

<u>Citation 1 Item 2</u>    Type of Violation: **Serious**

29 CFR 1910.147(c)(1): The employer did not establish a program consisting of an energy control procedure, employee training and periodic inspections to ensure that before any employee performed any servicing or maintenance on a machine or equipment where the unexpected energizing, startup or release of stored energy could occur and cause injury, the machine or equipment shall be isolated from the energy source and rendered inoperative:

110 N Bridge St. Holyoke, MA. On or about September 29, 2020 the employer had not established an energy control procedure which included the following program requirements. The procedures did not include a purpose of the procedure statement, statements addressing the specific sources of energy with each piece of equipment, statements relating to the specific location of areas to lock to isolate power and the establishment of periodic inspections for the procedure as required by 1910.147 Appendix A (non-voluntary).

### ABATEMENT DOCUMENTATION REQUIRED FOR THIS ITEM

Date By Which Violation Must be Abated:                                    March 03, 2021
Proposed Penalty:                                                                      $7,510.00

See pages 1 through 4 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty                   Page 7                                    OSHA-2

**U.S. Department of Labor**
Occupational Safety and Health Administration

**Inspection Number:** 1496123
**Inspection Date(s):** 10/07/2020 - 01/20/2021
**Issuance Date:** 02/04/2021



## Citation and Notification of Penalty

**Company Name: International Container Co. LLC**
**Inspection Site:** 110 N Bridge St Holyoke, MA  01040

---

<u>Citation 1 Item 3</u>    Type of Violation: **Serious**

29 CFR 1910.212(a)(1): One or more methods of machine guarding was not provided to protect the operator and other employees in the machine area from hazards such as those created by point of operation, ingoing nip points, rotating parts, flying chips and sparks:

110 N Bridge St. Holyoke, MA. On or about September 29, 2020 the employer had not provided one or more methods of guarding to prevent employees from getting any part of their body into the point of operation of an Ermak SPA 12 automatic brake machine exposing employees to amputations.

### ABATEMENT DOCUMENTATION REQUIRED FOR THIS ITEM

Date By Which Violation Must be Abated:                    March 03, 2021
Proposed Penalty:                                                              $10,513.00

Mary E. Hoye   Digitally signed by Mary E. Hoye
Date: 2021.02.04 12:20:31 -05'00'

**Mary E Hoye**
Area Director

See pages 1 through 4 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty                    Page 8                    OSHA-2

**U.S. Department of Labor**
Occupational Safety and Health Administration
1441 Main Street
Room 550
Springfield, MA 01103



# INVOICE /
# DEBT COLLECTION NOTICE

**Company Name: International Container Co. LLC /**
**Inspection Site: 110 N Bridge St, , Holyoke, MA 01040**
**Issuance Date: 02/04/2021**

**Summary of Penalties for Inspection Number:**     1496123

| | |
|---|---:|
| Citation 1 Item 1, Serious | $6,827.00 |
| Citation 1 Item 2, Serious | $7,510.00 |
| Citation 1 Item 3, Serious | $10,513.00 |

**TOTAL PROPOSED PENALTIES:**                                        **$24,850.00**

To avoid additional charges, please remit payment promptly to this Area Office for the total amount of the uncontested penalties summarized above. Make your check or money order payable to: "DOL-OSHA". Please indicate OSHA's Inspection Number (indicated above) on the remittance. You can also make your payment electronically at www.pay.gov. At the top of the pay.gov homepage, type "**OSHA**" in the Search field and select Search. From the **OSHA Penalty Payment Form** search result, select Continue. The direct link is: https://www.pay.gov/paygov/forms/formInstance.html?agencyFormId=53090334. You will be required to enter your inspection number when making the payment. Payments can be made by credit card or Automated Clearing House (ACH) using your banking information. Payments of $25,000 or more require a Transaction ID, and also must be paid using ACH. If you require a Transaction ID, please contact the OSHA Debt Collection Team at (202) 693-2170.

OSHA does not agree to any restrictions or conditions or endorsements put on any check, money order, or electronic payment for less than the full amount due, and will cash the check or money order as if these restrictions or conditions do not exist.

If a personal check is issued, it will be converted into an electronic fund transfer (EFT). This means that our bank will copy your check and use the account information on it to electronically debit your account for the amount of the check. The debit from your account will then usually occur within 24 hours and will be shown on your regular account statement. You will not receive your original check back. The bank will destroy your original check, but will keep a copy of it. If the EFT cannot be completed because of insufficient funds or closed account, the bank will attempt to make the transfer up to two times.

Pursuant to the Debt Collection Act of 1982 (Public Law 97-365) and regulations of the U.S. Department of Labor (29 CFR Part 20), the Occupational Safety and Health Administration is required to assess interest, delinquent charges, and administrative costs for the collection of delinquent penalty debts for violations of the Occupational Safety and Health Act.

**Interest**: Interest charges will be assessed at an annual rate determined by the Secretary of the Treasury on all penalty debt amounts not paid within one month (30 calendar days) of the date on which the debt amount becomes due and payable (penalty due date). The current interest rate is one percent (1%). Interest will accrue from the date on which the penalty amounts (as proposed or adjusted) become a final order of the Occupational Safety and Health Review Commission (that is, 15 working days from your receipt of the Citation and Notification of Penalty), unless you file a notice of contest. Interest charges will be waived if the full amount owed is paid within 30 calendar days of the final order.

**Delinquent Charges**: A debt is considered delinquent if it has not been paid within one month (30 calendar days) of the penalty due date or if a satisfactory payment arrangement has not been made. If the debt remains delinquent for more than 90 calendar days, a delinquent charge of six percent (6%) per annum will be assessed accruing from the date that the debt became delinquent.

**Administrative Costs**: Agencies of the Department of Labor are required to assess additional charges for the recovery of delinquent debts. These additional charges are administrative costs incurred by the Agency in its attempt to collect an unpaid debt. Administrative costs will be assessed for demand letters sent in an attempt to collect the unpaid debt.

Mary E. Hoye  Digitally signed by Mary E. Hoye
Date: 2021.02.04 12:20:48 -05'00'

**02/02/2021**

**Mary E Hoye**

Date

Area Director

# EXHIBIT B

```
              UNITED STATES DISTRICT COURT

              DISTRICT OF MASSACHUSETTS

                 NO. 3:23-CV-30016

- - - - - - - - - - - - - - - - - - - - - - - x

Ivan Laguna and Margarita

Lopez,

          Plaintiffs,

      v.

Lazer Safe, Pty, Ltd, Fiessler

Elektronik GmbH & Co., KG., Ermak

USA, Inc., Ermaksan Turkey, aka

Ermaksan Makina Sanayi Ve Ticaret

A.S., and John Doe Distributor,        VOLUME 1

          Defendants.                  PAGES 1-62

- - - - - - - - - - - - - - - - - - - - - - - x

       AUDIOVISUAL DEPOSITION TAKEN VIA ZOOM OF

                   MEHMET TATLI

        Wednesday, April 9, 2025 at 8:32 a.m.


Reporter:  Lori-Ann London, RPR, Mass. CSR #153020

                 _____

               LONDON STENOGRAPHY LLC
                    P.O. Box 155
                 Manomet, MA 02345
                   774.259.0646
             londonreporter@comcast.net
```

```
 1              REMOTE APPEARANCES OF COUNSEL

 2

 3   (All parties present from their respective

 4   locations via Zoom videoconferencing)

 5

 6   On Behalf of the Plaintiff:

 7        SULLIVAN & SULLIVAN, LLP

 8        83 Walnut Street

 9        Wellesley, Massachusetts 02481

10        781.263.9400

11      By:  MICHAEL J. MASCIS, ESQUIRE

12           mmascis@sullivanllp.com

13

14   On Behalf of Defendant Lazer Safe Pty. Ltd.:

15        LITCHFIELD CAVO

16        Suite 1006 Kimball Lane

17        Lynnfield, Massachusetts 01940

18        781.309.1500

19      By:  NORA ADUKONIS, ESQUIRE

20           adukonis@litchfieldcavo.com

21

22

23

24   (Continued)
```

```
 1        REMOTE APPEARANCES OF COUNSEL (Continued)

 2

 3   On Behalf of Defendants Fiessler Elektronik GmbH:

 4        REED SMITH

 5        225 Fifth Avenue, Suite 1200

 6        Pittsburgh, Pennsylvania 15222

 7        412.288.7242

 8        By:  PATRICIA ANTEZANA, ESQUIRE

 9             pantezana@reedsmith.com

10

11   On Behalf of Defendants Ermak USA, Inc. and

12   Ermaksan Turkey:

13        ATOM LAW GROUP

14        770 N LaSalle Street, Suite 700

15        Chicago, Illinois 60654

16        312.943.8000

17        By:  SEAN M. SHARP, ESQUIRE

18             ssharp@atom.law

19

20   ALSO PRESENT:

21

22        David Woodford, Legal Video Specialist

23

24
```

1       A     Okay.

2       Q     Okay.  Where are you testifying from

3  today?

4       A     From Turkey.

5       Q     Okay.  And is that your -- is that where

6  you are employed?

7       A     Yes, I'm working here.

8       Q     Okay.  And what is your -- what is your

9  position at Lazer Safe?

10      A     Customer -- customer service, supporting

11  the customers, remotely.

12      Q     Okay.  Does your job involve travel at

13  all to the United States?

14      A     Yes.  Not -- no, not the -- not United

15  States.  I never been in the US.

16      Q     As far as your -- the description of your

17  position, what is the title you have at Lazer Safe?

18      A     Customer service engineer.

19      Q     Can you describe your educational

20  background for us?

21      A     Yeah.  I'm educated in the university for

22  electrical and electronics engineering.

23      Q     And where did you get your engineering

24  degree?

1        A       MB degree.

2        Q       I'm sorry, what was that?

3        A       From -- are you asking the university

4    name or only the degree?

5        Q       The university's name where you -- where

6    you attended.

7        A       It's Cukurova University at the south of

8    Turkey in Adana, city Adana.

9        Q       And -- and have you had -- do you have a

10   license or certification as a engineer?

11       A       Yes.

12       Q       How long have you held that?

13       A       I don't have it now.

14       Q       Okay.  How long have you worked for Lazer

15   Safe?

16       A       Officially I am contracted with Lazer

17   Safe since 2008.

18       Q       2008?  Okay.

19       A       Yes.

20       Q       Do your job duties include training --

21   training customers on how to operate Lazer Safe

22   products?

23       A       Yes.

24       Q       And how do you -- how do you perform the

1  training?

2       A    When I was at the customer's for

3  installation, integration, and then training, after

4  we get the machine running, then we demonstrate all

5  the modes and how Lazer Safe works on the machine.

6  So it's -- it's on-site.

7       Q    Do you -- do you do -- the training that

8  you do, is it all on-site or is some of it remote?

9       A    Yeah, some of them are remote.  As, for

10  example, during the pandemic, it was all remotely.

11       Q    For today's deposition, have you reviewed

12  any documents at all?

13       A    Yes.

14       Q    Could you just describe them for us?

15       A    I know there's an accident, and there are

16  some correspondence internally at Ermaksan and

17  there are some emails between myself and Ermak USA

18  and myself and Ermak Turkey, the purchasing guys.

19            THE STENOGRAPHER:  What was that?

20       A    Purchasing guys from Ermak.

21            THE STENOGRAPHER:  I still didn't

22  understand.  I'm sorry.

23       A    The buyers at Ermak, or maybe it's spare

24  parts responsible.  Spare part responsibles at

```
 1    Ermak.  They ask me about a fault on the PCSS,

 2    which is our safety PSE, and then I told them if

 3    they get that code on the PCSS, I told them the

 4    PCSS is faulty and must be replaced --

 5         Q    And the --

 6         A    -- with a new one.

 7         Q    The PCSS that you're talking about that

 8    was the subject of your conversation with Ermaksan,

 9    could you describe what that is for us laypeople?

10    What is the PCSS?

11         A    A press -- press control and safety

12    system.  This is the safety controller of the

13    machine.

14         Q    And that is like a computer?

15         A    No, not like a computer.

16         Q    Okay.  Does it run off of software?

17         A    Yes.

18         Q    Could you explain that?  How does the

19    controller run off of software?

20              MS. ADUKONIS:  Objection.

21              You can answer.

22         A    You can -- you can program the PCSS

23    according to the machine wiring and depending on

24    the configuration of the customer.
```

```
 1        Q    And the -- the emails that were -- that
 2   you had with Ermaksan, were they -- that you
 3   described, were they -- you recall them being --
 4   occurring in October of 2019?
 5             MS. ADUKONIS:  Objection.
 6        A    2019?
 7             MS. ADUKONIS:  You can answer.
 8        A    2019?  I'm not sure.  It was -- as far as
 9   I remember, it was early in October.
10        Q    Okay.  Were -- do you recall where --
11   where you were working -- you know, where were you
12   based for Lazer Safe in October of 2019?
13        A    I don't remember, but most probably in
14   Turkey.  Because if I am traveling, I'm not
15   responding to the emails mostly.
16        Q    Okay.  And are you familiar with the
17   Ermaksan press brake machine that was the subject
18   of the emails between you and Ermaksan?
19             MS. ADUKONIS:  Objection.
20             You can answer.
21        A    We -- you know, Ermaksan is also in
22   Turkey.  So we set up and integrated the machines
23   together, but not all of the machines, only if for
24   a model of the machine we integrate the system, and
```

1   then they do everything else, because they are the

2   OEM, they are the manufacturer.

3          Q    So the -- I'm sorry.

4          A    So I -- yeah, this machine was made

5   together.  Because we made only one machine or two

6   machines, then they do hundreds.

7          Q    Does -- do you, in your duties for Lazer

8   Safe, install the close proximity guards

9   manufactured by Lazer Safe?

10         A    At the manufacturers?

11         Q    Yeah.

12         A    Yeah, only for -- for integration

13  purpose.

14         Q    But --

15         A    Not on all --

16         Q    Let me just show --

17         A    Not on -- not on all of the machines they

18  -- they manufacture, only one of them or maybe two

19  of them, and then after that training, and then

20  they do the job by themselves.

21         Q    I'm gonna just show you a photograph and

22  it's been marked -- I've marked them all

23  previously, but let me pull it up here.  Give me

24  just a minute here.

1                    Okay.  Okay.  So this -- this exhibit

2    is marked as Exhibit 6.

3                    (Exhibit 6 marked for

4                    identification.)

5                    MR. MASCIS:  Please bear with me

6    while I pull it up.

7                    (Screen sharing.)

8        Q    Okay.  Do you recognize what's shown in

9    this photo?

10       A    Yes, this is an Ermak machine with Lazer

11   Safe.

12       Q    Yeah.  And in this photo can we see the

13   Lazer Safe proximity guard components?

14       A    Yes, the transmitter and receiver --

15       Q    Would that be --

16       A    -- but they are not in line.

17       Q    Okay.  So where my cursor is located here

18   on the right side, that's one of the --

19       A    Yeah, this is --

20                   THE STENOGRAPHER:  Wait.  Wait.

21   Wait.  Mr. Tatli, you have to wait for the whole

22   question.  I can't take both of you speaking at the

23   same time.

24                   THE WITNESS:  Okay.

1    Q    Okay.  So when he -- when he sent you

2  this email, do you recall what -- what you did in

3  response to receiving the email?

4    A    Can you repeat the question?  After this

5  email...

6    Q    Yeah.  After you received this email,

7  what -- what did you do?

8    A    I answered the email to tell them the

9  PCSS is faulty in this case.

10    Q    Okay.  So did you have to access any --

11  any -- any materials or manuals or anything -- any

12  information before you responded to this email?

13    A    Yeah, to check the code.

14    Q    Okay.

15    A    Yeah.  You need to check the code, what

16  the code meaning and then respond -- respond to the

17  customer.  So this code means the PCSS has internal

18  fault and it needs to be replaced with a new one.

19    Q    Okay.  And this email that was sent to

20  you from Mr. Evci on that date, on October -- let

21  me just pull back to page 37 -- on October 4th,

22  he's also included some emails that -- in the body

23  of his email, and you review -- did you review

24  those emails as well?  If we go to page 30.

1        A    So the other -- the other correspondence

2   with the customer, do you mean?

3        Q    Yeah.  So let's go to page 39, I think

4   which is the start, this is the included, an email

5   on page 39 from Mr. Menard at International

6   Container Company --

7        A    Yes.

8        Q    -- to Hulya Yilmaz at Ermaksan -- Ermak

9   USA.

10       A    Yeah.

11       Q    So -- and this is -- this -- this piece

12  of the -- of the email has some references.  Did

13  you take note of those references?

14            MS. ADUKONIS:  Objection.

15       A    No.  No, I don't interested in this.

16       Q    Okay.  Did -- did -- did this email help

17  you understand what the code error request was from

18  Mr. Evci?

19       A    Mr. Evci was report of the code anyway,

20  it was in -- in his email.

21       Q    Yeah.

22       A    So I don't need to go through the other

23  correspondence, it's all between Ermak USA and the

24  customer.

1    Q    Okay.  So was it your practice to go and

2  look at the chain of emails to under -- to get a

3  better understanding of what -- what was -- what

4  had occurred?

5    A    If I understand from his email, I don't

6  need to.

7    Q    Okay.  All right.  So did you ever --

8  have you ever spoken with this Mr. Menard at the

9  International Container Company --

10   A    No.

11   Q    -- about -- about this situation, the

12  PCSS error?

13   A    No.

14   Q    Okay.  So on page 36 of Exhibit 3 -- let

15  me just scroll down here -- we have your response

16  to Mr. Evci, Monday, October 7th.  Is that right?

17   A    Yeah, that's -- that's right.  I'm just

18  asking him to send it to the proper email address.

19   Q    That was my question.  So in order to --

20  to get a ticket, you had to have him send you a

21  request to a specific email?

22   A    That's right, customerservice@

23  lazersafe.com.

24   Q    Okay.

```
 1        A     When you send an email to this email

 2   address, then a ticket created.

 3        Q     And then at that point does customer

 4   service send you the ticket, or can you access it

 5   yourself?

 6        A     No, our ticket system is -- automatically

 7   create the ticket and send it to all the customer

 8   service members.

 9        Q     Okay.  And that documents this call and

10   -- and your correspondence with Mr. Evci.  Is that

11   right?

12        A     Sorry?

13        Q     That's the documentation of this email

14   between yourself and Mr. Evci, the -- I'll rephrase

15   that.

16               The ticket for -- the ticket is the

17   system you described earlier where Lazer Safe

18   records the customer service request, correct?

19        A     I didn't get the answer -- the question.

20   Sorry.

21        Q     Okay.  The re -- could you just tell us,

22   why did you -- and I don't ask you to repeat

23   yourself, but just explain to us why did you need

24   to have the email sent to customer service at Lazer
```

1    Safe?

2        A    Yeah, he sent the email to my personal

3    company email address, and I asked him to send it

4    to the customerservice@lazersafe.com email address

5    so that the ticket, it can be created, and then we

6    continue from that ticket.

7        Q    And so when you were doing --

8    corresponding with Mr. Evci on this ticket, you

9    understood that the press brake machine with the

10   Lazer Safe close proximity guard was located in

11   Holyoke, Massachusetts, correct?

12       A    No.

13       Q    Okay.

14       A    In his email he only mentioned about the

15   machine is in America.

16       Q    America.  Okay.

17       A    Not Massachusetts.  I have no idea

18   about --

19       Q    Okay.

20       A    -- about the machine location.

21       Q    And then if -- and, again, did you -- did

22   you -- if you look at page 39, did you -- did --

23   did you -- did you ever just look at page 39 to

24   understand that Mr. Menard was contacting you -- or

1    not -- strike that -- Mr. Menard was contacting

2    Mr. Evci about -- strike that.

3                    So from your review of the email, can

4    you describe for us what you did once you set up

5    the ticket for this request from Mr. Evci?

6        A    After getting the email, I saw the code

7    reported, and then I searched for the code in -- in

8    our database or --

9        Q    Yeah.

10       A    -- and then I just responded to him.

11       Q    And did he -- at some point did you

12   understand that -- or you had recommended that they

13   replace the PCSS controller?

14       A    Yes, that was in my response.

15       Q    And let's see.  Go to page...

16                    (Pause.)

17       Q    Looking at page 35 of Exhibit 3, and is

18   this -- this is a response on -- you wrote on

19   Monday, the 7th of October 2019 to Mr. Evci?

20       A    That's right.  It was in Turkish, but

21   this is translated.

22       Q    Ah.  And when you say that -- the first

23   thing you say, you talk about, here on Exhibit 3,

24   page 35, trying to update the kernel software,

1    K-E-R-N-E-L?

2        A    Yeah.

3        Q    What is the kernel software?

4        A    This is the main software in the PCSS,

5    running on the PCSS.  We had two levels of

6    software, the kernel version and then we have the

7    Isagraf software, which is the PIC program of the

8    PIC, to run the machine.

9        Q    And so the kernel software operates the

10   close proximity guard.  Is that right?

11       A    It's the certified -- certified software.

12   So we -- we cannot amend or -- or modify this

13   software.

14       Q    Does --

15       A    This is the -- yeah, all safety options

16   are in this software and this is certified

17   by TUY North.

18                   THE STENOGRAPHER:  By what?

19       A    So --

20                   THE STENOGRAPHER:  Certified by what?

21                   THE WITNESS:  TUY North.  Certified

22   by TUY North.

23                   THE STENOGRAPHER:  Can you spell

24   that?

1              THE WITNESS:  T-U-Y.  T-U-Y.

2        A    So this -- this software cannot be

3    modified or -- you can only load it to the PCSS.

4    And according to the code description, updating the

5    kernel version might help.  That's why I suggested

6    to up -- up -- update the kernel first, and as you

7    see, and if it doesn't work, then the PCSS needs to

8    be repaired.

9        Q    Now, in order to update the kernel

10   software, did -- does the customer have to go

11   access some -- some computer site to download the

12   updates?

13              MS. ADUKONIS:  Objection.

14              You can answer.

15       A    What do you mean?

16       Q    Well, how do you update -- how do you

17   update kernel software, as you're describing?

18       A    Yeah.  You need a laptop, you need a

19   cable to connect to the PCSS, and then you update

20   the kernel.

21       Q    And is kernel -- is the kernel software

22   owned by Lazer Safe?

23       A    Yes.

24              MS. ADUKONIS:  Objection.  Sorry.

1        Q    Is it -- is it -- do you know, is the

2    kernel -- kernel software -- strike that.

3                    There's also a reference...

4                    (Pause.)

5        Q    There's also a reference to something

6    called "Isagraf" -- I'll spell it -- I-S-A-G-R-A-F.

7        A    Yes.  This is the PCSS program.  This is

8    the second level.

9        Q    Yeah.

10       A    This is the second level software which

11   we can modify and select options.  And Isagraf

12   application is communicating with the kernel

13   software internally.

14       Q    And did that -- is that Isagraf software

15   accessible in a similar way as you described as the

16   kernel software is accessible?

17       A    Yeah.  With the kernel version, it's --

18   it's the same for all manufacturers, all the PCSS

19   units.  But the Isagraf is for manufacturers.

20       Q    Okay.

21       A    So that the reason I'm asking for Isagraf

22   application record is if you have a new PCSS, you

23   have to load the correct Isagraf application,

24   otherwise the machine would -- would not work.

1    Q    Okay.  Showing you what we marked as

2    Exhibit 8 in this deposition.

3                (Screen sharing.)

4    Q    Can you see that photograph, Exhibit 8?

5    A    Yes.

6    Q    Do you recognize what that shows?

7    A    Yes, this is a Lazer Safe part, receiver.

8    Q    Okay.  And then from that serial number,

9    would you be able to identify when that part was

10   sold by Lazer Safe?

11   A    No.

12               (Pause.)

13   A    It's a very old one.

14   Q    Yeah.

15   A    I just can't say.

16   Q    Yeah, let me also show you the -- the

17   other photo on that.  It's Exhibit 9.

18               (Exhibit 9 marked for

19               identification.)

20               (Screen sharing.)

21   Q    Can you see Exhibit 9?

22   A    Yes.

23   Q    Do you recognize that -- what's shown in

24   that photo?

1      A    Yes.  This is a transmitter, a Lazer Safe

2  part.

3      Q    Okay.

4      A    Very old one as well.

5      Q    Yeah.

6            And then what -- what is the -- the

7  serial number that we see there, is that of any use

8  to you in identifying when that transmitter was

9  sold?

10     A    Not on this one.

11     Q    Okay.  Got one more.  I've got another

12 picture to show you on this, so...  Okay.

13              (Exhibit 11 marked for

14              identification.)

15              (Screen sharing.)

16     Q    Okay.  So this document I'm gonna -- just

17 for the record, this is Exhibit 11 from the Lazer

18 Safe 30(b)(6) deposition.  And do you recognize

19 what's shown in that document?

20     A    Yes.  This is PCSS F.

21     Q    Okay.

22     A    But not on the machine, it's like someone

23 holding it.

24     Q    So --

1          THE STENOGRAPHER:  I'm sorry?

2     A    It's not connected to the machine,

3 someone holding it on the table.

4     Q    And is there anything -- any -- strike

5 that.

6               Where it says in this right-hand

7 part, it looks like it says soft -- software

8 version, someone's written in K-E-R-N and it's cut

9 off.

10    A    Yeah, kernel.

11    Q    Yeah.  So would that mean that this has

12 been -- already been programmed with kernel?

13    A    Yeah.  All the PCSS units have to have

14 the kernel.

15    Q    Okay.

16    A    But the Isagraf is the program that run

17 the machine.  Without Isagraf the PCSS is useless.

18    Q    Okay.  All right.  I'm just gonna show

19 you another photo we have, Exhibit 10.

20              (Exhibit 10 marked for

21              identification.)

22    Q    And this is -- marking this Exhibit 10.

23              (Screen sharing.)

24    Q    Do you recognize this -- what's shown in

# EXHIBIT C

## The Basics

| | |
|---|---|
| Id: | **10894** |
| Status: | **resolved** |
| Priority: | **Low** |
| Queue: | **Ermaksan** |

## Custom Fields

| | |
|---|---|
| Category: | **PCSS** |

## People

| | |
|---|---|
| Owner: | **mehmet (Mehmet Tatlı)** |
| Requestors: | **ALI EVCI <ali.evci@ermaksan.com.tr>** |
| | **<service@ermaksan.com.tr>** |
| Cc: | |
| AdminCc: | |

## Attachments

image003.png
**Mon Nov 25 13:30:28 2019 (1.5KiB) by mehmet (Mehmet Tatlı)**

image004.png
**Mon Nov 25 13:30:28 2019 (2.6KiB) by mehmet (Mehmet Tatlı)**

image005.png
**Mon Nov 25 13:30:28 2019 (4.6KiB) by mehmet (Mehmet Tatlı)**

image007.png
**Mon Nov 25 13:30:28 2019 (35.4KiB) by mehmet (Mehmet Tatlı)**

image008.png
**Mon Nov 25 13:30:28 2019 (34.8KiB) by mehmet (Mehmet Tatlı)**

Show all

## More about the requestors

**ALI EVCI <ali.evci@ermaksan.com.tr>**

**<service@ermaksan.com.tr>**

## Reminders

New reminder:

| | |
|---|---|
| Subject: | |
| Owner: | John.Barnett (John Barnett) |
| Due: | |

Save

## Dates

| | |
|---|---|
| Created: | **Mon Oct 07 16:56:24 2019** |

8/21/24, 8:26 AM                    #10894: FW: Lazer safe RCSS com. error ( I need help please!)

Case 3:23-cv-30016-MGM          Document 108-1          Filed 11/26/25          Page 43 of 189

| | |
|---|---|
| Starts: | **Not set** |
| Started: | **Mon Oct 07 17:11:42 2019** |
| Last Contact: | **Mon Nov 25 13:30:29 2019** |
| Due: | **Wed Oct 09 16:56:24 2019** |
| Closed: | **Fri Nov 29 17:18:11 2019** |
| Updated: | **Fri Nov 29 17:18:11 2019 by mehmet (Mehmet Tatli)** |

**Links**

Depends on:

Depended on by:

Parents:

Children:

Refers to:

Referred to by:

Create new    [ Depends on ▾ ]    Ticket in    [ Accur ▾ ]    [ Create ]

**History**

| | |
|---|---|
| Fri Nov 29 17:18:11 2019 | **The RT System itself – Outgoing email recorded** |
| Fri Nov 29 17:18:11 2019 | **mehmett (Mehmet Tatli) – Status changed from 'open' to 'resolved'** |
| Mon Nov 25 14:33:43 2019 | **The RT System itself – Outgoing email recorded** |
| Mon Nov 25 14:33:43 2019 | **The RT System itself – Outgoing email recorded** |

8/21/24, 8:26 AM                #10894: FW: Lazer safe PCSS com. error ( I need help please!)

Case 3:23-cv-30016-MGM     Document 108-1     Filed 11/26/25     Page 44 of 189

Mon Nov 25 14:33:42 2019     **ALI EVCI <ali.evci@ermaksan.com.tr>** - Correspondence added

    CC: UFUK KOCAEL <ufuk.kocael@ermakusa.com>, UMIT YILDIZ <umit.yildiz@ermaksan.com.tr>, SERVICE <service@ermaksan.com.tr>

Subject: RE: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)

Date: Mon, 25 Nov 2019 06:32:45 +0000

    To:"customerservice@lazersafe.com.au" <customerservice@lazersafe.com.au>

From: ALI EVCI <ali.evci@ermaksan.com.tr>

---

Hello Mr. Mehmet,

We have not been able to direct service yet. You can close the topic if you want. We will contact you again if needed. Because we cannot say anything clear at the moment. Thank you for your interest.

Best Regards,

- Hide quoted text -

-----Original Message-----
From: Mehmet Tatli via RT [mailto:customerservice@lazersafe.com.au]
Sent: Monday, November 25, 2019 8:30 AM
To: ALI EVCI; SERVICE
Subject: RE: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)

Hello Ali, Ümit,

What is the latest status on this issue?

Regards

Mehmet TATLI

Customer Service

Lazer Safe Pty Ltd

27 Action Road

Malaga, WA 6090

Australia

T +61 8 9249 4388

F +61 8 9249 6011

M +90 532 566 6879

E mehmet.tatli@lazersafe.com

Follow Us:

cid:image001.png@01D31FEB.802721 20 cid:image002.png@01D31FEB.80272120
cid:image003.png@01D31FEB.80272120

cid:image004.png@01D31FEB.80272120 cid

:image005.png@01D31FEB.80272120

signature_14490615 29

-----Original Message-----
From: ALI EVCI via RT <customerservice@lazersafe.com.au>
Sent: Tuesday, October 15, 2019 9:12 AM
To: Mehmet Tatli <mehmet.tatli@lazersafe.com>
Subject: FW: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)

Hello Ufuk Abi,

An order for Lazersafe PCSS-F will be made for a 2007 model machine in the USA that has a Lazersafe problem, but its program is needed. The program for this machine is not in our records. Can you do or have someone do what Mehmet Bey said below? This way we can see the name of the program in the PCSS and load it into the new one.

8/21/24, 8:26 AM #10894: FW: Lazer safe PCSS com. error ( I need help please!)

Case 3:23-cv-30016-MGM   Document 108-1   Filed 11/26/25   Page 45 of 189

Best Regards,

-----Original Message-----

From: Mehmet Tatli via RT [mailto:customerservice@lazersafe.com.au]

Sent: Tuesday, October 15, 2019 9:02 AM

To: ALI EVCI; SERVICE

Subject: RE: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)

Good morning Ali,

is there anyone in America who can try to flash the kernel and isagraf to the faulty PCSS?

Regards

Mehmet TATLI

Customer Service

Lazer Safe Pty Ltd

27 Action Road

Malaga, WA 6090

Australia

T +61 8 9249 4388

F +61 8 9249 6011

M +90 532 566 6879

E mehmet.tatli@lazersafe.com

Follow Us:

-----Original Message-----

From: ALI EVCI via RT <customerservice@lazersafe.com.au>

Sent: Tuesday, October 15, 2019 8:43 AM

To: Mehmet Tatli <mehmet.tatli@lazersafe.com>

Subject: RE: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)

Hello Mehmet,

Since we will direct the order to the address directly, we prefer to have the upload done and sent, but we need your help with the program because we do not have which program installed in our records. Can you help me find it? I am attaching the PCSS photo on the machine, the machine parameters, and the project.

Possible shipping address;

ErmakUSA Inc.

2860 S River Rd, Suite 145,

Des Plaines,IL 60018

USA

Best Regards,

From: Mehmet Tatli
Sent: Friday, October 18, 2019 10:27 AM
To: UMIT YILDIZ <umit.yildiz@ermaksan.com.tr>; Customer Service (Lazersafe) <csresponder@lazersafe.com>
Cc: YEDEK_PARCA <sparepart@ermaksan.com.tr>
Subject: RE: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)

8/21/24, 8:26 AM    #10894: FW: Lazer safe PCSS com. error ( I need help please!)

Case 3:23-cv-30016-MGM    Document 108-1    Filed 11/26/25    Page 46 of 189

Hello Ümit,

The shipping fee for 1 x PCSS-F1 to the specified American address is approximately 95 EURO (DAP).

Regards

Mehmet TATLI

Customer Service

Lazer Safe Pty Ltd

27 Action Road

Malaga, WA 6090

Australia

T +61 8 9249 4388

F +61 8 9249 6011

M +90 532 566 6879

E mehmet.tatli@lazersafe.com

Follow Us:

cid:image001.png@01D31FEB.802721 20 cid:image002.png@01D31FEB.80272120
cid:image003.png@01D31FEB.80272120

cid:image004.png@01D31FEB.80272120

cid:image005.png@01D31FEB.80272120

cid:image008.png@01D5A30E.16363AA0
signature_1449061529

From: Mehmet Tatli
Sent: Tuesday, October 15, 2019 5:36 PM
To: UMIT YILDIZ <umit.yildiz@ermaksan.com.tr>; Customer Service (Lazersafe) <csresponder@lazersafe.com>
Cc: YEDEK_PARCA <sparepart@ermaksan.com.tr>
Subject: Re: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)

Ümit Bey,

Ali Bey gave me the address below, that's why I asked for a price, I will probably get an answer tomorrow.

ErmakUSA Inc.

2860 S River Rd, Suite 145,

Des Plaines,IL 60018

USA

Thank you

Mehmet Tatlı

Customer Service

Lazer Safe Pty Ltd

25 Action Road

Malaga, WA 6090

Australia

T +61 8 9249 4388

F +61 8 9249 6011

M +90 532 566 6879

E mehmet.tatli@lazersafe.com

Follow Us:

**http://clients.axiomdp.com.au/lazersafe/email/img/laz-icon-twitter.png (http://clients.axiomdp.com.au/lazersafe/email/img/laz-icon-twitter.png)**
**http://clients.axiomdp.com.au/lazersafe/email/img/laz-icon-linkedin.png (http://clients.axiomdp.com.au/lazersafe/email/img/laz-icon-linkedin.png)**
**http://clients.axiomdp.com.au/lazersafe/email/img/laz-icon-youtube.png (http://clients.axiomdp.com.au/lazersafe/email/img/laz-icon-youtube.png)**

Lazer Safe Logo

Performance without compromise.

-------------------------------------------------- -----------------------------

From: UMIT YILDIZ <umit.yildiz@ermaksan.com.tr>
Sent: Tuesday, October 15, 2019 5:28:28 PM
To: Mehmet Tatli <mehmet.tatli@lazersafe.com>; Customer Service (Lazersafe) <csresponder@lazersafe.com>
Cc: YEDEK_PARCA <sparepart@ermaksan.com.tr>
Subject: RE: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need Hello

Mr. Mehmet;

Can you give me a shipping fee for the address below?

Best regards.

-----Original Message-----
From: Mehmet Tatli [mailto:mehmet.tatli@lazersafe.com]
Sent: Tuesday, October 15, 2019 9:48 AM
To: UMIT YILDIZ <umit.yildiz@ermaksan.com.tr>; Customer Service (Lazersafe) <csresponder@lazersafe.com>
Cc: YEDEK_PARCA <sparepart@ermaksan.com.tr>
Subject: RE: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)

Hello Ümit,

Since it is a product that is only sold as a spare part and is planned to be discontinued next year, the prices are unfortunately high as you said.

You can convert the connection from the old generation PCSS-F1 to the new generation PCSS-A1.
There is already an electrical project and PCSS program at Ermaksan for the PCSS-A1 + Delemli machine, this work can be done through it, but at this stage the cables will need to be removed from F1 and connected to A1 one by one.

According to the attached ECP, the production of old generation PCSS'Fx's will be finished as of the beginning of next year, so in any case, such conversion projects will need to be done. This job is difficult at this stage, but for the future, our suggestion is to prepare a ready-made cable kit with sockets/connectors for the conversion and make the job easier.

Regards
Mehmet TATLI
Customer Service

Lazer Safe Pty Ltd
27 Action Road
Malaga, WA 6090
Australia
T +61 8 9249 4388
F +61 8 9249 6011
M +90 532 566 6879
E mehmet.tatli@lazersafe.com
Follow Us:

-----Original Message-----
From: UMIT YILDIZ <umit.yildiz@ermaksan.com.tr>
Sent: Tuesday, October 15, 2019 9:31 AM
To: Mehmet Tatli <mehmet.tatli@lazersafe.com>; Customer Service (Lazersafe) <csresponder@lazersafe.com>
Cc: YEDEK_PARCA <sparepart@ermaksan.com.tr>
Subject: RE: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)

Hello Mehmet;

8/21/24, 8:26 AM
#10894: FW: Lazer safe PCSS com. error ( I need help please!)
Case 3:23-cv-30016-MGM    Document 108-1    Filed 11/26/25    Page 48 of 189

Thank you for your offer, but the product price is too expensive. Can't a link to the current product be made instead? Can you provide information?

Best regards,

-----Original Message-----
From: Mehmet Tatli [mailto:mehmet.tatli@lazersafe.com]
Sent: Monday, October 14, 2019 7:07 PM
To: Customer Service (Lazersafe) <csresponder@lazersafe.com>
Cc: UMIT YILDIZ <umit.yildiz@ermaksan.com.tr>; YEDEK_PARCA <sparepart@ermaksan.com.tr>
Subject: RE: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)

Hello Ümit,

1, The order code, description and price information for the product you have requested are as follows;

0013000700 --- PCSS-F IO01 w/Guard Counter 1 --- 3378.00 EURO

2, Do you know the name of the Isagraf Application (PCSS program) on the faulty PCSS?
Who will load the program to the PCSS? If Lazer Safe will do it, a copy of the program (.pia format) needs to be sent with the order.
The order code, description and fee for the loading fee are as follows;

ISAGRAF001 --- IsaGRAF loading charge --- 135.00 EURO

3, If you specify the address where the product will be sent, I can ask for a price, but as we have stated before, the actual price of the product will appear on the invoice, just so you know.

Regards
Mehmet TATLI
Customer Service

Lazer Safe Pty Ltd
27 Action Road
Malaga, WA 6090
Australia
T +61 8 9249 4388
F +61 8 9249 6011
M +90 532 566 6879
E mehmet.tatli@lazersafe.com
Follow Us:

From: UMIT YILDIZ <umit.yildiz@ermaksan.com.tr>
Sent: Monday, October 14, 2019 3:47 PM
To: Mehmet Tatli <mehmet.tatli@lazersafe.com>
Cc: YEDEK_PARCA <sparepart@ermaksan.com.tr>
Subject: FW: Lazer safe PCSS com. error ( I need help please!)

Hello Mehmet;

Can you send me an offer for the attached PCSS? The product is going to America. If possible, please send me the shipping cost.

Best regards,

-----Original Message-----
From: ALI EVCI via RT <customerservice@lazersafe.com.au>
Sent: Monday, October 7, 2019 1:34 PM
To: Mehmet Tatli <mehmet.tatli@lazersafe.com>
Subject: RE: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)

Hello Mehmet,

Thank you. For this topic, I will suggest the customer to send the PCSS for repair or replace it with a new one. You can close the topic.

Best Regards,

-----Original Message-----
From: Mehmet Tatli via RT [mailto:customerservice@lazersafe.com.au]
Sent: Monday, October 07, 2019 12:12 PM
To: ALI EVCI; SERVICE
Subject: RE: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)

Hello Ali,

Thanks for the email.

According to the attached code description, trying to update the kernel software seems to be the only and last thing you can do.

8/21/24, 8:26 AM

Case 3:23-cv-30016-MGM     Document 108-1     Filed 11/26/25     Page 49 of 189

#10894: FW: Lazer safe PCSS com. error ( I need help please!)

As far as I understand from the photos, the protection system is LZS-004 HS(Cift Laser), so you can try installing the attached kernel version(Fx17700). If

that doesn't work, PCSS needs to be repaired(no guarantee that it can be repaired) or replaced with a new one.

In any case, the Isagraf application name(PCSS program) will be needed, I hope it is registered.

Regards
Mehmet TATLI
Customer Service

Lazer Safe Pty Ltd
27 Action Road
Malaga, WA 6090
Australia
T +61 8 9249 4388
F +61 8 9249 6011
M +90 532 566 6879
E mehmet.tatli@lazersafe.com
Follow Us:

-----Original Message-----
From: ALI EVCI via RT <customerservice@lazersafe.com.au>
Sent: Monday, October 7, 2019 11:56 AM
Subject: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)

Hello,

Communication error appears at one of our 2007 pressbrake with Lazersafe PCSS and the code on PCSS dsplay is 2209. As far as we understand from the condition codes, this is "internal fault detected "error. Is there anything else that can be done other than replacing PCSS? The machine is in America.

Best Regards,
[imza]

From: Mehmet Tatli [mailto:mehmet.tatli@lazersafe.com]
Sent: Monday, October 07, 2019 8:31 AM
To: ALI EVCI
Cc: SERVICE
Subject: RE: Lazer safe PCSS com. error ( I need help please!)

Ali bey günaydın,

Emaili customerservice@lazersafe.com<mailto:customerservice@lazersafe.com>
adresine göndermenizi rica ediyorum.

Regards

Mehmet TATLI
Customer Service

Lazer Safe Pty Ltd
27 Action Road
Malaga, WA 6090
Australia

T +61 8 9249 4388
F +61 8 9249 6011
M +90 532 566 6879
E mehmet.tatli@lazersafe.com<mailto:mehmet.tatli@lazersafe.com>

Follow Us:
[cid:image001.png@01D31FEB.80272120]<**https://twitter.com/lazersafe (https://twitter.com/lazersafe)** > [cid:image002.png@01D31FEB.80272120]
<**http://www.linkedin.com/company/lazer-safe-pty-ltd (http://www.linkedin.com/company/lazer-safe-pty-ltd)** >
[cid:image003.png@01D31FEB.80272120]
<**https://www.youtube.com/user/lazersafe (https://www.youtube.com/user/lazersafe)** >

[cid:image004.png@01D31FEB.80272120]<**http://www.lazersafe.com/ (http://www.lazersafe.com/)** >

[cid:image005.png@01D31FEB.80272120]<**http://www.lazersafe.com/ (http://www.lazersafe.com/)** >

[cid:image008.png@01D57CE9.7C452C70]
[signature_1449061529]

From: ALI EVCI <ali.evci@ermaksan.com.tr<mailto:ali.evci@ermaksan.com.tr>>
Sent: Friday, October 4, 2019 5:14 PM
To: Mehmet Tatli <mehmet.tatli@lazersafe.com<mailto:mehmet.tatli@lazersafe.com>>
Cc: SERVICE <service@ermaksan.com.tr<mailto:service@ermaksan.com.tr>>
Subject: FW: Lazer safe PCSS com. error ( I need help please!)

Mehmet Bey merhaba,

2007 model Lazersafe'li bir makinamızda Lazersafe communitication error hatası üzerine müşteriye PCSS 'i kontrol ettirdiğimizde PCSS displayinde 2209 hatası okuyoruz. Condition code lardan anladığımız kadarı ile "internal fault detected" hatası. PCSS'i değiştirmekten başka yapılabilcek bir şey varmıdır?
Makine Amerika'da.

Best Regards,

[imza]

From:
mmenard@internationalcontainerco.com<mailto:mmenard@internationalcontainerco.com>
[mailto:mmenard@internationalcontainerco.com]
Sent: Friday, October 04, 2019 5:05 PM
To: ALI EVCI
Subject: RE: Lazer safe PCSS com. error ( I need help please!)

The code I am getting is 2209

Thank You

Mike

-----Original Message-----
From: "ALI EVCI" <ali.evci@ermaksan.com.tr<mailto:ali.evci@ermaksan.com.tr>>
Sent: Friday, October 4, 2019 9:45am
To: "mmenard@internationalcontainerco.com<mailto:mmenard@internationalcontainerco.com>"
<mmenard@internationalcontainerco.com<mailto:mmenard@internationalcontainerco.com>>
Cc: "SERVICE" <service@ermaksan.com.tr<mailto:service@ermaksan.com.tr>>
Subject: RE: Lazer safe PCSS com. error ( I need help please!)

This feature differs according to operating mode , key position, indexation, manual page, automatic page. So, i could not say an excat info on this. If, you are doubt about Lazersafe system, you can check the code appearing on Lazersafe PCSS unit inside electrical cabinet. And again i advise you to check the communication cable between CNC and Lazersafe unit.

Best Regards,

[imza]

From:
mmenard@internationalcontainerco.com<mailto:mmenard@internationalcontainerco.com>
[mailto:mmenard@internationalcontainerco.com]
Sent: Friday, October 04, 2019 4:11 PM
To: ALI EVCI
Subject: RE: Lazer safe PCSS com. error ( I need help please!)

The laser to the front light curtain is not on. should that be on right when the interface comes on or does it come on only when you press the test button and start?
Thank You
Mike

-----Original Message-----
From: "ALI EVCI" <ali.evci@ermaksan.com.tr<mailto:ali.evci@ermaksan.com.tr>>
Sent: Friday, October 4, 2019 1:54am
To: "mmenard@internationalcontainerco.com<mailto:mmenard@internationalcontainerco.com>"
<mmenard@internationalcontainerco.com<mailto:mmenard@internationalcontainerco.com>>
Cc: "SENOL RODOPLU" <s.rodoplu@ermakusa.com<mailto:s.rodoplu@ermakusa.com>>,
"SERVICE" <service@ermaksan.com.tr<mailto:service@ermaksan.com.tr>>, "AHMET MEKIK"
<ahmet.mekik@ermaksan.com.tr<mailto:ahmet.mekik@ermaksan.com.tr>>,

8/21/24, 8:26 AM · #10894: FW: Lazer safe PCSS com. error ( I need help please!)

Case 3:23-cv-30016-MGM    Document 108-1    Filed 11/26/25    Page 51 of 189

"HULYA YILMAZ" <h.yilmaz@ermakusa.com<mailto:h.yilmaz@ermakusa.com>>
Subject: RE: Lazer safe PCSS com. error ( I need help please!) Hello,

This error can be occured because of cable between controller and Lazersafe unit. It might me loosed.

Best Regards,

[imza]

From: HULYA YILMAZ
Sent: Thursday, October 03, 2019 5:54 PM
To: UFUK KOCAEL; AHMET MEKIK; ALI EVCI
Cc: SENOL RODOPLU
Subject: FW: Lazer safe PCSS com. error ( I need help please!)

Merhabalar,

Asagidaki sorunla ilgili yardimci olabilir misiniz?

Saygilarimla,

"Excellence in Fab Equipment Sales and Service"

[download]<**http://www.ermakusa.com/usa/ (http://www.ermakusa.com/usa/)** >

From:
mmenard@internationalcontainerco.com<mailto:mmenard@internationalcontainerco.com>
<mmenard@internationalcontainerco.com<mailto:mmenard@internationalcontainerco.com>>
Sent: Thursday, October 3, 2019 9:43 AM
To: HULYA YILMAZ <h.yilmaz@ermakusa.com<mailto:h.yilmaz@ermakusa.com>>
Subject: Lazer safe PCSS com. error ( I need help please!)

Good Morning,
I'm having an issue with my Ermak Pressbrake.
SN20071136
CNC SAP 12' X 220"
Brake ran fine this Morning and then the error message came up.
( D3156 : LazerSafe PCSS communication error ) Please, Can you give me some guidance on how to fix this issue?
Im under the gun here and I need this machine up and running ASAP.
Thank You For your assistance

Michael menard
International Container Co.
110 North Bridge St., Holyoke , Mass 01089
P: 1-413-246-7503

Mon Nov 25 13:30:29 2019        **The RT System itself - Outgoing email recorded**

8/21/24, 8:26 AM

#10894: FW: Lazer safe PCSS com. error ( I need help please!)

Case 3:23-cv-30016-MGM    Document 108-1    Filed 11/26/25    Page 52 of 189

Mon Nov 25 13:30:28 2019    **mehmet (Mehmet Tatli) - Correspondence added**

CC: YEDEK_PARCA <sparepart@ermaksan.com.tr>

Subject: RE: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)

Date: Mon, 25 Nov 2019 13:29:40 +0800

To: UMIT YILDIZ <umit.yildiz@ermaksan.com.tr>, "Customer Service (Lazersafe)" <csresponder@lazersafe.com>

From: Mehmet Tatli <mehmet.tatli@lazersafe.com>

---

Hello Mr. Ali, Mr. Umit,

What is the latest status on this issue?

Regards

Mehmet SWEET

Customer Service

| | | | |
|---|---|---|---|
| **Lazer Safe Pty Ltd** | **T** +61 8 9249 4388 | | **Follow Us:** |
| 27 Action Road | **F** +61 8 9249 6011 | | (https://twitter.com/lazersafe) |
| Malaga, WA 6090 | **M** +90 532 566 6879 | | (http://www.linkedin.com/company/lazer-safe-pty-ltd) |
| Australia | **E** mehmet.tatli@lazersafe.com (mailto:mehmet.tatli@lazersafe.com) | | (https://www.youtube.com/user/lazersafe) |

**Performance without compromise.™** (http://www.lazersafe.com/)

lazersafe.com

(http://www.lazersafe.com/)

FABTECH    Visit us at the Lazer Safe stand
Stand A4188 & A4191
11 – 14 November 2019 · Chicago, USA

-----Original Message-----
From: ALI EVCI via RT <customerservice@lazersafe.com.au>
Sent: Tuesday, October 15, 2019 9:12 AM
To: Mehmet Tatli <mehmet.tatli@lazersafe.com>
Subject: FW: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)

Hello Brother Ufuk,

A Lazersafe PCSS–F order will be made for the 2007 model machine in America that has a Lazersafe shortage, but the program is needed. The program on this machine is not in our records. Can you do or have done what Mr. Mehmet said below? In this way, we can see the name of the program in the PCSS and upload it to the new one.

Best Regards,

-----Original Message-----
From: Mehmet Tatli via RT [mailto:customerservice@lazersafe.com.au (mailto:customerservice@lazersafe.com.au) ]

Sent: Tuesday, October 15, 2019 9:02 AM

To: ALI EVCI; SERVICE

Subject: RE: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)

Good morning Mr. Ali,

Is there anyone in the US who can try to install kernel and isagraph on the faulty PCSS?

Regards

Mehmet SWEET

Customer Service

Lazer Safe Pty Ltd

27 Action Road

Malaga, WA 6090

Australia

T +61 8 9249 4388

F +61 8 9249 6011

M +90 532 566 6879

And  **mehmet.tatli@lazersafe.com (mailto:mehmet.tatli@lazersafe.com)**

Follow Us:


-----Original Message-----

From: ALI EVCI via RT <**customerservice@lazersafe.com.au (mailto:customerservice@lazersafe.com.au)** >

Sent: Tuesday, October 15, 2019 8:43 AM

To: Mehmet Tatli < **mehmet.tatli@lazersafe.com (mailto:mehmet.tatli@lazersafe.com)** >

Subject: RE: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)


Hello Mr. Mehmet,


Since we will direct the order to the address directly, we prefer the upload and sending, but we need your help with the program because we do not have which program is loaded in our records. Can you help me find it? I am attaching the PCSS photo on the machine, the machine parameters and the project.


Possible shipping address;


ErmakUSA Inc.


2860 S River Rd, Suite 145,

Des Plaines, IL 60018

deer


Best Regards,


**From:** Mehmet Tatli
**Sent:** Friday, October 18, 2019 10:27 AM
**To:** UMIT YILDIZ <umit.yildiz@ermaksan.com.tr>; Customer Service (Lazersafe) <csresponder@lazersafe.com>
**Cc:** YEDEK_PARCA <sparepart@ermaksan.com.tr>
**Subject:** RE: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)


Hello Mr. Umit,


Shipping cost for 1 x PCSS–F1 to the specified US address is approximately 95 EURO (DAP).


Regards

**Mehmet SWEET**

Customer Service

Lazer Safe Pty Ltd

27 Action Road

Malaga, WA 6090

Australia

**F** +61 8 9249 6011

**M** +90 532 566 6879

**E** mehmet.tatli@lazersafe.com
(mailto:mehmet.tatli@lazersafe.com)

Follow Us:

(https://twitter.com/lazersafe)
(http://www.linkedin.com/company/lazer-safe-pty-ltd)
(https://www.youtube.com/user/lazersafe)



Performance without compromise.™ (http://www.lazersafe.com/)
lazersafe.com
(http://www.lazersafe.com/)



**From:** Mehmet Tatli
**Sent:** Tuesday, October 15, 2019 5:36 PM
**To:** UMIT YILDIZ <umit.yildiz@ermaksan.com.tr (mailto:umit.yildiz@ermaksan.com.tr) >; Customer Service (Lazersafe)
< csresponder@lazersafe.com (mailto:csresponder@lazersafe.com) >
**Cc:** YEDEK_PARCA <sparepart@ermaksan.com.tr (mailto:sparepart@ermaksan.com.tr) >
**Subject:** Re: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)

Mr. Umit,

Mr. Ali gave me the address below, that's why I asked for the price, I will probably get an answer tomorrow.

ErmakUSA Inc.

2860 S River Rd, Suite 145,

Des Plaines, IL 60018

deer

Thank you

Mehmet Tatli

Customer Service

Lazer Safe Pty Ltd

25 Action Road

Malaga, WA 6090

Australia

T +61 8 9249 4388

F +61 8 9249 6011

M +90 532 566 6879

And **mehmet.tatli@lazersafe.com (mailto:mehmet.tatli@lazersafe.com)**

Follow Us:

**(http://clients.axiomdp.com.au/lazersafe/email/img/laz-icon-twitter.png) http://clients.axiomdp.com.au/lazersafe/email/img/laz-icon-twitter.png (http://clients.axiomdp.com.au/lazersafe/email/img/laz-icon-twitter.png) (http://clients.axiomdp.com.au/lazersafe/email/img/laz-icon-linkedin.png) http://clients.axiomdp.com.au/lazersafe/email/img/laz-icon-linkedin.png (http://clients.axiomdp.com.au/lazersafe/email/img/laz-icon-linkedin.png) (http://clients.axiomdp.com.au/lazersafe/email/img/laz-icon-youtube.png (http://clients.axiomdp.com.au/lazersafe/email/img/laz-icon-youtube.png)**

8/21/24, 8:26 AM    #10894: FW: Lazer safe PCSS com. error ( I need help please!)

Case 3:23-cv-30016-MGM    Document 108-1    Filed 11/26/25    Page 55 of 189

Lazer safe logo

Performance without compromise.

---

**From:** UMIT YILDIZ <**umit.yildiz@ermaksan.com.tr (mailto:umit.yildiz@ermaksan.com.tr)** >
**Sent:** Tuesday, October 15, 2019 5:28:28 PM
**To:** Mehmet Tatli <**mehmet.tatli@lazersafe.com (mailto:mehmet.tatli@lazersafe.com)** >; Customer Service (Lazersafe)
<**csresponder@lazersafe.com (mailto:csresponder@lazersafe.com)** >
**Cc:** YEDEK_PARCA <**sparepart@ermaksan.com.tr (mailto:sparepart@ermaksan.com.tr)** >
**Subject:** RE: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)


Hello Mehmet;

Can you give me a shipping fee for the following address?


Best regards.


-----Original Message-----
From: Mehmet Tatli [ **mailto:mehmet.tatli@lazersafe.com (mailto:mehmet.tatli@lazersafe.com)** ]
Sent: Tuesday, October 15, 2019 9:48 AM
To: UMIT YILDIZ < **umit.yildiz@ermaksan.com.tr (mailto:umit.yildiz@ermaksan.com.tr)** >; Customer Service (Lazersafe) <
**csresponder@lazersafe.com (mailto:csresponder@lazersafe.com)** >
Cc: YEDEK_PARCA < **sparepart@ermaksan.com.tr (mailto:sparepart@ermaksan.com.tr)** >
Subject: RE: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)

Hello Ümit Bey,

Since it is a product that is only sold as a spare part and is planned to be discontinued next year, the prices are unfortunately high as you said.

You can convert the connection from the old generation PCSS-F1 to the new generation PCSS-A1. Currently, there is an electrical project and PCSS program at Ermaksan for the PCSS-A1 + Delemli machine, this work can be done through it, but at this stage the cables will need to be removed from F1 and connected to A1 one by one.

According to the attached ECP, the production of old generation PCSS-F1's will be finished as of the beginning of next year, so in any case, such conversion projects will need to be done. This work is difficult at this stage, but our suggestion for the future is to prepare a ready-made cable kit with sockets/connectors for the conversion and make the job easier.

Regards
Mehmet TATLI
Customer Service

Lazer Safe Pty Ltd
27 Action Road
Malaga, WA 6090
Australia
T +61 8 9249 4388
F +61 8 9249 6011
M +90 532 566 6879
E **mehmet.tatli@lazersafe.com (mailto:mehmet.tatli@lazersafe.com)**
Follow Us:

-----Original Message-----
From: UMIT YILDIZ [ **umit.yildiz@ermaksan.com.tr (mailto:umit.yildiz@ermaksan.com.tr)** >
Sent: Tuesday, October 15, 2019 9:31 AM
To: Mehmet Tatli < **mehmet.tatli@lazersafe.com (mailto:mehmet.tatli@lazersafe.com)** >; Customer Service (Lazersafe) <
**csresponder@lazersafe.com (mailto:csresponder@lazersafe.com)** >
Cc: SPARE_PARCA < **sparepart@ermaksan.com.tr (mailto:sparepart@ermaksan.com.tr)** >
Subject: RE: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)

Hello Mr. Mehmet;

Thank you for your offer, but the product price is too expensive. Can't the current product link be made instead? Can you provide information?

Best regards.

-----Original Message-----
From: Mehmet Tatli [ **mailto:mehmet.tatli@lazersafe.com (mailto:mehmet.tatli@lazersafe.com)** ]
Sent: Monday, October 14, 2019 7:07 PM
To: Customer Service (Lazersafe) < **csresponder@lazersafe.com (mailto:csresponder@lazersafe.com)** >
Cc: UMIT YILDIZ < **umit.yildiz@ermaksan.com.tr (mailto:umit.yildiz@ermaksan.com.tr)** >; YEDEK_PARCA < **sparepart@ermaksan.com.tr
(mailto:sparepart@ermaksan.com.tr)** >
Subject: RE: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)

Hello Ümit,

1, The order code, description and price information for the product you have requested are as follows;

0013000700 --- PCSS-F I001 w/Guard Counter 1 --- 3378.00 EURO

2, Do you know the name of the Isagraf Application (PCSS program) on the faulty PCSS? Who will upload the program to the PCSS? If Lazer Safe will do it, a copy of the program (.pia format) must be sent with the order. The order code, description and fee for the upload fee are as follows;

ISAGRAF001 --- IsaGRAF loading charge --- 135.00 EURO

8/21/24, 8:26 AM                                    #10894: FW: Lazer safe PCSS com. error ( I need help please!)

Case 3:23-cv-30016-MGM    Document 108-1    Filed 11/26/25    Page 56 of 189

3, if you specify the address where the product will be sent, I can ask for a price, but as we have stated before, the actual price of the product will appear on the invoice, just so you know.

Regards
Mehmet TATLI
Customer Service

Lazer Safe Pty Ltd
27 Action Road
Malaga, WA 6090
Australia
T +61 8 9249 4388
F +61 8 9249 6011
M +90 532 566 6879
E **mehmet.tatli@lazersafe.com (mailto:mehmet.tatli@lazersafe.com)**
Follow Us:

From: UMIT YILDIZ < **umit.yildiz@ermaksan.com.tr (mailto:umit.yildiz@ermaksan.com.tr)** >
Sent: Monday, October 14, 2019 3:47 PM
To: Mehmet Tatli < **mehmet.tatli@lazersafe.com (mailto:mehmet.tatli@lazersafe.com)** >
Cc: YEDEK_PARCA < **sparepart@ermaksan.com.tr (mailto:sparepart@ermaksan.com.tr)** >
Subject: FW: Lazer safe PCSS com. error ( I need help please!)

Hello Mehmet;

Can you send me an offer for the attached PCSS? The product is going to America. If possible, please send me the shipping cost.

Best regards.

-----Original Message-----
From: ALI EVCI via RT < **customerservice@lazersafe.com.au (mailto:customerservice@lazersafe.com.au)** >
Sent: Monday, October 7, 2019 1:34 PM
To: Mehmet Tatli < **mehmet.tatli@lazersafe.com (mailto:mehmet.tatli@lazersafe.com)** >
Subject: RE: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)

Hello Mehmet,

Thank you. For this topic, I will suggest the customer to send the PCSS for repair or replace it with a new one. You can close the topic.

Best Regards,

-----Original Message-----
From: Mehmet Tatli via RT [ **mailto:customerservice@lazersafe.com.au (mailto:customerservice@lazersafe.com.au)** ]
Sent: Monday, October 07, 2019 12:12 PM
To: ALI EVCI; SERVICE
Subject: RE: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)

Hello Mr. Ali,

Thanks for the email.

According to the attached code description, it seems like the only and last thing you can do is try to update the kernel software.

As far as I understand from the photos, the protection system is LZS-004 HS(Double Laser), so you can try to install the attached kernel version(Fx17700).

If it doesn't work, PCSS needs to be repaired(no guarantee that it can be done) or replaced with a new one.

In any case, I hope the Isagraf application name(PCSS program) is needed, it is registered.

Regards
Mehmet TATLI
Customer Service

Lazer Safe Pty Ltd
27 Action Road
Malaga, WA 6090
Australia
T +61 8 9249 4388
F +61 8 9249 6011
M +90 532 566 6879
E **mehmet.tatli@lazersafe.com (mailto:mehmet.tatli@lazersafe.com)**
Follow Us:

-----Original Message-----
From: ALI EVCI via RT < **customerservice (mailto:customerservice@lazersafe.com.au)** @lazersafe. com.au >
Sent: Monday, October 7, 2019 11:56 AM
Subject: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)

Hello,

Communication error appears at one of our 2007 pressbrake with Lazersafe PCSS and the code on PCSS dsplay is 2209. As far as we understand from the condition codes, this is "internal fault detected "error. Is there anything else that can be done other than replacing PCSS? The machine is in America.

Best Regards,
[signature]

8/21/24, 8:26 AM

Case 3:23-cv-30016-MGM    Document 108-1    Filed 11/26/25    Page 57 of 189

#10894: FW: Lazer safe PCSS com. error ( I need help please!)

From: Mehmet Tatli [ **mailto:mehmet.tatli@lazersafe.com (mailto:mehmet.tatli@lazersafe.com)** ]
Sent: Monday, October 07, 2019 8:31 AM
To: ALI EVCI
Cc: SERVICE
Subject: RE: Lazer safe PCSS com. error ( I need help please!)

Good morning Mr. Ali, I would like you to send

the e-mail to **customerservice@lazersafe.com<mailto:customerservice@lazersafe.com**
**(mailto:customerservice@lazersafe.com%3cmailto:customerservice@lazersafe.com)**

>. Regards

Mehmet TATLI
Customer Service

Lazer Safe Pty Ltd
27 Action Road
Malaga, WA 6090
Australia

T +61 8 9249 4388
F +61 8 9249 6011
M +90 532 566 6879
E **mehmet.tatli@lazersafe.com<mailto:mehmet.tatli@lazersafe.com**
**(mailto:mehmet.tatli@lazersafe.com%3cmailto:mehmet.tatli@lazersafe.com)** >

Follow Us:
[ cid:image00 1.png@01D31FEB.80272120 ]< **(https://twitter.com/lazersafe) https://twitter.com/lazersafe (https://twitter.com/lazersafe)** >
[cid:image002.png@01D31FEB.80272120] < **(http://www.linkedin.com/company/lazer-safe-pty-ltd) http://www.linkedin.com/company/lazer-safe-**
**pty-ltd (http://www.linkedin.com/company/lazer-safe-pty-ltd)** > [cid:image003.png@01D31FEB.80272120] <
**(https://www.youtube.com/user/lazersafe) https://www.youtube.com/user/lazersafe (https://www.youtube.com/user/lazersafe)** >

[cid:image004.png@01D31FEB.80272120]< **(http://www.lazersafe.com/) http://www.lazersafe.com/ (http://www.lazersafe.com/)** >

[cid:image005.png@01D31FEB.80272120]< **(http://www.lazersafe.com/) http://www.lazersafe.com/ (http://www.lazersafe.com/)** >

[ cid:image008.png@01D57CE9.7C452C70 ]
[signature_1449061529]

From: ALI EVCI < **ali.evci@ermaksan.com.tr<mailto:ali.evci@ermaksan.com.tr**
**(mailto:ali.evci@ermaksan.com.tr%3cmailto:ali.evci@ermaksan.com.tr)** > >
Sent: Friday, October 4, 2019 5:14 PM
To: Mehmet Tatli < **mehmet.tatli@lazersafe.com<mailto:mehmet.tatli@lazersafe.com**
**(mailto:mehmet.tatli@lazersafe.com%3cmailto:mehmet.tatli@lazersafe.com)** > >
Cc: SERVICE < **service@ermaksan.com.tr <mailto:service@ermaksan.com.tr**
**(mailto:service@ermaksan.com.tr%3cmailto:service@ermaksan.com.tr)** > >
Subject: FW: Lazer safe PCSS com. error ( I need help please!)

Hello Mr. Mehmet,

when we have the customer check the PCSS on a Lazersafe communication error in a 2007 model Lazersafe machine, we read the 2209 error on the
PCSS display. As far as we understand from the condition codes, the error is "internal fault detected". PCSS Is there anything else that can be done
other than changing the ? The machine is in America.

Best Regards,

[signature]

From: **mmenard@internationalcontainerco.com<mailto:mmenard@internationalcontainerco.com**
**(mailto:mmenard@internationalcontainerco.com%3cmailto:mmenard@internationalcontainerco.com)** > [
**mailto:mmenard@internationalcontainerco.com (mailto:mmenard@internationalcontainerco.com)** ]
Sent: Friday, October 04, 2019 5:05 PM
To: ALI EVCI
Subject: RE: Lazer safe PCSS com. error ( I need help please!)

The code I am getting is 2209

Thank You

Mike

-----Original Message-----
From: "ALI EVCI" < **ali.evci@ermaksan.com.tr<mailto:ali.evci@ermaksan.com.tr**
**(mailto:ali.evci@ermaksan.com.tr%3cmailto:ali.evci@ermaksan.com.tr)** > >
Sent: Friday, October 4, 2019 9:45am
To: " **mmenard@internationalcontainerco.com<mailto:mmenard@internationalcontainerco.com>**
**(mailto:mmenard@internationalcontainerco.com%3cmailto:mmenard@internationalcontainerco.com%3e)** " >

#10894: FW: Lazer safe PCSS com. error ( I need help please!)

Case 3:23-cv-30016-MGM    Document 108-1    Filed 11/26/25    Page 58 of 189

**mmenard@internationalcontainerco.com<mailto:mmenard@internationalcontainerco.com** **(mailto:mmenard@internationalcontainerco.com%3cmailto:mmenard@internationalcontainerco.com)** >
Cc: "SERVICE" < **service@ermaksan.com.tr<mailto:service@ermaksan.com.tr** **(mailto:service@ermaksan.com.tr%3cmailto:service@ermaksan.com.tr)** >>
Subject: RE: Lazer safe PCSS com. error (I need help please!)

This feature differs according to operating mode, key position, indexation, manual page, automatic page. So, i could not say an excat info on this. If you are in doubt about Lazersafe system, you can check the code appearing on Lazersafe PCSS unit inside electrical cabinet. And again I advise you to check the communication cable between CNC and Lazersafe unit.


Best Regards,

[signature]

From: mmenard@internationalcontainerco.com<mailto:mmenard@internationalcontainerco.com **(mailto:mmenard@internationalcontainerco.com%3cmailto:mmenard@internationalcontainerco.com)** > [ **mailto:mmenard@internationalcontainerco.com (mailto:mmenard@internationalcontainerco.com)** ]
Sent: Friday, October 04, 2019 4:11 PM
To: ALI EVCI
Subject: RE : Lazer safe PCSS com. error (I need help please!)

The laser to the front light curtain is not on. should that be on right when the interface comes on or does it come on only when you press the test button and start?
Thank You
Mike
-----Original Message-----
From: "ALI EVCI" < **ali.evci@ermaksan.com.tr<mailto:ali.evci@ermaksan.com.tr** **(mailto:ali.evci@ermaksan.com.tr%3cmailto:ali.evci@ermaksan.com.tr)** >>
Sent: Friday, October 4, 2019 1:54am
To: " **mmenard@internationalcontainerco.com<mailto:mmenard@internationalcontainerco.com** **(mailto:mmenard@internationalcontainerco.com%3cmailto:mmenard@internationalcontainerco.com%3e)** " < **mmenard@internationalcontainerco.com<mailto:mmenard@internationalcontainerco.com** **(mailto:mmenard@internationalcontainerco.com%3cmailto:mmenard@internationalcontainerco.com)** >>
Cc: "SENOL RODOPLU" < **s.rodoplu@ermakusa.com<mailto:s.rodoplu@ermakusa.com** **(mailto:s.rodoplu@ermakusa.com%3cmailto:s.rodoplu@ermakusa.com)** >>, "SERVICE" < **service@ermaksan.com.tr<mailto:service@ermaksan.com.tr (mailto:service@ermaksan.com.tr%3cmailto:service@ermaksan.com.tr)** >>, "AHMET MEKİK" < **ahmet.mekik@ermaksan.com.tr<mailto:ahmet.mekik@ermaksan.com.tr** **(mailto:ahmet.mekik@ermaksan.com.tr%3cmailto:ahmet.mekik@ermaksan.com.tr)** >>, "HULYA YILMAZ" < **h.yilmaz@ermakusa.com<mailto:h.yilmaz@ermakusa.com (mailto:h.yilmaz@ermakusa.com%3cmailto:h.yilmaz@ermakusa.com)** >>
Subject: RE: Lazer safe PCSS com. error ( I need help please!) Hello,

This error can be occured because of cable between controller and Lazersafe unit. It might me loosed.


Best Regards,

[imza]

From: HULYA YILMAZ
Sent: Thursday, October 03, 2019 5:54 PM
To: UFUK KOCAEL; AHMET MEKIK; ALI EVCI
Cc: SENOL RODOPLU
Subject: FW: Lazer safe PCSS com. error ( I need help please!)

Merhabalar,

Asagidaki sorunla ilgili yardimci olabilir misiniz?

Saygilarimla,

"Excellence in Fab Equipment Sales and Service"

[download]< **(http://www.ermakusa.com/usa/) http://www.ermakusa.com/usa/ (http://www.ermakusa.com/usa/)** >


From: mmenard@internationalcontainerco.com<mailto:mmenard@internationalcontainerco.com **(mailto:mmenard@internationalcontainerco.com%3cmailto:mmenard@internationalcontainerco.com)** > < **mmenard@internationalcontainerco.com<mailto:mmenard@internationalcontainerco.com** **(mailto:mmenard@internationalcontainerco.com%3cmailto:mmenard@internationalcontainerco.com)** >>
Sent: Thursday, October 3, 2019 9:43 AM
To: HULYA YILMAZ < **h.yilmaz@ermakusa.com<mailto:h.yilmaz@ermakusa.com** **(mailto:h.yilmaz@ermakusa.com%3cmailto:h.yilmaz@ermakusa.com)** >>
Subject: Lazer safe PCSS com. error ( I need help please!)

Good Morning,
I'm having an issue with my Ermak Pressbrake.
SN20071136
CNC SAP 12" X 220"
Brake ran fine this Morning and then  the error message came up.
( D3156 : LazerSafe PCSS communication error ) Please, Can you give me some guidance on how to fix this issue?
Im under the gun here and I need this machine up and running ASAP.
Thank You For your assistance

Michael menard

8/21/24, 8:26 AM                     #10894: FW: Lazer safe RCSS com. error ( I need help please!)

Case 3:23-cv-30016-MGM       Document 108-1    Filed 11/26/25    Page 59 of 189

International Container Co.
110 North Bridge St., Holyoke , Mass 01089
P: 1-413-246-7503

| |
|---|
| *Image displayed inline above* |
| *Image displayed inline above* |
| *Image displayed inline above* |
| *Image displayed inline above* |
| *Image displayed inline above* |
| *Image displayed inline above* |
| *Image displayed inline above* |

Fri Oct 18 15:27:58 2019          **The RT System itself – Outgoing email recorded**

8/21/24, 8:26 AM      #10894: FW: Lazer safe PCSS com. error ( I need help please!)

Case 3:23-cv-30016-MGM     Document 108-1     Filed 11/26/25     Page 60 of 189

Fri Oct 18 15:27:57 2019    **mehmet (Mehmet Tatli) - Correspondence added**

       CC: YEDEK_PARCA <sparepart@ermaksan.com.tr>

   Subject: RE: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)

      Date: Fri, 18 Oct 2019 15:27:09 +0800

        To: UMIT YILDIZ <umit.yildiz@ermaksan.com.tr>, "Customer Service (Lazersafe)" <csresponder@lazersafe.com>

   From: Mehmet Tatli <mehmet.tatli@lazersafe.com>

---

Hello Mr. Umit,


Shipping cost for 1 x PCSS–F1 to the specified US address is approximately 95 EURO (DAP).



Regards

**Mehmet SWEET**

Customer Service


| | | |
|---|---|---|
| **Lazer Safe Pty Ltd** | **T** +61 8 9249 4388 | **Follow Us:** |
| 27 Action Road | **F** +61 8 9249 6011 | 🐦 **(https://twitter.com/lazersafe)** 💼 **(http://www.linkedin.com/company/lazer-safe-pty-ltd)** ▶ **(https://www.youtube.com/user/lazersafe)** |
| Malaga, WA 6090 | **M** +90 532 566 6879 | |
| Australia | **E** **mehmet.tatli@lazersafe.com (mailto:mehmet.tatli@lazersafe.com)** | |


**Performance without compromise.™** **(http://www.lazersafe.com/)**
lazersafe.com
**(http://www.lazersafe.com/)**


Visit the Press Brake Buyer's Guide stand
Hall 1-FO – Stand 1FO-18
5 – 8 November 2019 · Stuttgart, Germany

**FABTECH** Visit us at the Lazer Safe stand
Stand A4188 & A4191
11 – 14 November 2019 · Chicago, USA


**From:** Mehmet Tatli
**Sent:** Tuesday, October 15, 2019 5:36 PM
**To:** UMIT YILDIZ <umit.yildiz@ermaksan.com.tr>; Customer Service (Lazersafe) <csresponder@lazersafe.com>
**Cc:** YEDEK_PARCA <sparepart@ermaksan.com.tr>
**Subject:** Re: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)


Mr. Umit,


Mr. Ali gave me the address below, that's why I asked for the price, I will probably get an answer tomorrow.


ErmakUSA Inc.

2860 S River Rd, Suite 145,

Des Plaines, IL 60018

deer


Thank you

Mehmet Tatli

Customer Service


Lazer Safe Pty Ltd

8/21/24, 8:26 AM           #10894: FW: Lazer safe PCSS com. error ( I need help please!)

Case: 3:23-cv-30016-MGM     Document 108-1     Filed 11/26/25     Page 61 of 189

25 Action Road

Malaga, WA 6090

Australia

T +61 8 9249 4388

F +61 8 9249 6011

M +90 532 566 6879

And **mehmet.tatli@lazersafe.com (mailto:mehmet.tatli@lazersafe.com)**

Follow Us:

**(http://clients.axiomdp.com.au/lazersafe/email/img/laz-icon-twitter.png) http://clients.axiomdp.com.au/lazersafe/email/img/laz-icon-twitter.png (http://clients.axiomdp.com.au/lazersafe/email/img/laz-icon-twitter.png) (http://clients.axiomdp.com.au/lazersafe/email/img/laz-icon-linkedin.png) http://clients.axiomdp.com.au/lazersafe/email/img/laz-icon-linkedin.png (http://clients.axiomdp.com.au/lazersafe/email/img/laz-icon-linkedin.png) (http://clients.axiomdp.com.au/lazersafe/email/img/laz-icon-youtube.png) http://clients.axiomdp.com.au/lazersafe/email/img/laz-icon-youtube.png (http://clients.axiomdp.com.au/lazersafe/email/img/laz-icon-youtube.png)**

Lazer Safe Logo

Performance without compromise.

---

**From:** UMIT YILDIZ <**umit.yildiz@ermaksan.com.tr (mailto:umit.yildiz@ermaksan.com.tr)** >
**Sent:** Tuesday, October 15, 2019 5:28:28 PM
**To:** Mehmet Tatli <**mehmet.tatli@lazersafe.com (mailto:mehmet.tatli@lazersafe.com)** >; Customer Service (Lazersafe) <**csresponder@lazersafe.com (mailto:csresponder@lazersafe.com)** >
**Cc:** YEDEK_PARCA <**sparepart@ermaksan.com.tr (mailto:sparepart@ermaksan.com.tr)** >
**Subject:** RE: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)

Hello Mehmet;

Can you give me a shipping fee for the following address?

Best regards.

-----Original Message-----
From: Mehmet Tatli [ **mailto:mehmet.tatli@lazersafe.com (mailto:mehmet.tatli@lazersafe.com)** ]
Sent: Tuesday, October 15, 2019 9:48 AM
To: UMIT YILDIZ < **umit.yildiz@ermaksan.com.tr (mailto:umit.yildiz@ermaksan.com.tr)** >; Customer Service (Lazersafe) < **csresponder@lazersafe.com (mailto:csresponder@lazersafe.com)** >
Cc: YEDEK_PARCA < **sparepart@ermaksan.com.tr (mailto:sparepart@ermaksan.com.tr)** >
Subject: RE: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)

Hello Ümit Bey,

Since it is a product that is only sold as a spare part and is planned to be discontinued next year, the prices are unfortunately high as you said.

You can convert the connection from the old generation PCSS-F1 to the new generation PCSS-A1. Currently, there is an electrical project and PCSS program at Ermaksan for the PCSS-A1 + Delemli machine, this work can be done through it, but at this stage the cables will need to be removed from F1 and connected to A1 one by one.

According to the attached ECP, the production of old generation PCSS"Fx"s will be finished as of the beginning of next year, so in any case, such conversion projects will need to be done. This work is difficult at this stage, but our suggestion for the future is to prepare a ready-made cable kit with sockets/connectors for the conversion and make the job easier.

Regards
Mehmet TATLI
Customer Service

Lazer Safe Pty Ltd
27 Action Road
Malaga, WA 6090
Australia
T +61 8 9249 4388
F +61 8 9249 6011
M +90 532 566 6879
E **mehmet.tatli@lazersafe.com (mailto:mehmet.tatli@lazersafe.com)**
Follow Us:

-----Original Message-----
From: UMIT YILDIZ < **umit.yildiz@ermaksan.com.tr (mailto:umit.yildiz@ermaksan.com.tr)** >
Sent: Tuesday, October 15, 2019 9:31 AM
To: Mehmet Tatli < **mehmet.tatli@lazersafe.com (mailto:mehmet.tatli@lazersafe.com)** >; Customer Service (Lazersafe) < **csresponder@lazersafe.com (mailto:csresponder@lazersafe.com)** >
Cc: SPARE_PARCA < **sparepart@ermaksan.com.tr (mailto:sparepart@ermaksan.com.tr)** >
Subject: RE: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)

Hello Mr. Mehmet;

8/21/24, 8:26 AM #10894: FW: Lazer safe PCSS com. error ( I need help please!)

Case 3:23-cv-30016-MGM    Document 108-1    Filed 11/26/25    Page 62 of 189

Thank you for your offer, but the product price is too expensive. Can't the current product link be made instead? Can you provide information?

Best regards,

-----Original Message-----
From: Mehmet Tatli [ **mailto:mehmet.tatli@lazersafe.com (mailto:mehmet.tatli@lazersafe.com)** ]
Sent: Monday, October 14, 2019 7:07 PM
To: Customer Service (Lazersafe) < **csresponder@lazersafe.com (mailto:csresponder@lazersafe.com)** >
Cc: UMIT YILDIZ < **umit.yildiz@ermaksan.com.tr (mailto:umit.yildiz@ermaksan.com.tr)** >; YEDEK_PARCA < **sparepart@ermaksan.com.tr (mailto:sparepart@ermaksan.com.tr)** >
Subject: RE: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)

Hello Ümit,

1, The order code, description and price information for the product you have requested are as follows;

0013000700 --- PCSS-F I001 w/Guard Counter 1 --- 3378.00 EURO

2, Do you know the name of the Isagraf Application (PCSS program) on the faulty PCSS? Who will upload the program to the PCSS? If Lazer Safe will do it, a copy of the program (.pia format) must be sent with the order. The order code, description and fee for the upload fee are as follows;

ISAGRAF001 --- IsaGRAF loading charge --- 135.00 EURO

3, If you specify the address where the product will be sent, I can ask for a price, but as we have stated before, the actual price of the product will appear on the invoice, just so you know.

Regards
Mehmet TATLI
Customer Service

Lazer Safe Pty Ltd
27 Action Road
Malaga, WA 6090
Australia
T +61 8 9249 4388
F +61 8 9249 6011
M +90 532 566 6879
E **mehmet.tatli@lazersafe.com (mailto:mehmet.tatli@lazersafe.com)**
Follow Us:

From: UMIT YILDIZ < **umit.yildiz@ermaksan.com.tr (mailto:umit.yildiz@ermaksan.com.tr)** >
Sent: Monday, October 14, 2019 3:47 PM
To: Mehmet Tatli < **mehmet.tatli@lazersafe.com (mailto:mehmet.tatli@lazersafe.com)** >
Cc: YEDEK_PARCA < **sparepart@ermaksan.com.tr (mailto:sparepart@ermaksan.com.tr)** >
Subject: FW: Lazer safe PCSS com. error ( I need help please!)

Hello Mehmet;

Can you send me an offer for the attached PCSS? The product is going to America. If possible, please send me the shipping cost.

Best regards,

-----Original Message-----
From: ALI EVCI via RT < **customerservice@lazersafe.com.au (mailto:customerservice@lazersafe.com.au)** >
Sent: Monday, October 7, 2019 1:34 PM
To: Mehmet Tatli < **mehmet.tatli@lazersafe.com (mailto:mehmet.tatli@lazersafe.com)** >
Subject: RE: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)

Hello Mehmet,

Thank you. For this topic, I will suggest the customer to send the PCSS for repair or replace it with a new one. You can close the topic.

Best Regards,

-----Original Message-----
From: Mehmet Tatli via RT [ **mailto:customerservice@lazersafe.com.au (mailto:customerservice@lazersafe.com.au)** ]
Sent: Monday, October 07, 2019 12:12 PM
To: ALI EVCI; SERVICE
Subject: RE: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)

Hello Mr. Ali,

Thanks for the email.

According to the attached code description, it seems like the only and last thing you can do is try to update the kernel software.

As far as I understand from the photos, the protection system is LZS-004 HS(Double Laser), so you can try to install the attached kernel version(Fx17700).

If it doesn't work, PCSS needs to be repaired(no guarantee that it can be done) or replaced with a new one.

In any case, I hope the Isagraf application name(PCSS program) is needed, it is registered.

Regards
Mehmet TATLI
Customer Service

8/21/24, 8:26 AM      #10894: FW: Lazer safe PCSS com. error ( I need help please!)

Case 3:23-cv-30016-MGM     Document 108-1     Filed 11/26/25     Page 63 of 189

Lazer Safe Pty Ltd
27 Action Road
Malaga, WA 6090
Australia
T +61 8 9249 4388
F +61 8 9249 6011
M +90 532 566 6879
E **mehmet.tatli@lazersafe.com (mailto:mehmet.tatli@lazersafe.com)**
Follow Us:

-----Original Message-----
From: ALI EVCI via RT < **customerservice (mailto:customerservice@lazersafe.com.au)** @lazersafe. com.au >
Sent: Monday, October 7, 2019 11:56 AM
Subject: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)

Hello,

Communication error appears at one of our 2007 pressbrake with Lazersafe PCSS and the code on PCSS dsplay is 2209. As far as we understand from the condition codes, this is "internal fault detected "error. Is there anything else that can be done other than replacing PCSS? The machine is in America.

Best Regards,
[signature]

From: Mehmet Tatli [ **mailto:mehmet.tatli@lazersafe.com (mailto:mehmet.tatli@lazersafe.com)** ]
Sent: Monday, October 07, 2019 8:31 AM
To: ALI EVCI
Cc: SERVICE
Subject: RE: Lazer safe PCSS com. error ( I need help please!)

Good morning Mr. Ali, I would like you to send

the e-mail to **customerservice@lazersafe.com<mailto:customerservice@lazersafe.com (mailto:customerservice@lazersafe.com%3cmailto:customerservice@lazersafe.com)**

>. Regards

Mehmet TATLI
Customer Service

Lazer Safe Pty Ltd
27 Action Road
Malaga, WA 6090
Australia

T +61 8 9249 4388
F +61 8 9249 6011
M +90 532 566 6879
E **mehmet.tatli@lazersafe.com<mailto:mehmet.tatli@lazersafe.com (mailto:mehmet.tatli@lazersafe.com%3cmailto:mehmet.tatli@lazersafe.com)** >

Follow Us:
[ cid:image00 1.png@01D31FEB.80272120 ]< **(https://twitter.com/lazersafe) https://twitter.com/lazersafe (https://twitter.com/lazersafe)** >
[cid:image002.png@01D31FEB.80272120] < **(http://www.linkedin.com/company/lazer-safe-pty-ltd) http://www.linkedin.com/company/lazer-safe-pty-ltd (http://www.linkedin.com/company/lazer-safe-pty-ltd)** >  [cid:image003.png@01D31FEB.80272120] < **(https://www.youtube.com/user/lazersafe) https://www.youtube.com/user/lazersafe (https://www.youtube.com/user/lazersafe)** >

[cid:image004.png@01D31FEB.80272120]< **(http://www.lazersafe.com/) http://www.lazersafe.com/ (http://www.lazersafe.com/)** >

[cid:image005.png@01D31FEB.80272120]< **(http://www.lazersafe.com/) http://www.lazersafe.com/ (http://www.lazersafe.com/)** >

[ cid:image008.png@01D57CE9.7C452C70 ]
[signature_1449061529]

From: ALI EVCI < **ali.evci@ermaksan.com.tr<mailto:ali.evci@ermaksan.com.tr (mailto:ali.evci@ermaksan.com.tr%3cmailto:ali.evci@ermaksan.com.tr)** >>
Sent: Friday, October 4, 2019 5:14 PM
To: Mehmet Tatli < **mehmet.tatli@lazersafe.com<mailto:mehmet.tatli@lazersafe.com (mailto:mehmet.tatli@lazersafe.com%3cmailto:mehmet.tatli@lazersafe.com)** >>
Cc: SERVICE < **service@ermaksan.com.tr <mailto:service@ermaksan.com.tr (mailto:service@ermaksan.com.tr%3cmailto:service@ermaksan.com.tr)** >>
Subject: FW: Lazer safe PCSS com. error ( I need help please!)

Hello Mr. Mehmet,

when we have the customer check the PCSS on a Lazersafe communication error in a 2007 model Lazersafe machine, we read the 2209 error on the PCSS display. As far as we understand from the condition codes, the error is "internal fault detected". PCSS Is there anything else that can be done other than changing the ? The machine is in America.

8/21/24, 8:26 AM     #10894: FW: Lazer safe PCSS com. error ( I need help please!)

Case 3:23-cv-30016-MGM    Document 108-1    Filed 11/26/25    Page 64 of 189

Best Regards,

[signature]

From: **mmenard@internationalcontainerco.com<mailto:mmenard@internationalcontainerco.com (mailto:mmenard@internationalcontainerco.com%3cmailto:mmenard@internationalcontainerco.com)** > [ **mailto:mmenard@internationalcontainerco.com (mailto:mmenard@internationalcontainerco.com)** ]
Sent: Friday, October 04, 2019 5:05 PM
To: ALI EVCI
Subject: RE: Lazer safe PCSS com. error ( I need help please!)

The code I am getting is 2209

Thank You

Mike

-----Original Message-----
From: "ALI EVCI" < **ali.evci@ermaksan.com.tr<mailto:ali .evci@ermaksan.com.tr (mailto:ali.evci@ermaksan.com.tr%3cmailto:ali.evci@ermaksan.com.tr)** >>
Sent: Friday, October 4, 2019 9:45am
To: " **mmenard@internationalcontainerco.com<mailto:mmenard@internationalcontainerco.com> (mailto:mmenard@internationalcontainerco.com%3cmailto:mmenard@internationalcontainerco.com%3e)** " < **mmenard@internationalcontainerco.com<mailto:mmenard@ internationalcontainerco.com (mailto:mmenard@internationalcontainerco.com%3cmailto:mmenard@internationalcontainerco.com)** >>
Cc: "SERVICE" < **service@ermaksan.com.tr<mailto:service@ermaksan.com.tr (mailto:service@ermaksan.com.tr%3cmailto:service@ermaksan.com.tr)** >>
Subject: RE: Lazer safe PCSS com. error ( I need help please!)

This feature differs according to operating mode, key position, indexation, manual page, automatic page. So, i could not say an excat info on this. If you are in doubt about Lazersafe system, you can check the code appearing on Lazersafe PCSS unit inside electrical cabinet. And again I advise you to check the communication cable between CNC and Lazersafe unit.

Best Regards,

[signature]

From: **mmenard@internationalcontainerco.com<mailto:mmenard@internationalcontainerco.com (mailto:mmenard@internationalcontainerco.com%3cmailto:mmenard@internationalcontainerco.com)** > [ **mailto:mmenard@internationalcontainerco.com (mailto:mmenard@internationalcontainerco.com)** ]
Sent: Friday, October 04, 2019 4:11 PM
To: ALI EVCI
Subject: RE : Lazer safe PCSS com. error ( I need help please!)

The laser to the front light curtain is not on. should that be on right when the interface comes on or does it come on only when you press the test button and start?
Thank You
Mike
-----Original Message-----
From: "ALI EVCI" < **ali.evci@ermaksan.com.tr<mailto:ali.evci@ermaksan.com.tr (mailto:ali.evci@ermaksan.com.tr%3cmailto:ali.evci@ermaksan.com.tr)** >>
Sent: Friday, October 4, 2019 1:54am
To: " **mmenard@internationalcontainerco.com<mailto:mmenard@internationalcontainerco.com> (mailto:mmenard@internationalcontainerco.com%3cmailto:mmenard@internationalcontainerco.com%3e)** " < **mmenard@internationalcontainerco.com<mailto:mmenard@internationalcontainerco.com (mailto:mmenard@internationalcontainerco.com%3cmailto:mmenard@internationalcontainerco.com)** >>
Cc: "SENOL RODOPLU" < **s.rodoplu@ermakusa.com<mailto:s.rodoplu@ermakusa.com (mailto:s.rodoplu@ermakusa.com%3cmailto:s.rodoplu@ermakusa.com)** >>, "SERVICE" < **service@ermaksan.com.tr<mailto:service@ermaksan.com.tr (mailto:service@ermaksan.com.tr%3cmailto:service@ermaksan.com.tr)** >>, "AHMET MEKIK" < **ahmet.mekik@ermaksan.com.tr<mailto:ahmet.mekik@ermaksan.com.tr (mailto:ahmet.mekik@ermaksan.com.tr%3cmailto:ahmet.mekik@ermaksan.com.tr)** >>, "HULYA YILMAZ" < **h.yilmaz@ermakusa.com<mailto:h.yilmaz@ermakusa.com (mailto:h.yilmaz@ermakusa.com%3cmailto:h.yilmaz@ermakusa.com)** >>
Subject: RE: Lazer safe PCSS com. error ( I need help please!) Hello,

This error can be occured because of cable between controller and Lazersafe unit. It might me loosed.

Best Regards,

[imza]

From: HULYA YILMAZ
Sent: Thursday, October 03, 2019 5:54 PM
To: UFUK KOCAEL; AHMET MEKIK; ALI EVCI
Cc: SENOL RODOPLU
Subject: FW: Lazer safe PCSS com. error ( I need help please!)

Merhabalar,

Asagidaki sorunla ilgili yardimci olabilir misiniz?

Saygilarimla,

"Excellence in Fab Equipment Sales and Service"

8/21/24, 8:26 AM

#10894: FW: Lazer safe PCSS com. error ( I need help please!)

Case 3:23-cv-30016-MGM    Document 108-1    Filed 11/26/25    Page 65 of 189

[download] < **(http://www.ermakusa.com/usa/) http://www.ermakusa.com/usa/ (http://www.ermakusa.com/usa/)** >

From: **mmenard@internationalcontainerco.com<mailto:mmenard@internationalcontainerco.com (mailto:mmenard@internationalcontainerco.com%3cmailto:mmenard@internationalcontainerco.com)** > <**mmenard@internationalcontainerco.com<mailto:mmenard@internationalcontainerco.com (mailto:mmenard@internationalcontainerco.com%3cmailto:mmenard@internationalcontainerco.com)** >>
Sent: Thursday, October 3, 2019 9:43 AM
To: HULYA YILMAZ <**h.yilmaz@ermakusa.com<mailto:h.yilmaz@ermakusa.com (mailto:h.yilmaz@ermakusa.com%3cmailto:h.yilmaz@ermakusa.com)** >>
Subject: Lazer safe PCSS com. error ( I need help please!)

Good Morning,
I'm having an issue with my Ermak Pressbrake.
SN20071136
CNC SAP 12" X 220"
Brake ran fine this Morning and then  the error message came up.
( D3156 : LazerSafe PCSS communication error ) Please, Can you give me some guidance on how to fix this issue?
Im under the gun here and I need this machine up and running ASAP.
Thank You For your assistance

Michael menard
International Container Co.
110 North Bridge St., Holyoke , Mass 01089
P: 1-413-246-7503

---

*Image displayed inline above*

---

*Image displayed inline above*

---

*Image displayed inline above*

---

*Image displayed inline above*

---

*Image displayed inline above*

---

*Image displayed inline above*

---

*Image displayed inline above*

---

Tue Oct 15 22:36:02 2019    **The RT System itself – Outgoing email recorded**

8/21/24, 8:26 AM

#10894: FW: Lazer safe PCSS com. error ( I need help please!)

Case 3:23-cv-30016-MGM   Document 108-1   Filed 11/26/25   Page 66 of 189

Tue Oct 15 22:36:01 2019 **mehmet (Mehmet Tatli)** - Correspondence added

CC: YEDEK_PARCA <sparepart@ermaksan.com.tr>

Subject: Re: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)

Date: Tue, 15 Oct 2019 22:35:35 +0800

To: UMIT YILDIZ <umit.yildiz@ermaksan.com.tr>, "Customer Service (Lazersafe)" <csresponder@lazersafe.com>

From: Mehmet Tatli <mehmet.tatli@lazersafe.com>

Mr. Umit,

Mr. Ali gave me the address below, that's why I asked for the price, I will probably get an answer tomorrow.

ErmakUSA Inc.
2860 S River Rd, Suite 145,
Des Plaines, IL 60018
deer

Thank you
Mehmet Tatli
Customer Service

Lazer Safe Pty Ltd
25 Action Road
Malaga, WA 6090
Australia

T +61 8 9249 4388
F +61 8 9249 6011
M +90 532 566 6879
And mehmet.tatli@lazersafe.com

Follow Us:
**http://clients.axiomdp.com.au/lazersafe/email/img/laz-icon-twitter.png (http://clients.axiomdp.com.au/lazersafe/email/img/laz-icon-twitter.png) http://clients.axiomdp.com.au/lazersafe/email/img/laz-icon-linkedin.png (http://clients.axiomdp.com.au/lazersafe/email/img/laz-icon-linkedin.png) http://clients.axiomdp.com.au/lazersafe/email/img/laz-icon-youtube.png (http://clients.axiomdp.com.au/lazersafe/email/img/laz-icon-youtube.png)**
Lazer Safe Logo
Performance without compromise.

**From:** UMIT YILDIZ <umit.yildiz@ermaksan.com.tr>
**Sent:** Tuesday, October 15, 2019 5:28:28 PM
**To:** Mehmet Tatli <mehmet.tatli@lazersafe.com>; Customer Service (Lazersafe) <csresponder@lazersafe.com>
**Cc:** YEDEK_PARCA <sparepart@ermaksan.com.tr>
**Subject:** RE: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)

Hello Mehmet;

Can you give me a shipping fee for the following address?

Best regards.

-----Original Message-----
From: Mehmet Tatli [ **mailto:mehmet.tatli@lazersafe.com (mailto:mehmet.tatli@lazersafe.com)** ]
Sent: Tuesday, October 15, 2019 9:48 AM
To: UMIT YILDIZ <umit.yildiz@ermaksan.com.tr>; Customer Service (Lazersafe) <csresponder@lazersafe.com>
Cc: YEDEK_PARCA <sparepart@ermaksan.com.tr>
Subject: RE: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)

Hello Ümit Bey,

Since it is a product that is only sold as a spare part and is planned to be discontinued next year, the prices are unfortunately high as you said.

You can convert the connection from the old generation PCSS-F1 to the new generation PCSS-A1. Currently, there is an electrical project and PCSS program at Ermaksan for the PCSS-A1 + Delemli machine, this work can be done through it, but at this stage the cables will need to be removed from F1 and connected to A1 one by one.

According to the attached ECP, the production of old generation PCSS'Fx's will be finished as of the beginning of next year, so in any case, such conversion projects will need to be done. This work is difficult at this stage, but our suggestion for the future is to prepare a ready-made cable kit with sockets/connectors for the conversion and make the job easier.

8/21/24, 8:26 AM     #10894: FW: Lazer safe PCSS com. error ( I need help please!)

Case 3:23-cv-30016-MGM    Document 108-1    Filed 11/26/25    Page 67 of 189

Regards
Mehmet TATLI
Customer Service

Lazer Safe Pty Ltd
27 Action Road
Malaga, WA 6090
Australia
T +61 8 9249 4388
F +61 8 9249 6011
M +90 532 566 6879
E mehmet.tatli@lazersafe.com
Follow Us:

-----Original Message-----
From: UMIT YILDIZ <umit.yildiz@ ermaksan.com.tr>
Sent: Tuesday, October 15, 2019 9:31 AM
To: Mehmet Tatli <mehmet.tatli@lazersafe.com>; Customer Service (Lazersafe) <csresponder@lazersafe.com>
Cc: SPARE_PARCA <sparepart@ermaksan.com.tr>
Subject: RE: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)

Hello Mehmet Bey;

Thank you for your offer, but the product price is too expensive. Can't a link to the current product be made instead? Can you provide information?

Best regards.

-----Original Message-----
From: Mehmet Tatli [ **mailto:mehmet.tatli@lazersafe.com (mailto:mehmet.tatli@lazersafe.com)** ]
Sent: Monday, October 14, 2019 7:07 PM
To: Customer Service (Lazersafe) <csresponder@lazersafe.com>
Cc: UMIT YILDIZ <umit.yildiz@ermaksan.com.tr>; YEDEK_PARCA <sparepart@ermaksan.com.tr>
Subject: RE: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please! )

Hello Mr. Umit,

1, The order code, description and price information for the product you have requested are as follows;

0013000700 --- PCSS-F I001 w/Guard Counter 1 --- 3378.00 EURO

2, Do you know the name of the Isagraf Application (PCSS program) on the faulty PCSS? Who will load the program to the PCSS? If Lazer Safe will do it, a copy of the program (.pia format) needs to be sent with the order. The order code, description and fee for the loading fee are as follows;

ISAGRAF001 --- IsaGRAF loading charge --- 135.00 EURO

3, I can ask for a price if you specify the address where the product will be sent, but as we have stated before, the actual price of the product will appear on the invoice, just so you know.

Regards
Mehmet TATLI
Customer Service

Lazer Safe Pty Ltd
27 Action Road
Malaga, WA 6090
Australia
T +61 8 9249 4388
F +61 8 9249 6011
M +90 532 566 6879
E mehmet.tatli@lazersafe.com
Follow Us:

From: UMIT YILDIZ <umit.yildiz@ermaksan.com.tr>
Sent: Monday, October 14, 2019 3:47 PM
To: Mehmet Tatli <mehmet.tatli@lazersafe.com>

8/21/24, 8:26 AM
#10894: FW: Lazer safe PCSS com. error ( I need help please!)
Case 3:23-cv-30016-MGM     Document 108-1     Filed 11/26/25     Page 68 of 189

Cc: YEDEK PARCA <sparepart@ermaksan.com.tr>
Subject: FW: Lazer safe PCSS com. error ( I need help please!)

Hello Mehmet;

Can you send me an offer for the attached PCSS? The product is going to America. If possible, please send me the shipping cost.

Best regards.

-----Original Message-----
From: ALI EVCI via RT <customerservice@lazersafe.com.au>
Sent: Monday, October 7, 2019 1:34 PM
To: Mehmet Tatli <mehmet.tatli@lazersafe.com>
Subject: RE: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)

Hello Mehmet,

Thank you. For this topic, I will suggest the customer to send the PCSS for repair or replace it with a new one. You can close the topic.

Best Regards,

-----Original Message-----
From: Mehmet Tatli via RT [ **mailto:customerservice@lazersafe.com.au (mailto:customerservice@lazersafe.com.au)** ]
Sent: Monday, October 07, 2019 12:12 PM
To: ALI EVCI; SERVICE
Subject: RE: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)

Hello Mr. Ali,

Thanks for your email.

According to the attached code description, trying to update the kernel software seems to be the only and last thing you can do.

As far as I understand from the photos, the protection system is LZS-004 HS(Double Laser), so you can try to install the attached kernel version(Fx17700).

If that doesn't work the PCSS will need to be repaired(no guarantee it can be fixed) or replaced.

In any case where the Isagraf application name(PCSS program) is needed, hopefully it is registered.

Regards
Mehmet TATLI
Customer Service

Lazer Safe Pty Ltd
27 Action Road
Malaga, WA 6090
Australia
T +61 8 9249 4388
F +61 8 9249 6011
M +90 532 566 6879
E mehmet.tatli@lazersafe.com
Follow Us:

-----Original Message-----
From: ALI EVCI via RT <customerservice@lazersafe.com.au>
Sent: Monday, October 7, 2019 11:56 AM
Subject: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)

Hello,

Communication error appears at one of our 2007 pressbrake with Lazersafe PCSS and the code on PCSS dsplay is 2209. As far as we understand from the condition codes, this is "internal fault detected "error. Is there anything else that can be done other than replacing PCSS? The machine is in America.

Best Regards,
[signature]

8/21/24, 8:26 AM
#10894: FW: Lazer safe PCSS com. error ( I need help please!)
Case 3:23-cv-30016-MGM    Document 108-1    Filed 11/26/25    Page 69 of 189

From: Mehmet Tatli [ **mailto:mehmet.tatli@lazersafe.com (mailto:mehmet.tatli@lazersafe.com) ]**
Sent: Monday, October 07, 2019 8:31 AM
To: ALI EVCI
Cc: SERVICE
Subject: RE: Lazer safe PCSS com. error ( I need help please!)

Good morning Mr. Ali,

I would like you to send the e-mail to customerservice@lazersafe.com<mailto:customerservice@lazersafe.com>.

Regards

Mehmet TATLI
Customer Service

Lazer Safe Pty Ltd
27 Action Road
Malaga, WA 6090
Australia

T +61 8 9249 4388
F +61 8 9249 6011
M +90 532 566 6879
E mehmet.tatli@lazersafe.com<mailto:mehmet.tatli@lazersafe.com>

Follow Us:
[cid:image001 .png@01D31FEB.80272120]< **https://twitter.com/lazersafe> (https://twitter.com/lazersafe) ;**
[cid:image002.png@01D31FEB.80272120] < **(http://www.linkedin.com/company/lazer-safe-pty-ltd)**
**http://www.linkedin.com/company/lazer-safe-pty-ltd (http://www.linkedin.com/company/lazer-safe-pty-ltd) >**
[cid:image003.png@01D31FEB.80272120] < **(https://www.youtube.com/user/lazersafe) https://www.youtube.com/user/lazersafe**
**(https://www.youtube.com/user/lazersafe) >**

[cid:image004.png@01D31FEB.80272120]< **http://www.lazersafe.com/> (http://www.lazersafe.com/>) ;**

[cid:image005.png@01D31FEB.80272120]< **http://www.lazersafe.com/> (http://www.lazersafe.com/>) ;**

[cid:image008.png@01D57CE9.7C452C70]
            [signature_1449061529]

From: ALI EVCI <ali.evci@ermaksan.com.tr<mailto:ali.evci@ermaksan.com.tr>>
Sent: Friday, October 4, 2019 5:14 PM
To: Mehmet Tatli <mehmet.tatli@lazersafe.com<mailto:mehmet.tatli@lazersafe.com>>
Cc: SERVICE <service@ermaksan.com.tr<mailto:service@ermaksan.com.tr> >
Subject: FW: Lazer safe PCSS com. error ( I need help please!)

Hello Mr. Mehmet,

we are reading error 2209 on the PCSS display when we have the customer check the PCSS due to the Lazersafe communication error in a 2007 model Lazersafe machine. From what we understand from the condition codes, the error is "internal fault detected". Is there anything else that can be done other than changing the PCSS? The machine is in America.

Best Regards,

[signature]

From: mmenard@internationalcontainerco.com<mailto:mmenard@internationalcontainerco.com> [
**mailto:mmenard@internationalcontainerco.com (mailto:mmenard@internationalcontainerco.com) ]**
Sent: Friday, October 04, 2019 5:05 PM
To: ALI EVCI
Subject: RE: Lazer safe PCSS com. error ( I need help please!)

8/21/24, 8:26 AM          #10894: FW: Lazer safe PCSS com. error (I need help please!)

Case 3:23-cv-30016-MGM     Document 108-1     Filed 11/26/25     Page 70 of 189

The code I am getting is 2209

Thank You

Mike

-----Original Message-----
From: "ALİ EVCİ" <ali.evci@ermaksan.com.tr<mailto:ali .evci@ermaksan.com.tr>>
Sent: Friday, October 4, 2019 9:45am
To: "mmenard@internationalcontainerco.com<mailto:mmenard@internationalcontainerco.com>"
<mmenard@internationalcontainerco.com<mailto:mmenard@ internationalcontainerco.com>>
Cc: "SERVICE" <service@ermaksan.com.tr<mailto:service@ermaksan.com.tr>>
Subject: RE: Lazer safe PCSS com. error (I need help please!)

This feature differs according to operating mode, key position, indexation, manual page, automatic page. So, i could not say an excat info
on this. If you are in doubt about Lazersafe system, you can check the code appearing on Lazersafe PCSS unit inside electrical cabinet.
And again I advise you to check the communication cable between CNC and Lazersafe unit.

Best Regards,

[signature]

From: mmenard@internationalcontainerco.com<mailto:mmenard@internationalcontainerco.com> [
**mailto:mmenard@internationalcontainerco.com (mailto:mmenard@internationalcontainerco.com)** ]
Sent: Friday, October 04, 2019 4:11 PM
To: ALİ EVCİ
Subject: RE : Lazer safe PCSS com. error (I need help please!)

The laser to the front light curtain is not on. should that be on right when the interface comes on or does it come on only when you press
the test button and start?
Thank You
Mike
-----Original Message-----
From: "ALİ EVCİ" <ali.evci@ermaksan.com.tr<mailto:ali.evci@ermaksan.com.tr>>
Sent: Friday, October 4, 2019 1:54am
To: "mmenard@internationalcontainerco.com<mailto:mmenard@internationalcontainerco.com>"
<mmenard@internationalcontainerco.com<mailto:mmenard@internationalcontainerco.com>>
Cc: "SENOL RODOPLU" <s.rodoplu@ermakusa.com<mailto:s.rodoplu@ermakusa.com>>, "SERVICE"
<service@ermaksan.com.tr<mailto:service@ermaksan.com.tr>>, "AHMET MEKİK"
<ahmet.mekik@ermaksan.com.tr<mailto:ahmet.mekik@ermaksan.com.tr>>, "HULYA YILMAZ"
<h.yilmaz@ermakusa.com<mailto:h.yilmaz@ermakusa.com>>
Subject: RE: Lazer safe PCSS com. error ( I need help please!) Hello,

This error can be occured because of cable between controller and Lazersafe unit. It might me loosed.


Best Regards,

[imza]

From: HULYA YILMAZ
Sent: Thursday, October 03, 2019 5:54 PM
To: UFUK KOCAEL; AHMET MEKİK; ALİ EVCİ
Cc: SENOL RODOPLU
Subject: FW: Lazer safe PCSS com. error ( I need help please!)

Merhabalar,

Asagidaki sorunla ilgili yardimci olabilir misiniz?

Saygilarimla,

"Excellence in Fab Equipment Sales and Service"

[download]<**http://www.ermakusa.com/usa/> (http://www.ermakusa.com/usa/>)** ;

8/21/24, 8:26 AM          #10894: FW: Lazer safe PCSS com. error ( I need help please!)

Case 3:23-cv-30016-MGM     Document 108-1     Filed 11/26/25     Page 71 of 189

From: mmenard@internationalcontainerco.com<mailto:mmenard@internationalcontainerco.com>
<mmenard@internationalcontainerco.com<mailto:mmenard@internationalcontainerco.com>>
Sent: Thursday, October 3, 2019 9:43 AM
To: HULYA YILMAZ <h.yilmaz@ermakusa.com<mailto:h.yilmaz@ermakusa.com>>
Subject: Lazer safe PCSS com. error ( I need help please!)

Good Morning,
I'm having an issue with my Ermak Pressbrake.
SN20071136
CNC SAP 12' X 220"
Brake ran fine this Morning and then  the error message came up.
( D3156 : LazerSafe PCSS communication error ) Please, Can you give me some guidance on how to fix this issue?
Im under the gun here and I need this machine up and running ASAP.
Thank You For your assistance

Michael menard
International Container Co.
110 North Bridge St., Holyoke , Mass 01089
P: 1-413-246-7503

| | | |
|---|---|---|
| Tue Oct 15 22:28:54 2019 | **The RT System itself - Outgoing email recorded** | |
| Tue Oct 15 22:28:54 2019 | **The RT System itself - Outgoing email recorded** | |
| Tue Oct 15 22:28:54 2019 | **UMIT YILDIZ <umit.yildiz@ermaksan.com.tr> - Correspondence added** | |

CC: YEDEK_PARCA <sparepart@ermaksan.com.tr>
Subject: RE: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)
Date: Tue, 15 Oct 2019 14:28:28 +0000
To: Mehmet Tatli <mehmet.tatli@lazersafe.com>, "Customer Service (Lazersafe)" <csresponder@lazersafe.com>
From: UMIT YILDIZ <umit.yildiz@ermaksan.com.tr>

Hello Mr. Mehmet;

Can you give me a shipping fee for the address below?

Best regards.

- Show quoted text -

Tue Oct 15 14:49:18 2019          **The RT System itself - Outgoing email recorded**

8/21/24, 8:26 AM
#10894: FW: Lazer safe PCSS com. error ( I need help please!)
Case 3:23-cv-30016-MGM    Document 108-1    Filed 11/26/25    Page 72 of 189

Tue Oct 15 14:49:18 2019    **mehmet (Mehmet Tatli) - Correspondence added**

CC: YEDEK_PARCA <sparepart@ermaksan.com.tr>
Subject: RE: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)
Date: Tue, 15 Oct 2019 14:48:21 +0800
To: UMIT YILDIZ <umit.yildiz@ermaksan.com.tr>, "Customer Service (Lazersafe)" <csresponder@lazersafe.com>
From: Mehmet Tatli <mehmet.tatli@lazersafe.com>

Hello Mr. Umit,

Since it is a product that is only sold as a spare part and is planned to be discontinued next year, the prices are unfortunately high as you said.

You can make the connection conversion from the old generation PCSS-F1 to the new generation PCSS-A1. Currently, there is an electrical project and PCSS program at Ermaksan for the PCSS-A1 + Delemli machine, this work can be done through it, but at this stage, the cables will need to be removed from F1 and connected to A1 one by one.

According to the ECP in the attachment, the production of the old generation PCSS'Fx will be finished as of the beginning of next year, so such conversion projects will need to be done in any case. This is difficult at this stage, but our suggestion for the future is to prepare a ready-made cable kit with sockets/connectors for the conversion and make the job easier.

Regards
Mehmet TATLI
Customer Service

Lazer Safe Pty Ltd
27 Action Road
Malaga, WA 6090
Australia
T +61 8 9249 4388
F +61 8 9249 6011
M +90 532 566 6879
E mehmet.tatli@lazersafe.com
Follow Us:

- Show quoted text -

Message body not shown because it is not plain text.

Tue Oct 15 14:32:51 2019    **The RT System itself - Outgoing email recorded**

Tue Oct 15 14:32:51 2019    **The RT System itself - Outgoing email recorded**

Tue Oct 15 14:32:51 2019    **UMIT YILDIZ <umit.yildiz@ermaksan.com.tr> - Correspondence added**

CC: YEDEK_PARCA <sparepart@ermaksan.com.tr>
Subject: RE: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)
Date: Tue, 15 Oct 2019 06:31:29 +0000
To: Mehmet Tatli <mehmet.tatli@lazersafe.com>, "Customer Service (Lazersafe)" <csresponder@lazersafe.com>
From: UMIT YILDIZ <umit.yildiz@ermaksan.com.tr>

Hello Mr. Mehmet;

Thank you for your offer, but the product price is too expensive. Can't you provide a link to the current product instead? Can you provide information?

Best regards,

- Show quoted text -

Tue Oct 15 14:12:09 2019    **The RT System itself - Outgoing email recorded**

Tue Oct 15 14:12:09 2019    **The RT System itself - Outgoing email recorded**

8/21/24, 8:26 AM

#10894: FW: Lazer safe PCSS com. error ( I need help please!)

Case 3:23-cv-30016-MGM     Document 108-1     Filed 11/26/25     Page 73 of 189

Tue Oct 15 14:12:08 2019     **ALI EVCI <ali.evci@ermaksan.com.tr>** – Correspondence added

CC: "Mehmet Tatli via RT <customerservice@lazersafe.com.au> (customerservice@lazersafe.com.au)" <customerservice@lazersafe.com.au>, SERVICE <service@ermaksan.com.tr>

Subject: FW: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)

Date: Tue, 15 Oct 2019 06:11:33 +0000

To: UFUK KOCAEL <ufuk.kocael@ermakusa.com>

From: ALI EVCI <ali.evci@ermaksan.com.tr>

---

Hello Ufuk Abi,

We will order Lazersafe PCSS-F for the 2007 model machine that has a Lazersafe shortage in America, but we need its program. We do not have the program records for this machine. Can you do or have someone do what Mehmet Bey said below? This way we can see the name of the program in the PCSS and upload it to the new one.

Best Regards,

- Show quoted text -

Tue Oct 15 14:01:43 2019     **The RT System itself** – Outgoing email recorded

Tue Oct 15 14:01:43 2019     **mehmet (Mehmet Tatli)** – Correspondence added

Subject: RE: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)

Date: Tue, 15 Oct 2019 14:01:36 +0800

To: "Customer Service (Lazersafe)" <csresponder@lazersafe.com>

From: Mehmet Tatli <mehmet.tatli@lazersafe.com>

---

Good morning Mr. Ali,

Is there anyone in the US who can try to install kernel and isagraph on the faulty PCSS?

Regards
Mehmet TATLI
Customer Service
Lazer Safe Pty Ltd
27 Action Road
Malaga, WA 6090
Australia
T +61 8 9249 4388
F +61 8 9249 6011
M +90 532 566 6879
E mehmet.tatli@lazersafe.com
Follow Us:

- Show quoted text -

Tue Oct 15 13:42:56 2019     **The RT System itself** – Outgoing email recorded

Tue Oct 15 13:42:56 2019     **The RT System itself** – Outgoing email recorded

8/21/24, 8:26 AM

Case 3:23-cv-30016-MGM     Document 108-1     Filed 11/26/25     Page 74 of 189

#10894: FW: Lazer safe PCSS com. error ( I need help please!)

Tue Oct 15 13:42:54 2019     **ALI EVCI <ali.evci@ermaksan.com.tr> - Correspondence added**

CC: SERVICE <service@ermaksan.com.tr>, UMIT YILDIZ <umit.yildiz@ermaksan.com.tr>

Subject: RE: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)

Date: Tue, 15 Oct 2019 05:41:25 +0000

To: "customerservice@lazersafe.com.au" <customerservice@lazersafe.com.au>

From: ALI EVCI <ali.evci@ermaksan.com.tr>

Hello Mr. Mehmet,

Since we will direct the order to the address directly, we prefer the upload and shipment, but we need your help with the program because we do not have the installed program in our records. Can you help me find it? I am attaching the PCSS photo on the machine, the machine parameters and the project.

Possible shipping address;

ErmakUSA Inc.

2860 S River Rd, Suite 145,
Des Plaines,IL 60018
USA

Best Regards,

‒ Show quoted text ‒

Image not shown because sender requested not to inline it.

Message body not shown because it is not plain text.

Message body not shown because it is not plain text.

Tue Oct 15 00:07:20 2019     **The RT System itself ‒ Outgoing email recorded**

8/21/24, 8:26 AM
#10894: FW: Lazer safe PCSS com. error ( I need help please!)
Case 3:23-cv-30016-MGM    Document 108-1    Filed 11/26/25    Page 75 of 189

Tue Oct 15 00:07:20 2019    **mehmet (Mehmet Tatli)** – Correspondence added

CC: UMIT YILDIZ <umit.yildiz@ermaksan.com.tr>, SPARE_PARTS <sparepart@ermaksan.com.tr>
Subject: RE: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)
Date: Tue, 15 Oct 2019 00:07:14 +0800
To: "Customer Service (Lazersafe)" <csresponder@lazersafe.com>
From: Mehmet Tatli <mehmet.tatli@lazersafe.com>

Hello Ümit,

1, The order code, description and price information for the product you have requested are as follows;

0013000700 --- PCSS-F I001 w/Guard Counter 1 --- 3378.00 EURO

2, Do you know the name of the Isagraf Application (PCSS program) on the faulty PCSS? Who will load the program to the PCSS? If Lazer Safe will do it, a copy of the program (.pia format) needs to be sent with the order. The order code, description and fee for the loading fee are as follows;

ISAGRAF001 --- IsaGRAF loading charge --- 135.00 EURO

3, If you specify the address where the product will be sent, I can ask for a price, but as we have stated before, the actual price of the product will appear on the invoice, just so you know.

Regards
Mehmet TATLI
Customer Service

Lazer Safe Pty Ltd
27 Action Road
Malaga, WA 6090
Australia
T +61 8 9249 4388
F +61 8 9249 6011
M +90 532 566 6879
E mehmet.tatli@lazersafe.com
Follow Us:

From: UMIT YILDIZ <umit.yildiz@ermaksan.com.tr>
Sent: Monday, October 14, 2019 3:47 PM
To: Mehmet Tatli <mehmet.tatli@lazersafe.com>
Cc: YEDEK_PARCA <sparepart@ermaksan.com.tr>
Subject: FW: Lazer safe PCSS com. error ( I need help please!)

Hello Mehmet;

Can you send me an offer for the attached PCSS? The product is going to America. If possible, please send me the shipping cost.

Best regards.

- Show quoted text -

Mon Oct 07 18:34:15 2019    **The RT System itself** – Outgoing email recorded

Mon Oct 07 18:34:15 2019    **The RT System itself** – Outgoing email recorded

Mon Oct 07 18:34:15 2019    **ALI EVCI <ali.evci@ermaksan.com.tr>** – Correspondence added

CC: SERVICE <service@ermaksan.com.tr>
Subject: RE: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)
Date: Mon, 7 Oct 2019 10:33:33 +0000
To: "customerservice@lazersafe.com.au" <customerservice@lazersafe.com.au>
From: ALI EVCI <ali.evci@ermaksan.com.tr>

Hello Mr. Mehmet,

Thank you. For this topic, I will suggest the customer to send the PCSS for repair or replace it with a new one. You can close the topic.

Best Regards,

- Show quoted text -

8/21/24, 8:26 AM                              #10894: FW: Lazer safe PCSS com. error ( I need help please!)

Mon Oct 07 17:11:42 2019        **The RT System itself – Outgoing email recorded**

Mon Oct 07 17:11:42 2019        **The RT System itself – Status changed from 'new' to 'open'**

Mon Oct 07 17:11:41 2019        **mehmet (Mehmet Tatli) – Correspondence added**

Subject: RE: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)

Date: Mon, 7 Oct 2019 17:10:45 +0800

To: "Customer Service (Lazersafe)" <csresponder@lazersafe.com>

From: Mehmet Tatli <mehmet.tatli@lazersafe.com>

Hello Mr. Ali,

Thanks for your email.

According to the attached code description, it seems like the only and last thing you can do is to try to update the kernel software.

As far as I understand from the photos, the protection system is LZS–004 HS(Cift Laser), so you can try to install the attached kernel version(Fx17700).

If it doesn't work, PCSS needs to be repaired(there is no guarantee that it can be repaired) or replaced with a new one.

In any case, I hope there is a record of the Isagraf application name(PCSS program).

Regards
Mehmet TATLI
Customer Service

Lazer Safe Pty Ltd
27 Action Road
Malaga, WA 6090
Australia
T +61 8 9249 4388
F +61 8 9249 6011
M +90 532 566 6879
E mehmet.tatli@lazersafe.com
Follow Us:

– Show quoted text –

Message body not shown because it is not plain text.

Message body not shown because it is not plain text.

Mon Oct 07 16:58:37 2019        **Mehmet Tatli – Queue changed from General to Ermaksan**

Mon Oct 07 16:58:37 2019        **mehmet (Mehmet Tatli) – Category PCSS added**

Mon Oct 07 16:58:37 2019        **mehmett (Mehmet Tatli) – Requestor <service@ermaksan.com.tr> added**

Mon Oct 07 16:58:13 2019        **mehmet (Mehmet Tatli) – Taken**

Mon Oct 07 16:56:24 2019        **The RT System itself – Outgoing email recorded**

Mon Oct 07 16:56:24 2019        **The RT System itself – Outgoing email recorded**

8/21/24, 8:26 AM
#10894: FW: Lazer safe PCSS com. error ( I need help please!)
Case 3:23-cv-30016-MGM     Document 108-1     Filed 11/26/25     Page 77 of 189

Mon Oct 07 16:56:24 2019    **ALI EVCI <ali.evci@ermaksan.com.tr>** - Ticket created

CC: SERVICE <service@ermaksan.com.tr>

Subject: FW: Lazer safe PCSS com. error ( I need help please!)

Date: Mon, 7 Oct 2019 08:55:17 +0000

To: "Mehmet Tatli via RT <customerservice@lazersafe.com.au> (customerservice@lazersafe.com.au)" <customerservice@lazersafe.com.au>

From: ALI EVCI <ali.evci@ermaksan.com.tr>

Hello,

Communication error appears at one of our 2007 pressbrake  with Lazersafe PCSS and the code on PCSS dsplay is 2209. As far as we understand from the condition codes, this is "internal fault detected "error. Is there anything else that can be done other than replacing PCSS? The machine is in America.

*Best Regards,*



**From:** Mehmet Tatli [mailto:mehmet.tatli@lazersafe.com]
**Sent:** Monday, October 07, 2019 8:31 AM
**To:** ALI EVCI
**Cc:** SERVICE
**Subject:** RE: Lazer safe PCSS com. error ( I need help please!)

Good morning Mr. Ali,

I ask you to send the email to **customerservice@lazersafe.com . (mailto:customerservice@lazersafe.com)**

Regards

**Mehmet SWEET**

Customer Service

| | | |
|---|---|---|
| **Lazer Safe Pty Ltd** | **T** +61 8 9249 4388 | **Follow Us:** |
| 27 Action Road | **F** +61 8 9249 6011 | (https://twitter.com/lazersafe), (http://www.linkedin.com/company/lazer-safe-pty-ltd) |
| Malaga, WA 6090 | **M** +90 532 566 6879 | (https://www.youtube.com/user/lazersafe) |
| Australia | **E** mehmet.tatli@lazersafe.com (mailto:mehmet.tatli@lazersafe.com) | |

Performance without compromise.™
lazersafe.com     (http://www.lazersafe.com/)
(http://www.lazersafe.com/)

8/21/24, 8:26 AM         #10894: FW: Lazer safe PCSS com. error ( I need help please!)

Case 3:23-cv-30016-MGM     Document 108-1     Filed 11/26/25     Page 78 of 189





**From:** ALI EVCI <<u>ali.evci@ermaksan.com.tr</u> (mailto:ali.evci@ermaksan.com.tr) >
**Sent:** Friday, October 4, 2019 5:14 PM
**To:** Mehmet Tatli <<u>mehmet.tatli@lazersafe.com</u> (mailto:mehmet.tatli@lazersafe.com) >
**Cc:** SERVICE <<u>service@ermaksan.com.tr</u> (mailto:service@ermaksan.com.tr) >
**Subject:** FW: Lazer safe PCSS com. error ( I need help please!)


Hello Mr. Mehmet,


When we have the customer check the PCSS on a Lazersafe communication error in a 2007 model Lazersafe machine, we read the 2209 error on the PCSS display. As far as we understand from the condition codes, the error is "internal fault detected". Is there anything else that can be done other than changing the PCSS? The machine is in America.


*Best Regards,*



**From:** <u>mmenard@internationalcontainerco.com</u> (mailto:mmenard@internationalcontainerco.com)
[<u>mailto:mmenard@internationalcontainerco.com</u> (mailto:mmenard@internationalcontainerco.com) ]
**Sent:** Friday, October 04, 2019 5:05 PM
**To:** ALI EVCI
**Subject:** RE: Lazer safe PCSS com. error ( I need help please!)


The code I am getting is 2209

Thank You

Mike

-----Original Message-----
From: "ALI EVCI" <<u>ali.evci@ermaksan.com.tr</u> (mailto:ali.evci@ermaksan.com.tr) >
Sent: Friday, October 4, 2019 9:45am
To: "<u>mmenard@internationalcontainerco.com</u> (mailto:mmenard@internationalcontainerco.com)" <<u>mmenard@internationalcontainerco.com</u> (mailto:mmenard@internationalcontainerco.com) >
Cc: "SERVICE" <<u>service@ermaksan.com.tr</u> (mailto:service@ermaksan.com.tr) >
Subject: RE: Lazer safe PCSS com. error ( I need help please!)


This feature differs according to operating mode , key position, indexation, manual page, automatic page. So, i could not say an excat info on this. If, you are doubt about Lazersafe system, you can check the code appearing on Lazersafe PCSS unit inside electrical cabinet. And again i advise you to check the communication cable between CNC and Lazersafe unit.


*Best Regards,*



**Ali Evci**
Technical Service Department

Organize Sanayi Bölgesi, Lacivert Cad.
No:6 16065 Nilüfer, Bursa, TURKIYE
P: +90 224 294 75 00 (196)
ali.evci@ermaksan.com.tr  |  ermaksan.com.tr

---

**From:** mmenard@internationalcontainerco.com (mailto:mmenard@internationalcontainerco.com)
[mailto:mmenard@internationalcontainerco.com (mailto:mmenard@internationalcontainerco.com) ]
**Sent:** Friday, October 04, 2019 4:11 PM
**To:** ALI EVCI
**Subject:** RE: Lazer safe PCSS com. error ( I need help please!)

The laser to the front light curtain is not on. should that be on right when the interface comes on or does it come on only when you press the test button and start?

Thank You

Mike

-----Original Message-----
From: "ALI EVCI" <ali.evci@ermaksan.com.tr (mailto:ali.evci@ermaksan.com.tr) >
Sent: Friday, October 4, 2019 1:54am
To: "mmenard@internationalcontainerco.com (mailto:mmenard@internationalcontainerco.com)." <mmenard@internationalcontainerco.com (mailto:mmenard@internationalcontainerco.com) >
Cc: "SENOL RODOPLU" <s.rodoplu@ermakusa.com (mailto:s.rodoplu@ermakusa.com) >, "SERVICE" <service@ermaksan.com.tr (mailto:service@ermaksan.com.tr) >, "AHMET MEKIK" <ahmet.mekik@ermaksan.com.tr (mailto:ahmet.mekik@ermaksan.com.tr) >, "HULYA YILMAZ" <h.yilmaz@ermaksan.com (mailto:h.yilmaz@ermaksan.com) >
Subject: RE: Lazer safe PCSS com. error ( I need help please!)

Hello,

This error can be occured because of cable between controller and Lazersafe unit. It might me loosed.

*Best Regards,*



**Ali Evci**
Technical Service Department

Organize Sanayi Bölgesi, Lacivert Cad.
No:6 16065 Nilüfer, Bursa, TURKIYE
P: +90 224 294 75 00 (196)
ali.evci@ermaksan.com.tr  |  ermaksan.com.tr

---

**From:** HULYA YILMAZ
**Sent:** Thursday, October 03, 2019 5:54 PM
**To:** UFUK KOCAEL; AHMET MEKIK; ALI EVCI
**Cc:** SENOL RODOPLU
**Subject:** FW: Lazer safe PCSS com. error ( I need help please!)

Hello,

Can you help me with the following issue?

Saygılarımla,

*"Excellence in Fab Equipment Sales and Service"*

8/21/24, 8:26 AM    #10894: FW: Lazer safe PCSS com. error ( I need help please!)

Case 3:23-cv-30016-MGM    Document 108-1    Filed 11/26/25    Page 80 of 189



Hulya Yilmaz
Marketing Associate

ErmakUSA Inc. 2860 River Road, Suite 145,
Des Plaines, IL 60018 / USA
P: +1 847 640-7765
h.yilmaz@ermakusa.com | ermakusa.com

 (http://www.ermakusa.com/usa/)

**From:** mmenard@internationalcontainerco.com (mailto:mmenard@internationalcontainerco.com) <mmenard@internationalcontainerco.com (mailto:mmenard@internationalcontainerco.com) >
**Sent:** Thursday, October 3, 2019 9:43 AM
**To:** HULYA YILMAZ <h.yilmaz@ermakusa.com (mailto:h.yilmaz@ermakusa.com) >
**Subject:** Lazer safe PCSS com. error ( I need help please!)

Good Morning,

I'm having an issue with my Ermak Pressbrake.

SN20071136

CNC SAP 12' X 220"

Brake ran fine this Morning and then  the error message came up.

( D3156 : LazerSafe PCSS communication error )

Please, Can you give me some guidance on how to fix this issue?

Im under the gun here and I need this machine up and running ASAP.

Thank You For your assistance

Michael menard

International Container Co.

110 North Bridge St,. Holyoke , Mass 01089

P: 1-413-246-7503

| Image displayed inline above |
| --- |
| Image displayed inline above |
| Image displayed inline above |
| Image displayed inline above |
| Image displayed inline above |
| Image displayed inline above |
| Image displayed inline above |
| Image displayed inline above |
| Image displayed inline above |
| Image not shown because sender requested not to inline it. |
| Image not shown because sender requested not to inline it. |

# EXHIBIT D

```
                        VOLUME:  I
                        PAGES:  1 - 47
                        EXHIBITS:  See Index
```

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

C.A. No. 3:23-CV-30016

- - - - - - - - - - - - - - - - - - - - - - -x

IVAN LAGUNA and MARGARITA LOPEZ,

        Plaintiffs

v.

LAZER SAFE, PTY, LTD.; FIESSLER

ELECTRONIK GmbH & CO., KG; ERMAK USA;

INC.; ERMAKSAN TURKEY a/k/a ERMAKSAN

MAKINA SANAYIVE TICARET A.S.; and JOHN

DOE DISTRIBUTOR,

        Defendants

- - - - - - - - - - - - - - - - - - - - - - -x

     VIDEOTAPED ZOOM VIDEOCONFERENCE DEPOSITION
OF THCO LLC BY JEFFREY G. TANNEHILL, a witness
called on behalf of the Plaintiffs pursuant to
the Federal Rules of Civil Procedure before
Jessica L. Williamson, Registered Merit Reporter,
Certified Realtime Reporter, and Notary Public in
and for the Commonwealth of Massachusetts, on
Wednesday, January 15, 2025, commencing at 10:05
a.m.

———————————

LONDON STENOGRAPHY LLC
P.O. Box 155
Manomet, Massachusetts 02345
londonreporter@comcast.net
774.259.0646

```
 1   A P P E A R A N C E S

 2

 3   Michael J. Mascis, Esq.

 4   Sullivan & Sullivan, LLP

 5   83 Walnut Street

 6   Wellesley, Massachusetts 02481

 7   (781) 263-9400

 8   mmascis@sullivanllp.com

 9   Counsel for the Plaintiffs

10

11   Sean M. Sharp, Esq.

12   Atom Law Group

13   770 N. LaSalle Street

14   Suite 700

15   Chicago, Illinois 60654

16   (312) 943-8000

17   ssharp@atom.law

18   Counsel for the Defendants Ermak USA, Inc.

19   and Ermaksan Turkey a/k/a Ermaksan Makina

20   Sanayi Ve Ticaret A.S.

21

22

23

24
```

```
 1    A P P E A R A N C E S, Continued

 2

 3    Patricia E. Antezana, Esq.

 4    Reed Smith, LLP

 5    Reed Smith Center

 6    225 Fifth Avenue, Suite 1200

 7    Pittsburgh, Pennsylvania 15222

 8    (412) 288-7242

 9    pantezana@reedsmith.com

10    Counsel for the Defendant Fiessler

11    Electronik GmbH & Co. KG

12

13    Nora R. Adukonis, Esq.

14    Litchfield Cavo LLP

15    6 Kimball Lane, Suite 200

16    Lynnfield, Massachusetts 01940

17    (718) 309-1503

18    adukonis@litchfieldcavo.com

19    Counsel for the Defendant Lazer Safe Pty.

20    Ltd.

21

22    ALSO PRESENT:

23    Adam Cerro, Videographer

24
```

1  A.  No, sir.

2  Q.  Okay.  Let me pull down Exhibit 1.  Let

3      me just -- I'm just going to show you

4      another exhibit.

5          MR. MASCIS:  We'll mark this as

6      Exhibit 2.

7          (Exhibit No. 2, Screen Capture of THCO

8      LLC Website, marked for identification.)

9  Q.  And this I'll suggest to you is a screen

10     capture from your website.

11         (Screen sharing.)

12 A.  Yes, sir.

13 Q.  And is this something that you wrote, or

14     did -- do you know who prepared this

15     website?

16 A.  That would have been me, sir.

17 Q.  Okay.  And I see that on this Exhibit 2 you

18     describe THCO LLC as "the appointed Master

19     Distributor and Authorised Spare Parts

20     Stockist for Lazer Safe retrofit press brake

21     guarding systems"?

22 A.  Yes, sir.

23 Q.  Okay.  And I see there's a logo for Lazer

24     Safe in the upper right corner.  Is that

| | |
|---|---|
| 1 | something that you were provided by Lazer |
| 2 | Safe? |
| 3 | A.  I can't really answer that, sir.  That is |
| 4 | Lazer Safe's logo most certainly, but |
| 5 | whether it was provided by Lazer Safe, I |
| 6 | assume it would have been because we did not |
| 7 | produce that. |
| 8 | Q.  And, yeah, I know you mentioned this |
| 9 | earlier, but I'm looking at that first |
| 10 | sentence -- I'll blow it up a little.  It's |
| 11 | kind of small, but -- which states "Over the |
| 12 | past 10 years, we have supplied and |
| 13 | installed over one thousand Lazer Safe |
| 14 | retrofit systems on a wide-range of various |
| 15 | makes and models of press brakes." |
| 16 | And so I guess my question is do |
| 17 | you -- does this -- is this accurate as far |
| 18 | as the installation aspect of it? |
| 19 | A.  No.  I would say simply the 10-year would |
| 20 | actually be more like a 15-year mark -- |
| 21 | Q.  Okay.  And -- |
| 22 | A.  -- at this point in time. |
| 23 | Q.  Okay.  In the wide range of makes and models |
| 24 | of press brakes, does that include Lazer |

# EXHIBIT E

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

NO. 3:23-CV-30016

- - - - - - - - - - - - - - - - - - - - - - - - x

Ivan Laguna and Margarita Lopez,

      Plaintiffs,

    v.

Lazer Safe, Pty, Ltd, Fiessler

Elektronik GmbH & Co., KG., Ermak

USA, Inc., Ermaksan Turkey, aka

Ermaksan Makina Sanayi Ve Ticaret

A.S., and John Doe Distributor,      VOLUME 1

      Defendants.         PAGES 1-61

- - - - - - - - - - - - - - - - - - - - - - - - x

RULE 30(b)(6) AUDIOVISUAL DEPOSITION TAKEN VIA ZOOM

OF LAZER SAFE PTY LTD,

by and through its designee, PAUL SERTIS

Tuesday, April 8, 2025 at 7:00 p.m.


Reporter:  Lori-Ann London, RPR, Mass. CSR #153020

—————————————

LONDON STENOGRAPHY LLC
P.O. Box 155
Manomet, MA 02345
774.259.0646
londonreporter@comcast.net

```
 1              REMOTE APPEARANCES OF COUNSEL

 2

 3       (All parties present from their respective

 4       locations via Zoom videoconferencing)

 5

 6      On Behalf of the Plaintiff:

 7           SULLIVAN & SULLIVAN, LLP

 8           83 Walnut Street

 9           Wellesley, Massachusetts 02481

10           781.263.9400

11           By:  MICHAEL J. MASCIS, ESQUIRE

12                mmascis@sullivanllp.com

13

14      On Behalf of Defendant Lazer Safe Pty. Ltd.:

15           LITCHFIELD CAVO

16           Suite 1006 Kimball Lane

17           Lynnfield, Massachusetts 01940

18           781.309.1500

19           By:  NORA ADUKONIS, ESQUIRE

20                adukonis@litchfieldcavo.com

21

22

23

24      (Continued)
```

```
 1        REMOTE APPEARANCES OF COUNSEL (Continued)

 2

 3    On Behalf of Defendants Fiessler Elektronik GmbH:

 4        REED SMITH

 5        225 Fifth Avenue, Suite 1200

 6        Pittsburgh, Pennsylvania 15222

 7        412.288.7242

 8        By:  PATRICIA ANTEZANA, ESQUIRE

 9            pantezana@reedsmith.com

10

11    On Behalf of Defendants Ermak USA, Inc. and

12    Ermaksan Turkey:

13        ATOM LAW GROUP

14        770 N LaSalle Street, Suite 700

15        Chicago, Illinois 60654

16        312.943.8000

17        By:  SEAN M. SHARP, ESQUIRE

18            ssharp@atom.law

19

20    ALSO PRESENT:

21

22        Adam Cerro, Legal Video Specialist

23

24
```

1        A    I don't believe that there is a

2    requirement that we do.

3        Q    Do you -- as far as the chart that

4    appears in this document, Exhibit 2, on page --

5    it's page -- I'm gonna get this thing down here --

6    it's page 13, are you familiar with this chart that

7    we're looking at here on page 13 of Exhibit 2?

8        A    Yes.

9        Q    And what is this?

10        A    So this is a location report that was run

11    from Google Analytics 4, and this shows

12    IP addresses from Massachusetts that visited the

13    Lazer Safe website during the time period listed in

14    the top right-hand corner of the document.

15        Q    And let's see if I can move it over a

16    little.

17             This time frame that we're looking at

18    is just May of -- May of 2023 to August of 2024.

19    Is that right?

20        A    Yes.

21        Q    And the -- the chart that you -- you had

22    shown here, is that something that you just request

23    a report from Google Analytics and they produce it

24    for you?

1        A    Yes.

2        Q    And how long has Lazer Safe been -- been

3    using Google Analytics as part of its -- its sales

4    and marketing?

5        A    I don't remember exactly.

6        Q    What -- could you describe for us, what

7    does Google Analytics do for Lazer Safe?

8        A    We don't use it frequently.  We look at

9    it occasionally to see where website traffic is

10   coming from, usually just to a country label, we

11   don't normally look any further than that, just to

12   gauge a general idea of, you know, which -- which

13   -- well, you know, which countries are -- are

14   viewing our website.

15       Q    And does the -- does the Google Analytics

16   describe whether anybody logs into your website in

17   any manner?

18       A    No.

19       Q    I'm looking at this graph where it talks

20   about -- underneath the -- where it says -- midway

21   through it says "Massachusetts region," and then

22   here it's -- let me use my cursor if I can circle

23   it, if you can see that, it says "engaged session."

24   Do you know what that's referring to?

1      A    No.

2      Q    Or what is the "engagement rate" that's

3  here?  Do you know what that refers to?

4      A    No.

5      Q    Does Google provide you with any type of

6  manuals to decipher these graphs?

7      A    Not manuals, but I have information

8  online.

9      Q    Okay.  And a chart like this, would you

10  be able to contact Google and get more detailed

11  information from them based upon what type of

12  interactions the users are having with the website?

13              MS. ADUKONIS:  Objection.

14              You can answer.

15      A    If you want specifically to know what

16  engaged sessions and engagement rights refer to,

17  then, yes, I could get that information.

18      Q    Does -- does the -- Lazer Safe's website

19  have areas where users can log in to get certain

20  content?

21      A    Yes.

22      Q    And if -- does the website also have

23  links to social media for Lazer Safe?

24      A    Yes.

1        Q    And was the website up and running back

2    in the time period of 2018 to 2020, for Lazer Safe?

3                MS. ADUKONIS:  Objection.

4                You can answer.

5        A    Yes.

6        Q    But as far as information such as we're

7    looking at here in Exhibit 2 on page 13, there's no

8    -- you haven't preserved any of the da -- any of

9    the data from that time period of 2018 to 2020.  Is

10    that right?

11        A    No.

12        Q    Does -- would Google Analytics have a

13    separate storage system where they -- they may have

14    recorded IP addresses that interact with the Lazer

15    Safe website from that time period, 2018 to 2020?

16                MS. ADUKONIS:  Objection.

17                You can answer.

18        A    No, they wouldn't.  That data's not

19    available.  The reason being that anything up until

20    I believe it's September 2000 -- I'm sorry --

21    May 2023 Google switched to a new analytics

22    platform called Google Analytics 4, and at some

23    point any historical data before that date was --

24    was removed and is no longer accessible.

1      Q    So as you -- as we sit here today, is

2   there any -- any -- any data that's been stored

3   that would tell us the IP addresses of people from

4   Massachusetts who interacted with the Lazer Safe

5   website in the time period of -- of 2018 to 2020?

6      A    Lazer Safe doesn't have that data in

7   storage.

8      Q    And other than Google Analytics, would

9   there be any other place that you could look to fi

10  -- to see if those IP addresses might have been

11  preserved somewhere?

12     A    No, not that I'm aware of.

13     Q    In general terms, the website -- in the

14  time period 2018 to 2020, would you agree with me

15  that the website had an advertising component to

16  it?

17     A    Not necessarily.  The website itself

18  doesn't have advertising.

19     Q    Well, when you -- it does -- it does

20  con -- or it did back then, as it does today, does

21  it contain information about Lazer Safe and its

22  products?

23     A    Yes, it does.  In terms of advertising,

24  though -- so the website doesn't have advertising

 1    itself.  We do run, on occasion, advertisements

 2    through Google Ads that would then link -- be able

 3    to click on those ads would then link back through

 4    to the Lazer Safe website.

 5        Q    But a -- a user 2018 could access the

 6    Lazer Safe website and learn about light laser --

 7    laser safety -- safety equipment for press brake

 8    machines, correct?

 9                MS. ADUKONIS:  Objection.

10                You can answer.

11        A    If it was in 2018, I would have to go and

12    check, check to verify what type of advertising we

13    had running at the time, but that's something I

14    could certainly check.

15        Q    But without -- without getting hung up on

16    the word "advertising," you'd agree with me that

17    the -- the Lazer Safe website contains information

18    for an I -- someone at an IP address to access

19    information about safety equipment manufactured by

20    Lazer Safe for press brake machines?

21                MS. ADUKONIS:  Objection.

22                You can answer.

23        A    2018 -- well, yes, in 2018, we did have

24    product information on the website that people

1    could come to the website and view.

2         Q    Let's take a look at another exhibit

3    here.  I'm taking down Exhibit 2.

4                   (Exhibit 19 marked for

5                    identification.)

6                   (Screen sharing.)

7         Q    Okay, I'm gonna show you a document I've

8    marked -- premarked as Exhibit 19.  And this is a

9    nine-page document, which basically I can represent

10   were screen-grabs from the Lazer Safe website, but

11   looking at that first page, does that look familiar

12   to you?

13        A    Part of it does.  The graphic styling

14   looks a little odd --

15        Q    It's been copied a few times.

16        A    -- as if it's been cut and paste.

17        Q    Yeah.

18        A    It doesn't look like original.

19        Q    Okay.

20        A    But the copy, the written copy, does look

21   familiar.

22        Q    Okay.  And then if we go to the -- I'll

23   just go on to the next page.  Page 2 of Exhibit 19,

24   does that look like it's -- it's part of the Lazer

1      Safe website?  I can blow it up some more.

2          A    No.  This -- some of this content appears

3      to have been cut and paste from one of our product

4      brochures.

5          Q    Okay.

6          A    The product brochure may have been

7      available --

8                    THE STENOGRAPHER:  Froze?

9          Q    Okay.  Would you have been involved in --

10                    THE STENOGRAPHER:  Sorry.  I didn't

11     -- he looks frozen.  I don't -- I didn't get the

12     whole answer, I don't think.

13                    MS. ADUKONIS:  Yeah, he seems frozen.

14                    MR. MASCIS:  I'm sorry, what was

15     that?

16                    THE STENOGRAPHER:  I didn't get the

17     whole answer.  I think he's frozen.

18                    MR. MASCIS:  Oh --

19                    THE STENOGRAPHER:  Well, I did get,

20     "The product brochure may have been available," if

21     that was the whole answer, but I think he is

22     frozen.

23                    THE VIDEOGRAPHER:  Should we go off

24     the record?

1            MR. MASCIS:  Yeah.

2            THE VIDEOGRAPHER:  The time is

3    7:31 p.m., we're off the record.

4            (Off record.)

5            THE VIDEOGRAPHER:  The time is

6    7:33 p.m., we're on the record.

7    BY MR. MASCIS:

8       Q    Mr. Sertis, I'm just -- we're looking at

9    Exhibit 19, even though we're having some technical

10   difficulties with the Zoom link, but Exhibit 19, do

11   you recognize this document, what I've shown you so

12   far, as far as a Lazer Safe website or brochure I

13   think you called it?

14      A    I recognize the content, but the document

15   itself is not a Lazer Safe document.  It appears to

16   be content cut and paste from a Lazer Safe product

17   brochure.

18      Q    Okay.

19      A    And that -- that brochure may have been

20   on the website as a download.

21      Q    Okay.  So is that part of your duties,

22   to -- do you develop the brochures for Lazer Safe?

23      A    Yes.

24      Q    And those brochures are -- are designed

```
 1    to ultimately promote Lazer Safe and sell its

 2    products.  Is that right?

 3         A    Yes.

 4         Q    Did -- as far as the -- the -- the

 5    products that Lazer Safe sells, part of the

 6    products are -- are safety equipment for press

 7    brake machines.  Is that correct?

 8         A    Yes.

 9         Q    Did -- and are you involved in developing

10    markets for those safety systems?

11         A    Yes.

12         Q    All right.  Let's take a look at another

13    exhibit, and I think -- okay.  Let me stop sharing

14    for a second.  I'll try and pull it up here.

15                   I'm going to show you what I've

16    marked as Exhibit 9.

17                   (Exhibit 9 marked for

18                   identification.)

19                   (Screen sharing.)

20         Q    And this is a photograph of the machine

21    at issue in our case that -- and it's a photograph

22    that was taken in Massachusetts of the -- and this

23    is -- I can represent is a photo that was attached

24    to the Ermaksan press brake machine at issue in the
```

 1   case.

 2               Do you recognize what's shown in this

 3   document?

 4        A    Yes.

 5        Q    What is it?

 6        A    It's showing the -- the backside and

 7   label of a Lazer Safe receiver.

 8        Q    Okay.  And there's a -- I'll show you

 9   another document related to that, which is called a

10   "transmitter," but let me pull that one up.

11               (Exhibit 10 marked for

12               identification.)

13        Q    Let me show you -- we've marked this as

14   Exhibit 10.

15               (Screen sharing.)

16        Q    Do you recognize what's shown in

17   Exhibit 10?

18        A    Yes.

19        Q    What is that?

20        A    That's the backside and label of a Lazer

21   Safe transmitter.

22        Q    And can you first -- for us laypeople,

23   can you describe, do the trans -- does the

24   transmitter that we see in Exhibit 10 here, and the

1    receiver that we showed in Exhibit 9, do they

2    interact as part of the Lazer Safe guarding system?

3        A    Yes.

4            MS. ADUKONIS:  Objection.

5            You can answer.  Sorry.

6        Q    Okay.  And then so -- and have you

7    done -- have you reviewed documents as to these

8    particular units and how they ended up on the

9    subject press brake machine?

10       A    Can you explain further?

11       Q    Go ahead.

12       A    Oh, so you just clarify the question

13   you're asking.

14       Q    Oh.  Do you know when these -- these

15   units were sold to become part -- as component

16   parts of the Ermaksan press brake machine?

17            MS. ADUKONIS:  Objection.

18            You can answer, if you know.

19       A    No.

20       Q    Were -- were you employed at Lazer Safe

21   in 2009?

22       A    Yes.

23       Q    Are you -- are you -- earlier we talked

24   about Mr. Tatli and -- and his role at Lazer Safe.

1    Would his job duties -- could you describe what his

2    job duties are for Lazer Safe?

3        A    Yes.  So, as I mentioned before, he's a

4    integration engineer.  So he primarily works with

5    our OEM customers who are press brake manufacturers

6    to assist in the custom integration of our products

7    into the manufacturer's machines.

8        Q    And does he actually perform service to

9    Lazer Safe customers?

10                MS. ADUKONIS:  Objection.

11                You can answer.

12       A    Could you please clarify what you mean

13   by service?

14       Q    I mean does he travel -- do part of his

15   duties include traveling to assist customers of

16   Lazer Safe who need his assistance in repairs or

17   maintenance?

18                MS. ADUKONIS:  Objection.

19       A    No, generally he doesn't do that.

20       Q    Okay.  Go ahead.

21       A    He would -- sorry.

22       Q    Let me just ask you one more question.

23                Does he consult with people -- is he

24   a resource for people who need his assistance in

1    diagnosing issues related to Lazer Safe products?

2              MS. ADUKONIS:  Objection.

3              You can answer.

4       A    He provides technical support to our

5    customers, it's generally via email.  Just to

6    clarify further, he does visit customers to assist

7    with product integration.  But in terms of your

8    question regarding does he visit customers to

9    service equipment, generally he doesn't perform

10   that duty.

11      Q    But if, like in this instance, we were --

12   are you familiar with there were some email

13   exchanges between Ermaksan and -- and Mr. Tatli

14   regarding Lazer Safe equipment on the press brake

15   machine?

16      A    Yes.

17      Q    And you yourself weren't -- don't --

18   weren't involved in any of the -- of the

19   communication with Ermaksan regarding the Lazer

20   Safe equipment.  Is that correct?

21      A    Not that I recall.

22      Q    The Lazer Safe -- strike that.  Let me

23   show you another photo.

24              (Exhibit 11 marked for

1              identification.)

2        Q    Okay.  I'm gonna show you what we've

3   marked as Exhibit 11, and this is a photograph.

4              (Screen sharing.)

5        Q    This is a photograph, I guess it's a

6   partial view, but can you recognize what this --

7   this is showing us, what component it's showing us?

8        A    Well, yes, it's a partial label --

9              THE STENOGRAPHER:  I'm sorry, can you

10  say that again?  "It's a partial label."

11       A    Yeah.  The image is cropped.

12       Q    Yeah.

13       A    It's a partial label that's affixed to

14  the side of a PCSS F series controller, although I

15  can't see any detail of the product from this

16  angle.

17       Q    And can you tell from this photo if this

18  is a replacement PCSS controller or original

19  equipment?

20       A    No.

21       Q    And then where it says -- on the far

22  right of the photo, there's a box that says,

23  Soft -- Software VER, and it starts -- the first

24  letters are KERN.  But is that referring to a type

1    of software?

2                    MS. ADUKONIS:  Objection.

3                    You can answer.

4         A    Yes.

5         Q    What is that -- what is that software?

6         A    Well, it refers to the Kernel software

7    that's the --

8         Q    And --

9         A    -- safety -- the Kernel software is the

10   top of the safety operating software.

11        Q    And is that something that has to be

12   maintained over time by Lazer Safe?

13                   MS. ADUKONIS:  Objection.

14                   You can answer.

15        A    Could you clarify what you mean by

16   "maintained"?

17        Q    Yeah.  Like are there periodic updates of

18   the software for the customers that Lazer Safe

19   provides?

20        A    Yes.

21        Q    And how would a customer obtain the

22   updates?

23                   MS. GELLER:  Objection.

24                   You can answer.

```
 1    a broad outline of the line of questioning in the
 2    deposition.
 3         Q    And at some point you reviewed his
 4    deposition transcript.  Is that right?
 5         A    Yes.
 6         Q    Yeah.
 7              Did you know Mr. Gary Holdson at
 8    THCO?
 9         A    Yes.
10         Q    And was he involved -- what was his role
11    at THCO LLC, as far as you know?
12         A    It was a technical role.  So he was
13    involved in integration of the products and
14    technical support.
15         Q    And do you know whether Mr. Holdson was
16    involved in the October 2019 emails and issues
17    raised with the Ermaksan press brake machine in
18    Holyoke, Massachusetts?
19              MS. ADUKONIS:  Objection.
20              You can answer.
21         A    Yes.
22         Q    Did you ever speak with Mr. Holdson at
23    the time about the incident?
24              MS. ADUKONIS:  Objection.
```

# EXHIBIT F

EXHIBIT 9
Jeffrey
Tannehill
1/15/25
J. Williamson



lazersafe

Tuesday, 13 March 2012

THCO LLC
2950 Spanish Oaks Drive
Brenham TX 77833
USA

LETTER of AGREEMENT for supply of LAZER SAFE PRODUCTS
This letter is to confirm the business arrangements reached between Lazer Safe Pty Ltd ("Lazer Safe") Malaga, Western Australia and **THCO LLC** ("Master Distributor") **2950 Spanish Oaks Drive, Brenham TX 77833, USA** to represent certain Lazer Safe Products in the USA on a non-exclusive basis.

**Purpose**
1.  Master Distributor is appointed, accepting the understandings in clauses 2 to 4 with rights to sell and install LZS-003-HS systems to the retrofit market in the USA either directly or via partner organisations.

2.  **Mutual understanding 1**: Lazer Safe retains the right to sell direct to OEM manufacturers in North America whether or not that OEM has or is a customer of the Master Distributor.

3.  **Mutual understanding 2**: Certain OEM manufacturers have rights to install Lazer Safe systems on their press brakes and deliver them to customers world-wide including the USA.

4.  **Mutual understanding 3**: Lazer Safe will, when approached by companies in the USA requiring retrofit systems, refer them to Master Distributor and/or other Authorised Distributors in the same territory. Authorised Distributors are defined as having signed a distributor agreement with Lazer Safe.

5.  Master Distributor for the purpose of operator safety and protection will promote Lazer Safe as the prime safety system for Press Brakes and will use its reasonable endeavours to sell the Products in the assigned territory.

**Price**
6.  The Initial Price of each product, provided in Schedule 1 hereto, is valid until 31st December 2012, unless otherwise modified as allowed by clause 7 herein, and subject to annual review as provided for in Clause 8.

7.  Should the conversion rate between the Aust $ and the USD change substantially outside the range of 0.80 to 0.90 then the USD price above may be adjusted down or up accordingly. The parties recognise that this could happen between order and payment and that in such an event they will use their best endeavours to resolve any issue arising. The purpose of this clause is to maintain price stability with the ability to handle the situation where major exchange rate variations occur.

8.  Prices are subject to annual review. Lazer Safe will give 90 days notice to any changes resulting from the annual review to be effective from 1st July in any year. In any event Lazer Safe reserves the right to adjust prices with immediate effect.

**Ordering**
9.  The Master Distributor will raise Purchase Orders clearly identifying the Product Code, Product Name, Quantity, Price per Unit and Total Price together with the Delivery Date required and



method of payment as provided for in Clause 13. On receipt of a purchase order Lazer Safe will, within 5 business days, confirm the order and advise the expected delivery date. On confirmation, the order becomes a legally binding contract between the parties.

**Delivery**

10. Lazer Safe's normal delivery time is 28 days from receipt of written orders from the Master Distributor. Lazer Safe will use its reasonable endeavours to supply the Products to meet requested Delivery Dates less than normal, should this not be practicable, Lazer Safe will, within 7 days of the receipt of the order, advise the Master Distributor and the parties shall agree an alternative Delivery Date and/or variation to the order. The times in this clause may be extended by agreement of the parties or by Lazer Safe where the order is for an unusually large number of Products.

11. Lazer Safe will deliver all batches together with their export formalities to the carrier designated by the Customer on an FCA (Free Carrier) basis. The terms of Free Carrier shall be as defined by International Commercial Terms (Incoterms) 1990, or shipped by Lazer Safe using Lazer Safe's nominated carrier and charged and invoiced accordingly. All costs, duties and charges associated with Delivery are to the Master Distributor's account. Delivery shall be to the Master Distributor's nominated address.

12. The products to be shipped will be packed in such a way, as to protect them from damage that could reasonably arise during transport by air, sea and road.

**Payment**

13. Goods or services to be provided by Lazer Safe will be quoted in USD. Master Distributor may nominate to pay by either of the following methods:

    a. Payment in advance 100% by electronic funds transfer (EFT) to the bank and account nominated by Lazer Safe; or

    b. Letter of Credit for the full amount payable on dispatch of goods by Lazer Safe from Australia.

    c. Payment by the due date of credit terms as agreed between the parties.

**Distribution**

14. Master Distributor is authorised to sell systems and spare parts to other Authorised Distributors and Resellers within the USA. Resellers are defined as companies that do not have a signed distributor agreement with Lazer Safe.

15. Authorised Distributors will have the option to purchase systems and spare parts either from Lazer Safe directly or from Master Distributor.

16. Lazer Safe will make available to Master Distributor the system and spare parts pricing that is issued to Authorised Distributors within the USA.

17. Lazer Safe will promote via the Lazer Safe website that Master Distributor is authorised to stock and sell systems and spare parts within the USA.

**Commissions**

18. Lazer Safe will pay a commission to Master Distributor of 5% of the total sale price (excluding shipping charges) for all LZS-003-HS systems sold within the USA with the exception of systems sold to Original Equipment Manufacturers including the following companies;



- Cincinnati Incorporated

- Accurpress

19. Commissions will be based on paid accounts, calculated every month and settled by mutual agreement (offset or direct payment).

20. Master Distributor is expected to provide technical support as required for the LZS-003-HS system to other distributors and customers that have purchased systems directly from Lazer Safe with the exception of:

- Cincinnati Incorporated

- Accurpress

**Lazer Safe assistance**

21. Provide installation manuals to Master Distributor and provide access to technical support in the Perth office.

22. Provide technical assistance, on an as available basis, in designing the interface for retrofit if Master Distributor is able to provide the necessary electrical and hydraulic schematics of the machines in question. It is anticipated that, within three months of commencement, the requirement for this assistance will be minimal once Master Distributor has developed the appropriate field experience and confidence. Lazer Safe reserves the right to charge a fee for this service if the demands of Master Distributor for such assistance are above this expectation.

23. Lazer Safe will keep Master Distributor informed of product developments in order for Master Distributor to evaluate applicability of such products to the market place in North America.

24. Lazer Safe will, on an as available basis, provide technical assistance to meet special needs that Master Distributor may identify. Lazer Safe reserves the right to charge a fee for this service if the demands of Master Distributor for such assistance are above this expectation.

25. Lazer Safe will pay USD$2,000 per month for 6 months (starting from engagement date) to assist the distributor to engage the services of Chris King.

**Distributor shall promote**

26. Master Distributor shall, at their cost, promote and market the Products in line with the Purpose as described in this document.

**Adverse advertising**

27. If, in the reasonable opinion of Lazer Safe, Master Distributor is advertising or promoting the Products in a manner that is likely to adversely affect the reputation of Lazer Safe or the Products, Lazer Safe may give notice to Master Distributor of its objection to such advertising or promotion. On receipt of such notice, Master Distributor will immediately take such steps as are necessary for withdrawing and discontinuing such advertising

**Alterations to specifications**

28. Lazer Safe may, from time to time, alter the specifications or design of the Products and shall notify Master Distributor of such changes. Lazer Safe shall, for as long as is practical, continue to supply the currently agreed version under this agreement and not start to supply the modified versions of the Product without prior written acceptance from Master Distributor. In the event that



any safety, defect related, or other concern or issue related to the Product arises Lazer Safe shall at its sole discretion modify the specifications.

**Trademarks**

29. All trademarks used in relation to the Products are the property of Lazer Safe. Lazer Safe grants to Master Distributor a licence to use Lazer Safe's trademarks for the purpose of Master Distributor fulfilling its obligations under this agreement. All use of the trademarks by Master Distributor accrues to the benefit of Lazer Safe. Master Distributor will not apply to register any trademark which is the same as or similar to Lazer Safe's trade marks. Distributor will not use any other trademark in relation to the Products except with the prior written permission of Lazer Safe.

**Ownership of intellectual property**

30. Lazer Safe retains ownership of all intellectual property rights relating to the Products including any Improvements made by Lazer Safe.

**Internet Domain Addresses**

31. Lazer Safe acknowledges that the Master Distributor may register internet domain names that contain the words 'Lazer Safe' or words similar that purport to represent Lazer Safe. The Master Distributor acknowledges that Lazer Safe gives permission for such address(es) to be registered and used for the purpose of facilitating the Master Distributor's sales of Lazer Safe's products. Permission to use such registrations is given on the basis of compliance with the terms of this agreement. The Master Distributor agrees to transfer any such registrations to Lazer Safe or cancel them on the written request of Lazer Safe.

**Customer improvements**

32. Lazer Safe will own any intellectual property rights in any Improvement in the Products made by Master Distributor. Master Distributor hereby assigns such intellectual property rights to Lazer Safe. Master Distributor will execute such documents and do such things as are reasonably necessary or desirable to give affect to this clause.

**Intellectual property indemnity**

33. Master Distributor agrees that Lazer Safe has the right to defend, or at its option to settle, and Lazer Safe agrees, at its own expense, to defend or at its option to settle, any third party claim, suit or proceeding (collectively, "Action") brought against Master Distributor alleging the Products infringe any patent or copyright in existence as of the Effective Date, subject to the limitations hereinafter set forth. Lazer Safe will have sole control of any such Action or settlement negotiations, and Lazer Safe agrees to pay, subject to the limitations hereinafter set forth, any final judgment entered against Master Distributor on such issue in any such Action defended by Lazer Safe. Master Distributor agrees that Lazer safe will be relieved of the foregoing obligations unless Master Distributor notifies Lazer Safe promptly in writing of such Action, gives Lazer Safe authority to proceed as contemplated herein, and gives Lazer Safe proper and full information and assistance to settle and/or defend any such Action. If it is adjudicatively determined, or if Lazer Safe believes, that the Products, or any part thereof, infringe any third party patent or copyright, or if the sale or use of the Products, or any part thereof, is, as a result, enjoined, then Lazer Safe may, at its election, option, and expense: (i) procure the right under such third party patent or copyright to sell or use, as appropriate, the Products or such part thereof; or (ii) replace the Products, or part thereof, with other non-infringing suitable Products or parts; or (iii) suitably modify the Products or part thereof; or (iv) remove the Products, or part thereof, terminate distribution or sale thereof and refund the payments paid by Master Distributor for such Products



less a reasonable amount for use and damage. Lazer Safe will not be liable for any costs or expenses incurred without its prior written authorization.

**Limitations to indemnity**

34. Lazer Safe has no liability to Master Distributor for (i) any infringement of patent or copyright claims alleging infringement by completed equipment or any assembly, circuit, combination, method or process in which any of the Products may be used but not covering the Products standing alone; (ii) any trademark infringements involving any marking or branding not applied by or requested by Lazer Safe, or involving any marking or branding applied by Lazer Safe at the request of Master Distributor; or (iii) the modification of the Products, or any part thereof, unless such modification was made by Lazer Safe, where such infringement would not have occurred but for such modifications.

**Entire liability**

35. THE FOREGOING STATES THE ENTIRE LIABILITY AND OBLIGATIONS OF LAZER SAFE AND THE EXCLUSIVE REMEDY OF MASTER DISTRIBUTOR AND ITS CUSTOMERS, WITH RESPECT TO ANY ALLEGED PATENT OR COPYRIGHT INFRINGEMENT BY THE PRODUCTS OR ANY PART THEREOF.

**Confidentiality obligations**

36. Each party undertakes that:

    a. it will not directly or indirectly disclose the other's Confidential Information in whole or in part to any third party without the prior written consent of the other party;

    b. it will not directly or indirectly use the other party's Confidential Information in whole or in part except as provided in this agreement;

    c. it will not copy, duplicate or otherwise reproduce any documents containing Confidential Information except as is necessary under this agreement;

    d. it will use its best endeavours to preserve the confidentiality of the Confidential Information and will (without limitation):

    e. keep all documents containing Confidential Information in a secure place;

    f. restrict the access of officers or employees or contractors to documents containing the Confidential Information to persons who need to know such information;

    g. clearly mark all documents containing Confidential Information as being confidential;

    h. if requested by the other party, procure that each employee or contractor who has access to Confidential Information signs a confidentiality agreement with the party owing the Confidential Information;

    i. take such other steps as are reasonably required by the other party as notified in writing to it from time to time;

    j. it will forthwith upon demand return to the owner of the Confidential Information all documents containing confidential information, including any documents created by its officers, employees or contractors which contain any confidential information.

**Reverse engineering of Product**

37. Master Distributor will not attempt to reverse engineer the Products or subject them to any form of analysis or test for the purpose of ascertaining the construction, formulation or make up of the Products (or permit any third party to do any of these things). Excluded from this section are repairs or improvements as may be conducted by Master Distributor, reliability testing or testing related to standards compliance.



**Obligations**

38. The parties' obligations under this agreement in relation to the Confidential Information shall continue after the return of the Confidential Information or termination of this agreement until such time as the Confidential Information is lawfully in the public domain.

**Warranty**

39. Lazer Safe warrants that, at the time of delivery, the Products shall be in accord with specifications, be free from defects in design and workmanship and warranted for a period of 24 months.

**Consequential loss**

40. In no event shall either party be liable for lost profits, cost of procurement of substitute goods, or any other special, reliance, incidental, or consequential damages, however caused and under any theory of liability whether based in contract, tort (including negligence), or otherwise.

**Indemnity**

41. Master Distributor will indemnify Lazer Safe, and keep Lazer Safe indemnified, against any loss or damage (including legal costs) suffered by Lazer Safe arising out of:

   a. any breach of this agreement by Master Distributor;
   b. any claim by any third party relating to the improper sale or installation (by Master Distributor) of the Products by Master Distributor provided that such claim does not result from a failure of a Product to comply with its written specifications as provided by Lazer Safe.

**Relationship**

42. The relationship between the parties is that of independent contracting parties only. There is no relationship of agency, partnership or otherwise between the parties. The Master Distributor must note this independent relationship on all official, advertising or marketing material. The Master Distributor must not purport to be a subsidiary or a branch of Lazer Safe.

**Variation**

43. This agreement may be varied only in writing signed by the parties.

**Force Majeure**

44. Neither party will be liable for any delay or failure to perform its obligations under this agreement if such delay is due to circumstances beyond its reasonable control.

**Entire agreement**

45. This agreement supersedes all prior writings or understandings between the parties with respect to its subject matter.

**Disputes**

46. If any dispute arises between the parties regarding this agreement which cannot be settled by negotiation:

   a. the parties will refer the dispute to senior management;
   b. failing settlement of the dispute, the parties will endeavour to settle the dispute by mediation;
   c. failing settlement of the dispute, either party may refer the dispute to arbitration;

   provided that nothing in this clause prevents a party immediately commencing legal proceedings for urgent equitable relief before an appropriate court.



**Counterparts**

47. This agreement may be executed in counterparts, each of which will be deemed to be an original and all of which taken together will constitute the same agreement, provide that this agreement will be of no force or effect until the counterparts are exchanged.

**Commencement**

48. The activation of this agreement is achieved when both parties have signed and dated this document and supersedes and cancels any previous agreements between the afore mentioned company's. The details are private and confidential, breach of which could result in cancellation.

**Termination**

49. Either party may terminate this agreement with 60 days notice without reason.



This agreement shall be adhered to in a spirit of mutual benefit, open communication and practicability.

I hereby acknowledge and accept the terms of this agreement.

| Lazer Safe Pty Ltd | THCO LLC. |
|---|---|
| Name: ROB. APPLEYARD. | Name: Jeff Tannehill |
| Signed: | Signed: |
| Date: 14-03-2012. | Date: 3-13-2012 |
| By signing the above, I also declare that I am authorised by the company to commit to this agreement | By signing the above, I also declare that I am authorised by the company to commit to this agreement |



## Schedule 1

### For Lazer Safe LZS-003-HS System (Based on orders for complete systems)

LZS-003-HS High Speed Guarding System

| | |
|---|---|
| LZS-003-HS Control Module w/std box– Product code 0012000600 | USD 1,612.00 FOB Perth |
| LZS-003-HS Control Module (no box) – Product code 0012000300 | USD 1,368.00 FOB Perth |
| LCD Operator Panel - Product code 0017001200 | USD 300.00 FOB Perth |
| TX Dual Laser & RX w/M12 plugs - Product code 0011002100 | USD 1,623.00 FOB Perth |
| TX/RX M12 Socket Cable 5m – product code 0031030900 | USD 20.00 FOB Perth |
| TX/RX M12 Socket Cable 10m – product code 0031031000 | USD 30.00 FOB Perth |

VERTICAL BRACKETS

Linear bearing vertical brackets - Product code 0018002100
* LITE 500 model

USD 770.00 FOB Perth

Linear bearing vertical brackets - Product code 0018001200
* STD 610 model

USD 1,104.00 FOB Perth

Linear bearing vertical brackets - Product code 0018001600
* STD 730 model

USD 1,232.00 FOB Perth





## Schedule 2

### For Lazer Safe LZS-003-HS Spare Parts

| | | |
|---|---|---|
| 0036001900 | 1000mm Metric Adjustment Guide Set | USD 10.00 |
| 0041020300 | Brass Latch (long) | USD 62.00 |
| 0041020100 | Brass Latch (short) | USD 62.00 |
| 0036030100 | Decal - LCD Panel | USD 31.00 |
| 0012061700 | Encoder Chain & Accessories | USD 52.00 |
| 0012061600 | Encoder Mounting Bracket - Right Angle | USD 18.00 |
| 0012061500 | Encoder Mounting Bracket - Straight | USD 18.00 |
| 0039050200 | Handle Bolt - M10 x 50mm | USD 29.00 |
| 0039050100 | Handle Bolt - M8 x 25mm | USD 29.00 |
| 0036090100 | Lexan Controller English | USD 54.00 |
| 0036090300 | Lexan Controller French | USD 54.00 |
| 0036091100 | Lexan Controller Spanish | USD 54.00 |
| 0012065100 | LZS Standard Outer Box | USD 423.00 |
| 0011190800 | LZS STD Alignment Quick Reference Guide | USD 3.00 |
| 0012020100 | LZS STD Plug Kit | USD 108.00 |
| 0012050100 | LZS-003 Processor Assembly | USD 850.00 |
| 0012050400 | LZS-003-HS Processor Assembly | USD 850.00 |
| 0012061200 | Optical Encoder - Omron | USD 430.00 |
| 0017000500 | PLC Interface Card w/plugs | USD 255.00 |
| 0011139000 | RX Replacement Window Assembly | USD 30.00 |
| 0011131100 | RX w/m12 plug | USD 480.00 |
| 0011190200 | STD Alignment Magnet Set | USD 29.00 |
| 0040000500 | Switch - Key (mode) | USD 47.00 |
| 0040000800 | Switch - Push Button (test/lock) | USD 94.00 |
| 0040000700 | Switch - Rotary (selector) | USD 115.00 |
| 0011121700 | TX Dual Laser w/m12 plug | USD 1,130.00 |
| 0011121600 | TX Single Laser w/m12 plug | USD 859.00 |

# EXHIBIT G

EXHIBIT 6
Jeffrey
Tannahill
1/15/25
J. Williamson



# EXHIBIT H



© 2024 Google | Analytics home | Terms of Service | Privacy Policy | ⊡ Send feedback

# EXHIBIT I

Dimensions and metrics

# [GA4] Engagement rate and bounce rate

Use the engagement rate and bounce rate metrics to measure engagement on your website or app

|  | Next: [GA4] Create content groups |
|---|---|

## About the metrics

Engagement rate and bounce rate are important metrics in Google Analytics that enable you to measure and analyze user engagement with your website or app.

Both metrics are defined in terms of engaged sessions.

- A session is a period during which a user is engaged with your website or app.
- An engaged session is a session that meets any of the following criteria:
  - Lasts longer than 10 seconds
  - Has a **key event**
  - Has 2 or more screen or page views

The engagement rate is the **percentage of engaged sessions** on your website or mobile app. The bounce rate is the opposite of the engagement rate. The bounce rate is the **percentage of sessions that were not engaged**.

> **Note:** The `is_engaged_session_event` has been added to all events to improve the accuracy of engagement rate and bounce rate calculations.

In other words, engagement rate helps you measure the percentage of visits to your website or app that involved some form of meaningful engagement.

## An example

For instance, a user visits your website, reads some content for less than 10 seconds, and then leaves. While they were on your website, they didn't trigger any events or visit any other pages.

In this instance, because the user didn't match any of the criteria of an engaged session (the session was less than 10 seconds, no key event occurred, and there were not at least 2 pageviews or screenviews), the session would not count as an engaged session. If this were the only session on your website, the engagement rate would be 0% and the bounce rate would be 100%.

## Add the metrics to your reports

By default, most reports in Google Analytics do not include the engagement rate and bounce rate metrics. To view these metrics in your reports, you need to customize the report. You can customize a report if you are an Editor or Administrator. You can only add metrics to detail reports.

1. Sign in to Google Analytics .
2. From the left menu, select **Reports** ⊪.
3. Go to the report you want to customize, such as the Pages and screens report.
4. Click **Customize report** [ ✎ ] in the upper-right corner of the report.

   **Important:** If you don't see the button, you don't have an Editor or Administrator role.

Help guide

5. In **Report data**, click **Metrics**.



If you only see **Add Cards** and don't see **Metrics**, you are in an [overview report](overview report). You can only add metrics to a [detail report](detail report).

6. Click **Add metric** (near the bottom of the right menu).
7. Type "Engagement rate". If the metric doesn't appear, it's already included in the report.
8. Type "Bounce rate". If the metric doesn't appear, it's already included in the report.
9. Click **Apply**.





10. Save the changes to the current report.

The engagement rate and bounce rate metrics will be added as the last two columns in the table. If you have many metrics in the table, you may need to scroll to the right to view the metrics.

## Increase your engagement rate

If your engagement rate is low, then consider using reports and explorations in Analytics to dig deeper to see whether it's uniformly low or whether it's the result of certain channels, source/medium pairs, pages or screens, or something else.

For example, if a few pages or screens have a low engagement rate, see whether the content correlates well with the marketing you use to drive users to those pages or screens, and whether those pages or screens offer users easy paths to the next steps you want them to take.

If a certain channel has a low engagement rate, review your marketing efforts for that channel. For example, if users who come from display are bouncing, make sure your ads are relevant to your site content.

If the problem is more widespread, take a look at your measurement code to be sure that all the necessary pages are tagged and that they are tagged correctly. If you're collecting data from an app, make sure you've set up the Google Analytics for Firebase SDK correctly.

**Note**: Events such as `first_visit`, `first_open`, and `session_start` are excluded from the calculation of your engaged sessions even if it is marked as a key event.

Next: [GA4] Create content groups

---

Need more help?


**Post to the help community**
Get answers from community members


**Contact us**
Tell us more and we'll help you get there



# EXHIBIT J



# SİPARİŞ BİLGİ FORMU

## MAKİNA SERİ NO : SN20071136

| ÜRÜN ADI | : CNC SAP 3760 x 200 TN ( S ) ✓ |
|---|---|

| A J MACHINERY | U.S.A |
|---|---|

| SİPARİŞ TARİHİ | : 25.09.2007 | TESLİM TARİHİ : | 11.10.2007 |
|---|---|---|---|

| Kontrolör | : DELEM DA 66W (RENKLİ GRAFİK) KONTROLÖR ✓ | 1 |
|---|---|---|
| Eksen | : 7 EKSEN (Y1, Y2, X1, X2, Z1, Z2, R) ✓ | 1 |
| Boğaz Derinliği | : 400 MM BOĞAZ DERİNLİĞİ ✓ | 1 |
| Üst Kalıp | : AMERİKAN ÜST KALIP ✓ | 1 |
| Alt Kalıp | : 2009 - 4016 = M.460 - C.1050.R ALT KALIP ✓ | 1 |
| Kalıp Tutucular | : AMERİKAN PROMECAM (HIZLI DEĞİŞTİRİLEBİLİR) ✓ | 1 |
| Wila Sistemi | : MOTORLU WILA SİSTEMİ ✓ | 1 |
| Arka Koruma | : FOTOSEL (FIESSLER CAT.04) ARKA KORUMA ✓ | 1 |
| Ön Koruma | : PCSS PLC'Lİ LAZER ÖN KORUMA ✓ | 1 |
| Kürsü | : ÇİFT AYAK PEDALLI ✓ | 1 |
| Hidrolik Sistem | : HOERBIGER HİDROLİK SİSTEM ✓ | 1 |
| Elektrik Sistemi | : SIEMENS ELEKTRİK SİSTEMİ ✓ | 1 |
| Elektrik Gerilimi | : 220-440 V 60/3 ELEKTRİK GERİLİMİ ✓ | 1 |
| Renk | : RAL 7035 , RAL 9007 RENKLER ✓ | 1 |
| Etiket | : İNGİLİZCE ETİKET ✓ | 1 |
| Kullanma Kılavuzu | : İNGİLİZCE KULLANMA KILAVUZU ✓ | 1 |
| Arka Dayama Sistemi | : ERMAKSAN 5 EKSEN ARKADAYAMA (X:1000MM R:160MM) ✓ | 1 |
| Diğer | : X1 + X2 AXIS ✓ | 1 |
| Diğer | : Z1 + Z2 AXIS ✓ | 1 |
| | | |
| | | |

### ÖZEL İSTEKLER

MAKİNANIN TÜM AYARLARI INCH'LI OLACAKTIR☐ ✓
MAKİNANIN ÜZERİNDE CNC SAP 12'X220"  YAZACAKTIR☐ ✓
MAKİNA FUAR MAKİNASIDIR. YAĞLI SEVK EDİLECEKTİR☐ ✓
AZAMİ DİKKAT EDİLMESİNİ RİCA EDERİZ.☐ ✓

MAKİNA 7 EKSENDİR ( Y1-Y2, X1-X2, Z1-Z2, R )☐✓

AJ MACHINERY'NİN SN20070859 MAKİNESİ İLE BERABER SEVK EDİLECEKTİR.

| SATIŞ SORUMLUSU | SATIŞ MÜDÜRÜ | PLANLAMA | 26.09.2007 |
|---|---|---|---|
| ALİ ÖZKAN | NESLİHAN ÖZKAYAN | | |

F.MII.005

REV.00

ERM0001

 **PROFORMA INVOICE**

## A J MACHINERY
**20000-176th St. Big Lake 55309   55309 MN   U.S.A**

| TEL | (763) 262-8070 | FAX | (763) 262-8071 | denine@ajmachinery.net | www.ajmachineryonline.com |

| ORDER NO | : SN20071136 | PROF. DATE | : | 30.03.2023 |
| ORDER DATE | : 25.09.2007 | REF. NO | : | |

| DESCRIPTION OF THE GOODS | QTY | UNIT PRICE | | TOTAL PRICE | |
|---|---|---|---|---|---|
| CNC SAP 3760 x 200 TN HIGH SPEED SYNC. HYD. PRESS BRAKE | 1 | 64.500 | USD | 64.500 | USD |
| ERMAKSAN 2 AXIS BACKGAUGE (X:1000MM R:160MM) | 1 | 1.000 | USD | 1.000 | USD |
| X1 + X2 AXIS | 1 | 9.200 | USD | 9.200 | USD |
| Z1 + Z2 AXIS | 1 | 8.300 | USD | 8.300 | USD |
| | | | NET TOTAL : | 83.000 | USD |

| SPECIFICATIONS | QTY | |
|---|---|---|
| DELEM DA 66W COLOR GRAPHICAL CONTROLLER | 1 | |
| 7 AXIS (Y1, Y2, X1, X2, Z1, Z2, R) | 1 | |
| 400 MM THROAT DEPTH | 1 | |
| AMERICAN TOP TOOL | 1 | **PLEASE CHECK, STAMP AND SIGN TO CONFIRM** |
| 2009 - 4016 = M.460-R - C.1050.R BOTTOM TOOLING | 1 | |
| AMERICAN PROMECAM QUICK RELEASE | 1 | |
| MOTORIZED CROWNING SYSTEM | 1 | |
| PHOTOCELL (CAT.04) REAR GUARD FIESSLER/M2000 SICK | 1 | |
| LASER SAFETY DOUBLE BEAM FRONT GUARD & PCSS PLC | 1 | |
| DOUBLE FOOT PEDAL CONTROLLER | 1 | |
| HOERBIGER HYDRAULIC SYSTEM | 1 | |
| SIEMENS ELECTRIC SYSTEM | 1 | |
| 220-440 V 60/3 ELECTRIC VOLTAGE | 1 | |
| RAL 7035 , RAL 9007 COLORS | 1 | |
| ENGLISH LABEL | 1 | |
| ENGLISH MANUAL | 1 | |

*Above prices and specifications are subject to change after 10 days from the document date without notice.*

| DELIVERY DATE | : 11.10.2007 |
| DELIVERY TERM | : EXWORKS / BURSA |
| PAYMENT CONDITION | : 20% WITH THE ORDER, 80% BEFORE LOADING |

| OUR BANK DETAILS : | CITIBANK A.Ş. / BURSA BRANCH / TURKEY | |
| EUR IBAN CODE : | TR320009200000000603186036 | EUR ACCOUNT NR : | 603186-036 |
| USD IBAN CODE : | TR540009200000000603186028 | USD ACCOUNT NR : | 603186-028 |
| SWIFT CODE : | CITITRIX | |

| INT. SALES EXECUTIVE | SALES MANAGER |
| GUROL GEROĞLU | NESLIHAN OZKAYAN |

*WARRANTY : 12 months for parts, Our warranty is limited to replacing parts found to be defective, consumable items not included.*
*We reserve the right to invoice service visits found to be necessary due to incorrect use of the machine or lack of maintenance.*
*The responsibility of ERMAKSAN is limited to the clause here above. This limitation excludes liability for indirect damages which*
*include loss of production, turnover or profits.*

*INSTALLATION AND TRAINING : Installation and training is not included in the machine's price and will be invoiced separately if requested.*

| Company Address : | Ermaksan Mak. San. Ve Tic. Ltd. Şti. | Yeni Yalova Yolu 15. Km 16335 Ovaakça / Bursa / Turkey |
| TEL +90 224 267 19 00 | FAX +90 224 267 14 40 | http://www.ermaksan.com.tr | ermaksan@ermaksan.com.tr |

ERM0002

| From: | ALI EVCI |
|---|---|
| Sent: | Monday, November 25, 2019 12:33 AM |
| To: | customerservice@lazersafe.com.au |
| Cc: | UFUK KOCAEL; UMIT YILDIZ; SERVICE |
| Subject: | RE: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!) |

Mehmet Bey Merhaba,

Henüz servis yönlendiremedik. İsterseniz konuyu kapatabilirsiniz. İhtiyaç halinde tekrar sizinle irtibata geçeriz. Çünkü şu an için net birşey söyleyemiyoruz. Ilginize teşekkürler.

Best Regards,

-----Original Message-----
From: Mehmet Tatli via RT [mailto:customerservice@lazersafe.com.au]
Sent: Monday, November 25, 2019 8:30 AM
To: ALI EVCI; SERVICE
Subject: RE: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)

Ali bey, Ümit bey merhaba,

Bu konuyla ilgili son durum nedir?

Regards

Mehmet TATLI

Customer Service

Lazer Safe Pty Ltd

27 Action Road

Malaga, WA 6090

Australia

T +61 8 9249 4388

F +61 8 9249 6011

M +90 532 566 6879

E mehmet.tatli@lazersafe.com

ERM0003

| From: | Mehmet Tatli via RT <customerservice@lazersafe.com.au> |
| --- | --- |
| Sent: | Sunday, November 24, 2019 11:30 PM |
| To: | ALI EVCI; SERVICE |
| Subject: | RE: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!) |
| Attachments: | image001.png; image002.png; image003.png; image004.png; image005.png; image007.png; image008.png |

Ali bey, Ümit bey merhaba,

Bu konuyla ilgili son durum nedir?

Regards

Mehmet TATLI

Customer Service

Lazer Safe Pty Ltd

27 Action Road

Malaga, WA 6090

Australia

T +61 8 9249 4388

F +61 8 9249 6011

M +90 532 566 6879

E mehmet.tatli@lazersafe.com

Follow Us:

cid:image001.png@01D31FEB.80272120 cid:image002.png@01D31FEB.80272120
cid:image003.png@01D31FEB.80272120

cid:image004.png@01D31FEB.80272120

cid:image005.png@01D31FEB.80272120


signature_1449061529

-----Original Message-----
From: ALI EVCI via RT <customerservice@lazersafe.com.au>
Sent: Tuesday, October 15, 2019 9:12 AM

148

ERM0015

To: Mehmet Tatli <mehmet.tatli@lazersafe.com>
Subject: FW: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)

Ufuk Abi Merhaba,

Amerika'daki Lazersafe sıkıntısı olan 2007 model makine için Lazersafe PCSS-F siparişi yapılacak ancak programına ihtiyaç vardır. Bu makinadaki program kayıtlarımızda yok. Altta Mehmet Bey'in dediğini orada yapabilirmisiniz ya da yaptırabilrimisiniz? Bu sayede PCSS içindeki programın ismini görelim ve yenisine yükleyelim.


Best Regards,

-----Original Message-----

From: Mehmet Tatli via RT [mailto:customerservice@lazersafe.com.au]

Sent: Tuesday, October 15, 2019 9:02 AM

To: ALI EVCI; SERVICE

Subject: RE: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)

Ali bey günaydın,

Arızalı olan PCSS'e kernel ve isagraf yüklemeği deneyebilecek kimse yok mu Amerika'da?

Regards

Mehmet TATLI

Customer Service

Lazer Safe Pty Ltd

27 Action Road

Malaga, WA 6090

Australia

T +61 8 9249 4388

F +61 8 9249 6011

M +90 532 566 6879

E mehmet.tatli@lazersafe.com

Follow Us:

-----Original Message-----

ERM0016

From: ALI EVCI via RT <customerservice@lazersafe.com.au>

Sent: Tuesday, October 15, 2019 8:43 AM

To: Mehmet Tatli <mehmet.tatli@lazersafe.com>

Subject: RE: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)

Mehmet Bey Merhaba,

Sipariş durumunda direk adrese yönlendireceğimizden yüklemenin yapılıp gönderilmesini tercih ediyoruz ancak program konusunda yardımınıza ihtiyacımız var çünkü kayıtlarımızda hangi programın yüklü olduğu mevcut değil. Onu bulmak için yardımcı olabilir misiniz? Makinanın üzerindeki PCSS fotosu, makine parametreleri ve projesini ekliyorum.

Muhtemel gönderi adresi;

ErmakUSA Inc.

2860 S River Rd, Suite 145,

Des Plaines,IL 60018

USA

Best Regards,

From: Mehmet Tatli
Sent: Friday, October 18, 2019 10:27 AM
To: UMIT YILDIZ <umit.yildiz@ermaksan.com.tr>; Customer Service (Lazersafe) <csresponder@lazersafe.com>
Cc: YEDEK_PARCA <sparepart@ermaksan.com.tr>
Subject: RE: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)

Ümit bey merhaba,

Belirtilen Amerika adresine 1 x PCSS-F1 için kargo ücreti yaklaşık 95 EURO (DAP).

Regards

Mehmet TATLI

Customer Service

Lazer Safe Pty Ltd

27 Action Road

Malaga, WA 6090

Australia

T +61 8 9249 4388

ERM0017

F +61 8 9249 6011

M +90 532 566 6879

E mehmet.tatli@lazersafe.com

Follow Us:

cid:image001.png@01D31FEB.80272120 cid:image002.png@01D31FEB.80272120
cid:image003.png@01D31FEB.80272120

cid:image004.png@01D31FEB.80272120

cid:image005.png@01D31FEB.80272120

cid:image008.png@01D5A30E.16363AA0
signature_1449061529

From: Mehmet Tatli
Sent: Tuesday, October 15, 2019 5:36 PM
To: UMIT YILDIZ <umit.yildiz@ermaksan.com.tr>; Customer Service (Lazersafe) <csresponder@lazersafe.com>
Cc: YEDEK_PARCA <sparepart@ermaksan.com.tr>
Subject: Re: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)

Ümit bey,

Ali bey aşağıdaki adresi verdi, onun için fiyat sordum, yarın cevap gelir büyük ihtimalle.

ErmakUSA Inc.

2860 S River Rd, Suite 145,

Des Plaines,IL 60018

USA

Thank you

Mehmet Tatlı

Customer Service

Lazer Safe Pty Ltd

25 Action Road

Malaga, WA 6090

Australia

T +61 8 9249 4388

ERM0018

F +61 8 9249 6011

M +90 532 566 6879

E mehmet.tatli@lazersafe.com

Follow Us:

http://clients.axiomdp.com.au/lazersafe/email/img/laz-icon-twitter.png
http://clients.axiomdp.com.au/lazersafe/email/img/laz-icon-linkedin.png
http://clients.axiomdp.com.au/lazersafe/email/img/laz-icon-youtube.png

Lazer Safe Logo

Performance without compromise.

-------------------------------------------------------------------------------

From: UMIT YILDIZ <umit.yildiz@ermaksan.com.tr>
Sent: Tuesday, October 15, 2019 5:28:28 PM
To: Mehmet Tatli <mehmet.tatli@lazersafe.com>; Customer Service (Lazersafe) <csresponder@lazersafe.com>
Cc: YEDEK_PARCA <sparepart@ermaksan.com.tr>
Subject: RE: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)

Mehmet Bey merhaba;

Aşağıdaki adres için gönderi ücreti verebilir misiniz ?


Best regards.


-----Original Message-----
From: Mehmet Tatli [mailto:mehmet.tatli@lazersafe.com]
Sent: Tuesday, October 15, 2019 9:48 AM
To: UMIT YILDIZ <umit.yildiz@ermaksan.com.tr>; Customer Service (Lazersafe) <csresponder@lazersafe.com>
Cc: YEDEK_PARCA <sparepart@ermaksan.com.tr>
Subject: RE: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)

Merhaba Ümit bey,

Sadece yedek parça olarak satılan ve gelecek yıl tedavülden kalkması planlanan bir ürün olduğu için, dediğiniz gibi fiyatlar yüksek maalesef.

Eski nesil PCSS-F1'den yeni nesil PCSS-A1'e bağlantı dönüşümünü yapabilirsiniz.
Halihazırda PCSS-A1 + Delemli makine için Ermaksan'da elektrik projesi ve PCSS programı zaten mevcut, onun üzerinden bu iş yapılabilir, ancak bu aşamada kabloların F1'den çıkarılıp tek tek A1'e bağlanması gerekecektir.

Zaten ekteki ECP'ye göre gelecek yılın başından itibaren eski nesil PCSS'Fx'lerin üretimi bitirilecek, yani her halükarda böyle dönüşüm projelerinin yapılması gerekecek. Bu iş için şu aşamada zor ama gelecek için bizim önerimiz, dönüşüm için soketli/konnektörlü hazır kablo kiti hazırlayıp işi daha kolay hale getirmenizdir.

ERM0019

Regards
Mehmet TATLI
Customer Service


Lazer Safe Pty Ltd
27 Action Road
Malaga, WA 6090
Australia
T +61 8 9249 4388
F +61 8 9249 6011
M +90 532 566 6879
E mehmet.tatli@lazersafe.com
Follow Us:

-----Original Message-----
From: UMIT YILDIZ <umit.yildiz@ermaksan.com.tr>
Sent: Tuesday, October 15, 2019 9:31 AM
To: Mehmet Tatli <mehmet.tatli@lazersafe.com>; Customer Service (Lazersafe) <csresponder@lazersafe.com>
Cc: YEDEK_PARCA <sparepart@ermaksan.com.tr>
Subject: RE: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)


Mehmet Bey merhaba;

Teklifiniz için teşekkür ederiz ancak ürün fiyatı çok pahalı. Bunun yerine güncel ürün bağlantısı yapılamaz mı ? bilgi
verebilir misiniz ?

Best regards.

-----Original Message-----
From: Mehmet Tatli [mailto:mehmet.tatli@lazersafe.com]
Sent: Monday, October 14, 2019 7:07 PM
To: Customer Service (Lazersafe) <csresponder@lazersafe.com>
Cc: UMIT YILDIZ <umit.yildiz@ermaksan.com.tr>; YEDEK_PARCA <sparepart@ermaksan.com.tr>
Subject: RE: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)

Ümit bey merhaba,

1, Talep etmiş olduğunuz ürün için sipariş kodu, açıklama ve fiyat bilgisi aşağıdaki gibidir;

0013000700 --- PCSS-F IO01 w/Guard Counter 1 --- 3378.00 EURO

2, Arızalı PCSS'teki Isagraf Uygulama(PCSS programı) ismini biliyor musunuz?
PCSS'e program yüklemesini kim yapacak? Eğer Lazer Safe yapacaksa, programın bir kopyasının(.pia formatında) sipariş
ile beraber gönderilmesi gerekiyor.
Yükleme ücreti için de sipariş kodu, açıklama ve ücret aşağıdaki gibidir;

ISAGRAF001 --- IsaGRAF loading charge --- 135.00 EURO

3, Ürünün gideceği adresi belirtirseniz fiyat sorabilirim, ancak daha önce de belirttiğimiz üzere ürünün gerçek fiyatı fatura
üzerinde görünecektir, bilginiz olsun.

Regards

153

ERM0020

Mehmet TATLI
Customer Service

Lazer Safe Pty Ltd
27 Action Road
Malaga, WA 6090
Australia
T +61 8 9249 4388
F +61 8 9249 6011
M +90 532 566 6879
E mehmet.tatli@lazersafe.com
Follow Us:

From: UMIT YILDIZ <umit.yildiz@ermaksan.com.tr>
Sent: Monday, October 14, 2019 3:47 PM
To: Mehmet Tatli <mehmet.tatli@lazersafe.com>
Cc: YEDEK_PARCA <sparepart@ermaksan.com.tr>
Subject: FW: Lazer safe PCSS com. error ( I need help please!)

Mehmet Bey merhaba;

Ekteki PCSS için Teklif iletebilir misiniz ? Ürün Amerika ya gidecek mümkünse nakliye fiyatını da iletmenizi rica ederim.

Best regards.

-----Original Message-----
From: ALI EVCI via RT <customerservice@lazersafe.com.au>
Sent: Monday, October 7, 2019 1:34 PM
To: Mehmet Tatli <mehmet.tatli@lazersafe.com>
Subject: RE: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)

Merhaba Mehmet Bey,

Teşekkürler. Konu için müşteriye PCSS'i tamire göndermesini yada yenisi ile değişmesini önereceğim. Konuyu kapatabilirsiniz.

Best Regards,

-----Original Message-----
From: Mehmet Tatli via RT [mailto:customerservice@lazersafe.com.au]
Sent: Monday, October 07, 2019 12:12 PM
To: ALI EVCI; SERVICE
Subject: RE: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)

Ali bey merhaba,

Email için teşekkürler.

Ekteki kod açıklamasına göre kernel yazılımını güncelleştirmeği denemek yapabileceğiniz tek ve son şey gibi görünüyor.

Fotolardan anladığım kadarıyla koruma sistemi LZS-004 HS(Çift Lazer), öyle ise ekteki kernel versiyonunu(Fx17700) yüklemeği deneyebilirsiniz.

ERM0021

Eğer işe yaramazsa PCSS'in tamire gitmesi(edilebileceğinin garantisi yok) ya da yenisi ile değiştirilmesi gerekmektedir.

Isagraf uygulama ismine(PCSS programı) ihtiyaç olacak her durumda, umarım kaydı vardır.

Regards
Mehmet TATLI
Customer Service

Lazer Safe Pty Ltd
27 Action Road
Malaga, WA 6090
Australia
T +61 8 9249 4388
F +61 8 9249 6011
M +90 532 566 6879
E mehmet.tatli@lazersafe.com
Follow Us:

-----Original Message-----
From: ALI EVCI via RT <customerservice@lazersafe.com.au>
Sent: Monday, October 7, 2019 11:56 AM
Subject: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)

Hello,

Communication error appears at one of our 2007 pressbrake with Lazersafe PCSS and the code on PCSS dsplay is 2209. As far as we understand from the condition codes, this is "internal fault detected "error. Is there anything else that can be done other than replacing PCSS? The machine is in America.

Best Regards,
[imza]

From: Mehmet Tatli [mailto:mehmet.tatli@lazersafe.com]
Sent: Monday, October 07, 2019 8:31 AM
To: ALI EVCI
Cc: SERVICE
Subject: RE: Lazer safe PCSS com. error ( I need help please!)

Ali bey günaydın,

Emaili customerservice@lazersafe.com<mailto:customerservice@lazersafe.com> adresine göndermenizi rica ediyorum.

Regards

Mehmet TATLI
Customer Service

Lazer Safe Pty Ltd
27 Action Road
Malaga, WA 6090

ERM0022

Australia

T +61 8 9249 4388
F +61 8 9249 6011
M +90 532 566 6879
E mehmet.tatli@lazersafe.com<mailto:mehmet.tatli@lazersafe.com>

Follow Us:
[cid:image001.png@01D31FEB.80272120]<https://twitter.com/lazersafe> [cid:image002.png@01D31FEB.80272120]
<http://www.linkedin.com/company/lazer-safe-pty-ltd> [cid:image003.png@01D31FEB.80272120]
<https://www.youtube.com/user/lazersafe>

[cid:image004.png@01D31FEB.80272120]<http://www.lazersafe.com/>

[cid:image005.png@01D31FEB.80272120]<http://www.lazersafe.com/>

[cid:image008.png@01D57CE9.7C452C70]
[signature_1449061529]

From: ALI EVCI <ali.evci@ermaksan.com.tr<mailto:ali.evci@ermaksan.com.tr>>
Sent: Friday, October 4, 2019 5:14 PM
To: Mehmet Tatli <mehmet.tatli@lazersafe.com<mailto:mehmet.tatli@lazersafe.com>>
Cc: SERVICE <service@ermaksan.com.tr<mailto:service@ermaksan.com.tr>>
Subject: FW: Lazer safe PCSS com. error ( I need help please!)

Mehmet Bey merhaba,

2007 model Lazersafe'li bir makinamızda Lazersafe communitication error hatası üzerine müşteriye PCSS 'i kontrol
ettirdiğimizde PCSS displayinde 2209 hatası okuyoruz. Condition code lardan anladığımız kadarı ile "internal fault
detected" hatası. PCSS'i değiştirmekten başka yapılabilcek bir şey varmıdır?
Makine Amerika'da.

Best Regards,

[imza]

From:
mmenard@internationalcontainerco.com<mailto:mmenard@internationalcontainerco.com>
[mailto:mmenard@internationalcontainerco.com]
Sent: Friday, October 04, 2019 5:05 PM
To: ALI EVCI
Subject: RE: Lazer safe PCSS com. error ( I need help please!)

The code I am getting is 2209

ERM0023

Thank You

Mike

-----Original Message-----
From: "ALI EVCI" <ali.evci@ermaksan.com.tr<mailto:ali.evci@ermaksan.com.tr>>
Sent: Friday, October 4, 2019 9:45am
To: "mmenard@internationalcontainerco.com<mailto:mmenard@internationalcontainerco.com>"
<mmenard@internationalcontainerco.com<mailto:mmenard@internationalcontainerco.com>>
Cc: "SERVICE" <service@ermaksan.com.tr<mailto:service@ermaksan.com.tr>>
Subject: RE: Lazer safe PCSS com. error ( I need help please!)

This feature differs according to operating mode , key position, indexation, manual page, automatic page. So, i could not say an exact info on this. If, you are doubt about Lazersafe system, you can check the code appearing on Lazersafe PCSS unit inside electrical cabinet. And again i advise you to check the communication cable between CNC and Lazersafe unit.


Best Regards,

[imza]

From:
mmenard@internationalcontainerco.com<mailto:mmenard@internationalcontainerco.com>
[mailto:mmenard@internationalcontainerco.com]
Sent: Friday, October 04, 2019 4:11 PM
To: ALI EVCI
Subject: RE: Lazer safe PCSS com. error ( I need help please!)

The laser to the front light curtain is not on. should that be on right when the interface comes on or does it come on only when you press the test button and start?
Thank You
Mike
-----Original Message-----
From: "ALI EVCI" <ali.evci@ermaksan.com.tr<mailto:ali.evci@ermaksan.com.tr>>
Sent: Friday, October 4, 2019 1:54am
To: "mmenard@internationalcontainerco.com<mailto:mmenard@internationalcontainerco.com>"
<mmenard@internationalcontainerco.com<mailto:mmenard@internationalcontainerco.com>>
Cc: "SENOL RODOPLU" <s.rodoplu@ermakusa.com<mailto:s.rodoplu@ermakusa.com>>,
"SERVICE" <service@ermaksan.com.tr<mailto:service@ermaksan.com.tr>>, "AHMET MEKIK"
<ahmet.mekik@ermaksan.com.tr<mailto:ahmet.mekik@ermaksan.com.tr>>,
"HULYA YILMAZ" <h.yilmaz@ermakusa.com<mailto:h.yilmaz@ermakusa.com>>
Subject: RE: Lazer safe PCSS com. error ( I need help please!) Hello,

This error can be occured because of cable between controller and Lazersafe unit. It might me loosed.


Best Regards,

[imza]

ERM0024

From: HULYA YILMAZ
Sent: Thursday, October 03, 2019 5:54 PM
To: UFUK KOCAEL; AHMET MEKIK; ALI EVCI
Cc: SENOL RODOPLU
Subject: FW: Lazer safe PCSS com. error ( I need help please!)

Merhabalar,

Asagidaki sorunla ilgili yardimci olabilir misiniz?

Saygilarimla,

"Excellence in Fab Equipment Sales and Service"

[download]<http://www.ermakusa.com/usa/>


From:
mmenard@internationalcontainerco.com<mailto:mmenard@internationalcontainerco.com>
<mmenard@internationalcontainerco.com<mailto:mmenard@internationalcontainerco.com>>
Sent: Thursday, October 3, 2019 9:43 AM
To: HULYA YILMAZ <h.yilmaz@ermakusa.com<mailto:h.yilmaz@ermakusa.com>>
Subject: Lazer safe PCSS com. error ( I need help please!)

Good Morning,
I'm having an issue with my Ermak Pressbrake.
SN20071136
CNC SAP 12' X 220"
Brake ran fine this Morning and then the error message came up.
( D3156 : LazerSafe PCSS communication error ) Please, Can you give me some guidance on how to fix this issue?
Im under the gun here and I need this machine up and running ASAP.
Thank You For your assistance

Michael menard
International Container Co.
110 North Bridge St., Holyoke , Mass 01089
P: 1-413-246-7503

ERM0025

| | |
|---|---|
| **From:** | Ken Searles <ksearles@internationalcontainerco.com> |
| **Sent:** | Friday, October 25, 2019 6:02 PM |
| **To:** | HULYA YILMAZ |
| **Cc:** | SENOL RODOPLU; Joseph Searles; cwilson@internationalcontainerco.com; mmenard@internationalcontainerco.com; ILKER KARAKAYA |
| **Subject:** | Re: Ermaksan Brake |

Hi Senol, is this part ready to ship? Please let me know ASAP. I will process payment on my end.

Sent from my iPhone

On Oct 25, 2019, at 5:27 PM, HULYA YILMAZ <h.yilmaz@ermakusa.com> wrote:

> Hi Ken,
>
> You may find attached the invoice#212 for your PO#19875. Your order can be shipped after payment is received. You can make a payment by credit card (*3% processing fee applies*), wire transfer or check. If you prefer paying by credit card, please complete the authorization form attached and return to us.
>
> Best regards,
>
> *"Excellence in Fab Equipment Sales and Service"*
>
> <image001.jpg>
> <image002.jpg>
>
>
>
> -----Original Message-----
> From: SENOL RODOPLU <s.rodoplu@ermakusa.com>
> Sent: Friday, October 18, 2019 12:32 PM
> To: Ken Searles <ksearles@internationalcontainerco.com>; UMIT YILDIZ <umit.yildiz@ermaksan.com.tr>; YUSUF OZTURK <yusuf.ozturk@ermaksan.com.tr>
> Cc: Joseph Searles <jsearles@internationalcontainerco.com>; cwilson@internationalcontainerco.com; mmenard@internationalcontainerco.com; ILKER KARAKAYA <i.karakaya@ermakusa.com>; HULYA YILMAZ <h.yilmaz@ermakusa.com>; UFUK KOCAEL <ufuk.kocael@ermakusa.com>
> Subject: Re: Ermaksan Brake
>
> Hi Ken,
> In order to expedite this process and have you help your machine up and running soonest we will provide you initially quoted unit for $6,400 + shipping preparing unit to be used with existing machine is included but installation is not.
> You must do your own installation.
> Please let us know if you want to proceed by sending us PO and payment for this unit so we can get it out to you as soon as possible.
>
> Senol Rodoplu
> VP of Sales
> ERMAKUSA

ERM0026

Cell: +1 630-512-7604

On 10/16/19, 11:43 AM, "Ken Searles" <ksearles@internationalcontainerco.com> wrote:

Hi Senol, here is the information we gathered from a company that works with Laser Safe.

-----Original Message-----
From: "mmenard@internationalcontainerco.com" <mmenard@internationalcontainerco.com>
Sent: Wednesday, October 9, 2019 12:59pm
To: "kenco.com" <ksearles@internationalcontainerco.com>
Subject: FW: RE: Piece of shit brake


-----Original Message-----
From: "Gary Holdson" <Gary@thcollc.com>
Sent: Wednesday, October 9, 2019 12:16pm
To: "mmenard@internationalcontainerco.com" <mmenard@internationalcontainerco.com>
Cc: "Jeff Tannehill" <jeff@guardomation.com>




Michael,
   Yes but I needed to chase down my partner as I wanted to reduce our margin on this, which he agreed to. The PCSS-F1 has been discontinued for many years now. Lazersafe is still in a position to offer you options. Most press brake manufacturers which use Lazersafe have developed a conversion package to the new PCSS-A platform which is fairly economical. Unfortunately Ermaksin isn't one of them. Below is a copy of the Email I received from Lazersafe outlining the options.

OPTION 1 - Replacement

We can still supply the PCSS-F1 model (normal lead time is about two weeks). Your price is as follows;

Product code: 0013000700
Description: PCSS-F1 w/guard counter
Price: $5,990.00 EXW

There is an additional fee of $260.00 to load the Ermak specific application program (assuming we can get it).

If the customer's system has the 2209 / A201 codes, then the application program would not be running so they would not be able to get the program name off the PCSS-F display. In this case, we need to contact Ermaksan to see if they have a record of the version for their machine, or we need to spend time trying to match up the machine schematics with a range or Ermak applications to see if we can find a match.

What we will need is;
Photo of the machine ID plate to show the model and serial number.
Copy of the machine electrical drawings.

168

ERM0027

A few photos of the machine and the inside of the electrical cabinet. We also need a photo of the CNC to identify the make and model.


OPTION 2 – Repair

We can get the faulty unit back to Perth for evaluation to see if it can be repaired (and what the cost would be). A minimum assessment fee of USD 160.00 would apply (plus shipping costs). The normal lead time is 4 – 6 weeks plus shipping.

As with option 1, we would need to identify and get a copy of the Ermak application program so it can be loaded into the unit after repair and testing is complete.

Please feel free to contact us with any questions you may have. We would need a hard copy PO or a credit card number to arrange pickup of your unit.


Best Regards,
Gary Holdson
THCO LLC.
423-736-1201
gary@thcollc.com

From: mmenard@internationalcontainerco.com <mmenard@internationalcontainerco.com>
Sent: Wednesday, October 9, 2019 10:35 AM
To: Gary Holdson <Gary@thcollc.com>
Subject: Re: Piece of shit brake

Good Morning Gary,Have you heard anything about the PCSS?
-----Original Message-----
From: "Gary Holdson" <[ Gary@thcollc.com ]( mailto:Gary@thcollc.com )>
Sent: Monday, October 7, 2019 9:45am
To: "[ mmenard@internationalcontainerco.com ]( mailto:mmenard@internationalcontainerco.com )"
<[ mmenard@internationalcontainerco.com ]( mailto:mmenard@internationalcontainerco.com )>
Subject: Re: Piece of shit brake



Good Morning Michael,

I spoke with Lazersafe. I need you to look at the PCSS unit and see if there is any serial number tag or a bar code on it. If not get me a photo of the unit. There were a few variations of the F model.


Best Regards,

Gary Holdson

THCO LLC

423-736-1201

ERM0028

From: [ mmenard@internationalcontainerco.com ]( mailto:mmenard@internationalcontainerco.com )
<[ mmenard@internationalcontainerco.com ]( mailto:mmenard@internationalcontainerco.com )>
Sent: Friday, October 4, 2019 3:01:39 PM
To: Gary Holdson <[ Gary@thcollc.com ]( mailto:Gary@thcollc.com )>
Subject: Piece of shit brake

So, here is what I have
Ermak  press brake
PCSS F
code on the lazersafe module inside the cabinet  on ( channel 1 is 2209 ) & on ( channel 2 is A201 )
I think you said external ram test fail.
Thank you very much for your help.
Michael Menard
110 North Bridge street Holyoke mass, 01040
International Container Company

<International Container Company 212.pdf>

<Credit Card Authorization Form.pdf>

ERM0029

**From:** UMIT YILDIZ via RT <customerservice@lazersafe.com.au>
**Sent:** Tuesday, October 15, 2019 1:33 AM
**To:** ALI EVCI; SERVICE
**Subject:** RE: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)

Mehmet Bey merhaba;

Teklifiniz için teşekkür ederiz ancak ürün fiyatı çok pahalı. Bunun yerine güncel ürün bağlantısı yapılamaz mı ? bilgi verebilir misiniz ?


Best regards.


-----Original Message-----
From: Mehmet Tatli [mailto:mehmet.tatli@lazersafe.com]
Sent: Monday, October 14, 2019 7:07 PM
To: Customer Service (Lazersafe) <csresponder@lazersafe.com>
Cc: UMIT YILDIZ <umit.yildiz@ermaksan.com.tr>; YEDEK_PARCA <sparepart@ermaksan.com.tr>
Subject: RE: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)

Ümit bey merhaba,

1, Talep etmiş olduğunuz ürün için sipariş kodu, açıklama ve fiyat bilgisi aşağıdaki gibidir;

0013000700 --- PCSS-F IO01 w/Guard Counter 1 --- 3378.00 EURO

2, Arızalı PCSS'teki Isagraf Uygulama(PCSS programı) ismini biliyor musunuz? PCSS'e program yüklemesini kim yapacak? Eğer Lazer Safe yapacaksa, programın bir kopyasının(.pia formatında) sipariş ile beraber gönderilmesi gerekiyor. Yükleme ücreti için de sipariş kodu, açıklama ve ücret aşağıdaki gibidir;

ISAGRAF001 --- IsaGRAF loading charge --- 135.00 EURO

3, Ürünün gideceği adresi belirtirseniz fiyat sorabilirim, ancak daha önce de belirttiğimiz üzere ürünün gerçek fiyatı fatura üzerinde görünecektir, bilginiz olsun.

Regards
Mehmet TATLI
Customer Service

Lazer Safe Pty Ltd
27 Action Road
Malaga, WA 6090
Australia
T +61 8 9249 4388
F +61 8 9249 6011
M +90 532 566 6879
E mehmet.tatli@lazersafe.com

199

ERM0055

Follow Us:

From: UMIT YILDIZ <umit.yildiz@ermaksan.com.tr>
Sent: Monday, October 14, 2019 3:47 PM
To: Mehmet Tatli <mehmet.tatli@lazersafe.com>
Cc: YEDEK_PARCA <sparepart@ermaksan.com.tr>
Subject: FW: Lazer safe PCSS com. error ( I need help please!)

Mehmet Bey merhaba;

Ekteki PCSS için Teklif iletebilir misiniz ? Ürün Amerika ya gidecek mümkünse nakliye fiyatını da iletmenizi rica ederim.

Best regards.

-----Original Message-----
From: ALI EVCI via RT <customerservice@lazersafe.com.au>
Sent: Monday, October 7, 2019 1:34 PM
To: Mehmet Tatli <mehmet.tatli@lazersafe.com>
Subject: RE: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)

Merhaba Mehmet Bey,

Teşekkürler. Konu için müşteriye PCSS'i tamire göndermesini yada yenisi ile değişmesini önereceğim. Konuyu kapatabilirsiniz.

Best Regards,

-----Original Message-----
From: Mehmet Tatli via RT [mailto:customerservice@lazersafe.com.au]
Sent: Monday, October 07, 2019 12:12 PM
To: ALI EVCI; SERVICE
Subject: RE: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)

Ali bey merhaba,

Email için teşekkürler.

Ekteki kod açıklamasına göre kernel yazılımını güncelleştirmeği denemek yapabileceğiniz tek ve son şey gibi görünüyor.

Fotolardan anladığım kadarıyla koruma sistemi LZS-004 HS(Çift Lazer), öyle ise ekteki kernel versiyonunu(Fx17700) yüklemeği deneyebilirsiniz.

Eğer işe yaramazsa PCSS'in tamire gitmesi(edilebileceğinin garantisi yok) ya da yenisi ile değiştirilmesi gerekmektedir.

Isagraf uygulama ismine(PCSS programı) ihtiyaç olacak her durumda, umarım kaydı vardır.

Regards
Mehmet TATLI
Customer Service

Lazer Safe Pty Ltd
27 Action Road

200

ERM0056

Malaga, WA 6090
Australia
T +61 8 9249 4388
F +61 8 9249 6011
M +90 532 566 6879
E mehmet.tatli@lazersafe.com
Follow Us:

-----Original Message-----
From: ALI EVCI via RT <customerservice@lazersafe.com.au>
Sent: Monday, October 7, 2019 11:56 AM
Subject: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)

Hello,

Communication error appears at one of our 2007 pressbrake  with Lazersafe PCSS and the code on PCSS dsplay is 2209.
As far as we understand from the condition codes, this is "internal fault detected "error. Is there anything else that can be
done other than replacing PCSS? The machine is in America.

Best Regards,
[imza]

From: Mehmet Tatli [mailto:mehmet.tatli@lazersafe.com]
Sent: Monday, October 07, 2019 8:31 AM
To: ALI EVCI
Cc: SERVICE
Subject: RE: Lazer safe PCSS com. error ( I need help please!)

Ali bey günaydın,

Emaili customerservice@lazersafe.com<mailto:customerservice@lazersafe.com> adresine göndermenizi rica ediyorum.

Regards

Mehmet TATLI
Customer Service

Lazer Safe Pty Ltd
27 Action Road
Malaga, WA 6090
Australia

T +61 8 9249 4388
F +61 8 9249 6011
M +90 532 566 6879
E mehmet.tatli@lazersafe.com<mailto:mehmet.tatli@lazersafe.com>

Follow Us:
[cid:image001.png@01D31FEB.80272120]<https://twitter.com/lazersafe> [cid:image002.png@01D31FEB.80272120]
<http://www.linkedin.com/company/lazer-safe-pty-ltd>  [cid:image003.png@01D31FEB.80272120]
<https://www.youtube.com/user/lazersafe>

ERM0057

[cid:image004.png@01D31FEB.80272120]<http://www.lazersafe.com/>

[cid:image005.png@01D31FEB.80272120]<http://www.lazersafe.com/>

[cid:image008.png@01D57CE9.7C452C70]
                    [signature_1449061529]

From: ALI EVCI <ali.evci@ermaksan.com.tr<mailto:ali.evci@ermaksan.com.tr>>
Sent: Friday, October 4, 2019 5:14 PM
To: Mehmet Tatli <mehmet.tatli@lazersafe.com<mailto:mehmet.tatli@lazersafe.com>>
Cc: SERVICE <service@ermaksan.com.tr<mailto:service@ermaksan.com.tr>>
Subject: FW: Lazer safe PCSS com. error ( I need help please!)

Mehmet Bey merhaba,

2007 model Lazersafe'li bir makinamızda Lazersafe communitication error hatası üzerine müşteriye PCSS 'i kontrol
ettirdiğimizde PCSS displayinde 2209 hatası okuyoruz. Condition code lardan anladığımız kadarı ile "internal fault
detected" hatası. PCSS'i değiştirmekten başka yapılabilcek bir şey varmıdır? Makine Amerika'da.



Best Regards,

[imza]

From: mmenard@internationalcontainerco.com<mailto:mmenard@internationalcontainerco.com>
[mailto:mmenard@internationalcontainerco.com]
Sent: Friday, October 04, 2019 5:05 PM
To: ALI EVCI
Subject: RE: Lazer safe PCSS com. error ( I need help please!)


The code I am getting is 2209

Thank You

Mike

-----Original Message-----
From: "ALI EVCI" <ali.evci@ermaksan.com.tr<mailto:ali.evci@ermaksan.com.tr>>
Sent: Friday, October 4, 2019 9:45am
To: "mmenard@internationalcontainerco.com<mailto:mmenard@internationalcontainerco.com>"
<mmenard@internationalcontainerco.com<mailto:mmenard@internationalcontainerco.com>>
Cc: "SERVICE" <service@ermaksan.com.tr<mailto:service@ermaksan.com.tr>>
Subject: RE: Lazer safe PCSS com. error ( I need help please!)

ERM0058

This feature differs according to operating mode , key position, indexation, manual page, automatic page. So, i could not say an excat info on this. If, you are doubt about Lazersafe system, you can check the code appearing on Lazersafe PCSS unit inside electrical cabinet. And again i advise you to check the communication cable between CNC and Lazersafe unit.


Best Regards,

[imza]

From: mmenard@internationalcontainerco.com<mailto:mmenard@internationalcontainerco.com>
[mailto:mmenard@internationalcontainerco.com]
Sent: Friday, October 04, 2019 4:11 PM
To: ALI EVCI
Subject: RE: Lazer safe PCSS com. error ( I need help please!)

The laser to the front light curtain is not on. should that be on right when the interface comes on or does it come on only when you press the test button and start?
Thank You
Mike
-----Original Message-----
From: "ALI EVCI" <ali.evci@ermaksan.com.tr<mailto:ali.evci@ermaksan.com.tr>>
Sent: Friday, October 4, 2019 1:54am
To: "mmenard@internationalcontainerco.com<mailto:mmenard@internationalcontainerco.com>"
<mmenard@internationalcontainerco.com<mailto:mmenard@internationalcontainerco.com>>
Cc: "SENOL RODOPLU" <s.rodoplu@ermakusa.com<mailto:s.rodoplu@ermakusa.com>>, "SERVICE"
<service@ermaksan.com.tr<mailto:service@ermaksan.com.tr>>, "AHMET MEKIK"
<ahmet.mekik@ermaksan.com.tr<mailto:ahmet.mekik@ermaksan.com.tr>>, "HULYA YILMAZ"
<h.yilmaz@ermakusa.com<mailto:h.yilmaz@ermakusa.com>>
Subject: RE: Lazer safe PCSS com. error ( I need help please!) Hello,

This error can be occured because of cable between controller and Lazersafe unit. It might me loosed.



Best Regards,

[imza]

From: HULYA YILMAZ
Sent: Thursday, October 03, 2019 5:54 PM
To: UFUK KOCAEL; AHMET MEKIK; ALI EVCI
Cc: SENOL RODOPLU
Subject: FW: Lazer safe PCSS com. error ( I need help please!)

Merhabalar,

Asagidaki sorunla ilgili yardimci olabilir misiniz?

Saygilarimla,

"Excellence in Fab Equipment Sales and Service"

ERM0059

[download]<http://www.ermakusa.com/usa/>


From: mmenard@internationalcontainerco.com<mailto:mmenard@internationalcontainerco.com>
<mmenard@internationalcontainerco.com<mailto:mmenard@internationalcontainerco.com>>
Sent: Thursday, October 3, 2019 9:43 AM
To: HULYA YILMAZ <h.yilmaz@ermakusa.com<mailto:h.yilmaz@ermakusa.com>>
Subject: Lazer safe PCSS com. error ( I need help please!)

Good Morning,
I'm having an issue with my Ermak Pressbrake.
SN20071136
CNC SAP 12' X 220"
Brake ran fine this Morning and then  the error message came up.
( D3156 : LazerSafe PCSS communication error ) Please, Can you give me some guidance on how to fix this issue?
Im under the gun here and I need this machine up and running ASAP.
Thank You For your assistance

Michael menard
International Container Co.
110 North Bridge St., Holyoke , Mass 01089
P: 1-413-246-7503

ERM0060

| | |
|---|---|
| **From:** | ALI EVCI via RT <customerservice@lazersafe.com.au> |
| **Sent:** | Tuesday, October 15, 2019 1:12 AM |
| **To:** | SERVICE |
| **Subject:** | FW: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!) |

Ufuk Abi Merhaba,

Amerika'daki Lazersafe sıkıntısı olan 2007  model makine için Lazersafe PCSS-F siparişi yapılacak ancak programına ihtiyaç vardır. Bu makinadaki program kayıtlarımızda yok. Altta Mehmet Bey'in dediğini orada yapabilirmisiniz ya da yaptırabilrimisiniz? Bu sayede PCSS içindeki programın ismini görelim ve yenisine yükleyelim.


Best Regards,



-----Original Message-----
From: Mehmet Tatli via RT [mailto:customerservice@lazersafe.com.au]
Sent: Tuesday, October 15, 2019 9:02 AM
To: ALI EVCI; SERVICE
Subject: RE: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)

Ali bey günaydın,

Arızalı olan PCSS'e kernel ve isagraf yüklemeği deneyebilecek kimse yok mu Amerika'da?

Regards
Mehmet TATLI
Customer Service
Lazer Safe Pty Ltd
27 Action Road
Malaga, WA 6090
Australia
T +61 8 9249 4388
F +61 8 9249 6011
M +90 532 566 6879
E mehmet.tatli@lazersafe.com
Follow Us:

-----Original Message-----
From: ALI EVCI via RT <customerservice@lazersafe.com.au>
Sent: Tuesday, October 15, 2019 8:43 AM
To: Mehmet Tatli <mehmet.tatli@lazersafe.com>
Subject: RE: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)

ERM0061

Tue Oct 15 13:42:54 2019: Request 10894 was acted upon.
Transaction: Correspondence added by ali.evci@ermaksan.com.tr
   Queue: Ermaksan
   Subject: RE: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)
   Owner: mehmett
 Requestors: ali.evci@ermaksan.com.tr, service@ermaksan.com.tr
   Status: open
 Ticket <URL: http://per-srv-rt1.lazersafe.com.au/Ticket/Display.html?id=10894 >


     Mehmet Bey Merhaba,

     Sipariş durumunda direk adrese yönlendireceğimizden yüklemenin yapılıp gönderilmesini tercih ediyoruz ancak program konusunda yardımınıza ihtiyacımız var çünkü kayıtlarımızda hangi programın yüklü olduğu mevcut değil. Onu bulmak için yardımcı olabilir misiniz? Makinanın üzerindeki PCSS fotosu, makine parametreleri ve projesini ekliyorum.

     Muhtemel gönderi adresi;

     ErmakUSA Inc.

     2860 S River Rd, Suite 145,
     Des Plaines,IL 60018
     USA



Best Regards,




-----Original Message-----
From: Mehmet Tatli via RT [mailto:customerservice@lazersafe.com.au]
Sent: Monday, October 14, 2019 7:07 PM
To: ALI EVCI; SERVICE
Subject: RE: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)

Ümit bey merhaba,

1, Talep etmiş olduğunuz ürün için sipariş kodu, açıklama ve fiyat bilgisi aşağıdaki gibidir;

0013000700 --- PCSS-F IO01 w/Guard Counter 1 --- 3378.00 EURO

2, Arızalı PCSS'teki Isagraf Uygulama(PCSS programı) ismini biliyor musunuz? PCSS'e program yüklemesini kim yapacak? Eğer Lazer Safe yapacaksa, programın bir kopyasının(.pia formatında) sipariş ile beraber gönderilmesi gerekiyor. Yükleme ücreti için de sipariş kodu, açıklama ve ücret aşağıdaki gibidir;

ISAGRAF001 --- IsaGRAF loading charge --- 135.00 EURO

3, Ürünün gideceği adresi belirtirseniz fiyat sorabilirim, ancak daha önce de belirttiğimiz üzere ürünün gerçek fiyatı fatura üzerinde görünecektir, bilginiz olsun.

ERM0062

Regards
Mehmet TATLI
Customer Service

Lazer Safe Pty Ltd
27 Action Road
Malaga, WA 6090
Australia
T +61 8 9249 4388
F +61 8 9249 6011
M +90 532 566 6879
E mehmet.tatli@lazersafe.com
Follow Us:

From: UMIT YILDIZ <umit.yildiz@ermaksan.com.tr>
Sent: Monday, October 14, 2019 3:47 PM
To: Mehmet Tatli <mehmet.tatli@lazersafe.com>
Cc: YEDEK_PARCA <sparepart@ermaksan.com.tr>
Subject: FW: Lazer safe PCSS com. error ( I need help please!)

Mehmet Bey merhaba;

Ekteki PCSS için Teklif iletebilir misiniz ? Ürün Amerika ya gidecek mümkünse nakliye fiyatını da iletmenizi rica ederim.

Best regards.

-----Original Message-----
From: ALI EVCI via RT <customerservice@lazersafe.com.au>
Sent: Monday, October 7, 2019 1:34 PM
To: Mehmet Tatli <mehmet.tatli@lazersafe.com>
Subject: RE: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)

Merhaba Mehmet Bey,

Teşekkürler. Konu için müşteriye PCSS'i tamire göndermesini yada yenisi ile değişmesini önereceğim. Konuyu kapatabilirsiniz.

Best Regards,

-----Original Message-----
From: Mehmet Tatli via RT [mailto:customerservice@lazersafe.com.au]
Sent: Monday, October 07, 2019 12:12 PM
To: ALI EVCI; SERVICE
Subject: RE: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)

Ali bey merhaba,

Email için teşekkürler.

Ekteki kod açıklamasına göre kernel yazılımını güncelleştirmeği denemek yapabileceğiniz tek ve son şey gibi görünüyor.

ERM0063

Fotolardan anladığım kadarıyla koruma sistemi LZS-004 HS(Çift Lazer), öyle ise ekteki kernel versiyonunu(Fx17700) yüklemeği deneyebilirsiniz.

Eğer işe yaramazsa PCSS'in tamire gitmesi(edilebileceğinin garantisi yok) ya da yenisi ile değiştirilmesi gerekmektedir.

Isagraf uygulama ismine(PCSS programı) ihtiyaç olacak her durumda, umarım kaydı vardır.

Regards
Mehmet TATLI
Customer Service

Lazer Safe Pty Ltd
27 Action Road
Malaga, WA 6090
Australia
T +61 8 9249 4388
F +61 8 9249 6011
M +90 532 566 6879
E mehmet.tatli@lazersafe.com
Follow Us:

-----Original Message-----
From: ALI EVCI via RT <customerservice@lazersafe.com.au>
Sent: Monday, October 7, 2019 11:56 AM
Subject: [rt.lazersafe.com.au #10894] FW: Lazer safe PCSS com. error ( I need help please!)

Hello,

Communication error appears at one of our 2007 pressbrake  with Lazersafe PCSS and the code on PCSS dsplay is 2209. As far as we understand from the condition codes, this is "internal fault detected "error. Is there anything else that can be done other than replacing PCSS? The machine is in America.

Best Regards,
[imza]

From: Mehmet Tatli [mailto:mehmet.tatli@lazersafe.com]
Sent: Monday, October 07, 2019 8:31 AM
To: ALI EVCI
Cc: SERVICE
Subject: RE: Lazer safe PCSS com. error ( I need help please!)

Ali bey günaydın,

Emaili customerservice@lazersafe.com<mailto:customerservice@lazersafe.com> adresine göndermenizi rica ediyorum.

Regards

Mehmet TATLI
Customer Service

Lazer Safe Pty Ltd
27 Action Road

ERM0064

Malaga, WA 6090
Australia

T +61 8 9249 4388
F +61 8 9249 6011
M +90 532 566 6879
E mehmet.tatli@lazersafe.com<mailto:mehmet.tatli@lazersafe.com>

Follow Us:
[cid:image001.png@01D31FEB.80272120]<https://twitter.com/lazersafe> [cid:image002.png@01D31FEB.80272120]
<http://www.linkedin.com/company/lazer-safe-pty-ltd>  [cid:image003.png@01D31FEB.80272120]
<https://www.youtube.com/user/lazersafe>

[cid:image004.png@01D31FEB.80272120]<http://www.lazersafe.com/>

[cid:image005.png@01D31FEB.80272120]<http://www.lazersafe.com/>

[cid:image008.png@01D57CE9.7C452C70]
                              [signature_1449061529]

From: ALI EVCI <ali.evci@ermaksan.com.tr<mailto:ali.evci@ermaksan.com.tr>>
Sent: Friday, October 4, 2019 5:14 PM
To: Mehmet Tatli <mehmet.tatli@lazersafe.com<mailto:mehmet.tatli@lazersafe.com>>
Cc: SERVICE <service@ermaksan.com.tr<mailto:service@ermaksan.com.tr>>
Subject: FW: Lazer safe PCSS com. error ( I need help please!)

Mehmet Bey merhaba,

2007 model Lazersafe'li bir makinamızda Lazersafe communitication error hatası üzerine müşteriye PCSS 'i kontrol
ettirdiğimizde PCSS displayinde 2209 hatası okuyoruz. Condition code lardan anladığımız kadarı ile "internal fault
detected" hatası. PCSS'i değiştirmekten başka yapılabilcek bir şey varmıdır? Makine Amerika'da.

Best Regards,

[imza]

From: mmenard@internationalcontainerco.com<mailto:mmenard@internationalcontainerco.com>
[mailto:mmenard@internationalcontainerco.com]
Sent: Friday, October 04, 2019 5:05 PM
To: ALI EVCI
Subject: RE: Lazer safe PCSS com. error ( I need help please!)

The code I am getting is 2209

ERM0065

Thank You

Mike

-----Original Message-----
From: "ALI EVCI" <ali.evci@ermaksan.com.tr<mailto:ali.evci@ermaksan.com.tr>>
Sent: Friday, October 4, 2019 9:45am
To: "mmenard@internationalcontainerco.com<mailto:mmenard@internationalcontainerco.com>"
<mmenard@internationalcontainerco.com<mailto:mmenard@internationalcontainerco.com>>
Cc: "SERVICE" <service@ermaksan.com.tr<mailto:service@ermaksan.com.tr>>
Subject: RE: Lazer safe PCSS com. error ( I need help please!)

This feature differs according to operating mode , key position, indexation, manual page, automatic page. So, i could not
say an excat info on this. If, you are doubt about Lazersafe system, you can check the code appearing on Lazersafe PCSS
unit inside electrical cabinet. And again i advise you to check the communication cable between CNC and Lazersafe unit.

Best Regards,

[imza]

From: mmenard@internationalcontainerco.com<mailto:mmenard@internationalcontainerco.com>
[mailto:mmenard@internationalcontainerco.com]
Sent: Friday, October 04, 2019 4:11 PM
To: ALI EVCI
Subject: RE: Lazer safe PCSS com. error ( I need help please!)

The laser to the front light curtain is not on. should that be on right when the interface comes on or does it come on only
when you press the test button and start?
Thank You
Mike
-----Original Message-----
From: "ALI EVCI" <ali.evci@ermaksan.com.tr<mailto:ali.evci@ermaksan.com.tr>>
Sent: Friday, October 4, 2019 1:54am
To: "mmenard@internationalcontainerco.com<mailto:mmenard@internationalcontainerco.com>"
<mmenard@internationalcontainerco.com<mailto:mmenard@internationalcontainerco.com>>
Cc: "SENOL RODOPLU" <s.rodoplu@ermakusa.com<mailto:s.rodoplu@ermakusa.com>>, "SERVICE"
<service@ermaksan.com.tr<mailto:service@ermaksan.com.tr>>, "AHMET MEKIK"
<ahmet.mekik@ermaksan.com.tr<mailto:ahmet.mekik@ermaksan.com.tr>>, "HULYA YILMAZ"
<h.yilmaz@ermakusa.com<mailto:h.yilmaz@ermakusa.com>>
Subject: RE: Lazer safe PCSS com. error ( I need help please!) Hello,

This error can be occured because of cable between controller and Lazersafe unit. It might me loosed.

Best Regards,

[imza]

From: HULYA YILMAZ
Sent: Thursday, October 03, 2019 5:54 PM

ERM0066

To: UFUK KOCAEL; AHMET MEKIK; ALI EVCI
Cc: SENOL RODOPLU
Subject: FW: Lazer safe PCSS com. error ( I need help please!)

Merhabalar,

Asagidaki sorunla ilgili yardimci olabilir misiniz?

Saygilarimla,

"Excellence in Fab Equipment Sales and Service"

[download]<http://www.ermakusa.com/usa/>


From: mmenard@internationalcontainerco.com<mailto:mmenard@internationalcontainerco.com>
<mmenard@internationalcontainerco.com<mailto:mmenard@internationalcontainerco.com>>
Sent: Thursday, October 3, 2019 9:43 AM
To: HULYA YILMAZ <h.yilmaz@ermakusa.com<mailto:h.yilmaz@ermakusa.com>>
Subject: Lazer safe PCSS com. error ( I need help please!)

Good Morning,
I'm having an issue with my Ermak Pressbrake.
SN20071136
CNC SAP 12' X 220"
Brake ran fine this Morning and then  the error message came up.
( D3156 : LazerSafe PCSS communication error ) Please, Can you give me some guidance on how to fix this issue?
Im under the gun here and I need this machine up and running ASAP.
Thank You For your assistance

Michael menard
International Container Co.
110 North Bridge St., Holyoke , Mass 01089
P: 1-413-246-7503

ERM0067

| | |
|---|---|
| **From:** | mmenard@internationalcontainerco.com |
| **Sent:** | Monday, October 7, 2019 8:15 AM |
| **To:** | ALI EVCI |
| **Subject:** | RE: Lazer safe PCSS com. error ( I need help please!) |

Good Morning,
Turns out that I need a new PCSS F . Does this module need to Come from Ermak or can I buy a duplicate module from somewhere close to me to get my machine up and running faster?
Thank You
Mike
-----Original Message-----
From: "ALI EVCI" <ali.evci@ermaksan.com.tr>
Sent: Friday, October 4, 2019 1:54am
To: "mmenard@internationalcontainerco.com" <mmenard@internationalcontainerco.com>
Cc: "SENOL RODOPLU" <s.rodoplu@ermakusa.com>, "SERVICE" <service@ermaksan.com.tr>, "AHMET MEKIK" <ahmet.mekik@ermaksan.com.tr>, "HULYA YILMAZ" <h.yilmaz@ermakusa.com>
Subject: RE: Lazer safe PCSS com. error ( I need help please!)

Hello,

This error can be occured because of cable between controller and Lazersafe unit. It might me loosed.


*Best Regards,*



**From:** HULYA YILMAZ
**Sent:** Thursday, October 03, 2019 5:54 PM
**To:** UFUK KOCAEL; AHMET MEKIK; ALI EVCI
**Cc:** SENOL RODOPLU
**Subject:** FW: Lazer safe PCSS com. error ( I need help please!)

Merhabalar,

Asagidaki sorunla ilgili yardimci olabilir misiniz?

Saygilarimla,

*"Excellence in Fab Equipment Sales and Service"*

ERM0082



**From:** mmenard@internationalcontainerco.com <mmenard@internationalcontainerco.com>
**Sent:** Thursday, October 3, 2019 9:43 AM
**To:** HULYA YILMAZ <h.yilmaz@ermakusa.com>
**Subject:** Lazer safe PCSS com. error ( I need help please!)

Good Morning,
I'm having an issue with my Ermak Pressbrake.
SN20071136
CNC SAP 12' X 220"
Brake ran fine this Morning and then  the error message came up.
( D3156 : LazerSafe PCSS communication error )
Please, Can you give me some guidance on how to fix this issue?
Im under the gun here and I need this machine up and running ASAP.
Thank You For your assistance

Michael menard
International Container Co.
110 North Bridge St., Holyoke , Mass 01089
P: 1-413-246-7503

ERM0083

| | |
|---|---|
| **From:** | ALI EVCI <a.evci@ermakusa.com> |
| **Sent:** | Monday, October 7, 2019 5:43 AM |
| **To:** | mmenard@internationalcontainerco.com |
| **Cc:** | SERVICE; HULYA YILMAZ; SENOL RODOPLU; ILKER KARAKAYA |
| **Subject:** | RE: Lazer safe PCSS com. error ( I need help please!) |

Hello,

Lazersafe company agree with me; this PCSS unit has internal fault and need to be replaced. You may get in contact with ErmakUSA for purchase if requested.

Best Regards,



**From:** ALI EVCI
**Sent:** Friday, October 04, 2019 5:15 PM
**To:** 'mmenard@internationalcontainerco.com'
**Subject:** RE: Lazer safe PCSS com. error ( I need help please!)

2209 means internal fault in PCSS unit and most probably need to be replaced but i consult issue to Lazersafe company if anything can be done rather than replacing whole unit.
Bythe way could you send us a photo form PCSS unit inside electricak cabinet.

Best Regards,



ERM0120

**From:** mmenard@internationalcontainerco.com [mailto:mmenard@internationalcontainerco.com]
**Sent:** Friday, October 04, 2019 5:05 PM
**To:** ALI EVCI
**Subject:** RE: Lazer safe PCSS com. error ( I need help please!)

The code I am getting is 2209
Thank You
Mike
-----Original Message-----
From: "ALI EVCI" <ali.evci@ermaksan.com.tr>
Sent: Friday, October 4, 2019 9:45am
To: "mmenard@internationalcontainerco.com" <mmenard@internationalcontainerco.com>
Cc: "SERVICE" <service@ermaksan.com.tr>
Subject: RE: Lazer safe PCSS com. error ( I need help please!)

This feature differs according to operating mode , key position, indexation, manual page, automatic page. So, i could not say an excat info on this. If, you are doubt about Lazersafe system, you can check the code appearing on Lazersafe PCSS unit inside electrical cabinet. And again i advise you to check the communication cable between CNC and Lazersafe unit.

*Best Regards,*



**From:** mmenard@internationalcontainerco.com [mailto:mmenard@internationalcontainerco.com]
**Sent:** Friday, October 04, 2019 4:11 PM
**To:** ALI EVCI
**Subject:** RE: Lazer safe PCSS com. error ( I need help please!)

The laser to the front light curtain is not on. should that be on right when the interface comes on or does it come on only when you press the test button and start?
Thank You
Mike
-----Original Message-----
From: "ALI EVCI" <ali.evci@ermaksan.com.tr>
Sent: Friday, October 4, 2019 1:54am
To: "mmenard@internationalcontainerco.com" <mmenard@internationalcontainerco.com>
Cc: "SENOL RODOPLU" <s.rodoplu@ermakusa.com>, "SERVICE" <service@ermaksan.com.tr>, "AHMET MEKIK" <ahmet.mekik@ermaksan.com.tr>, "HULYA YILMAZ" <h.yilmaz@ermakusa.com>
Subject: RE: Lazer safe PCSS com. error ( I need help please!)

Hello,

This error can be occured because of cable between controller and Lazersafe unit. It might me loosed.


*Best Regards,*

ERM0121



**From:** HULYA YILMAZ
**Sent:** Thursday, October 03, 2019 5:54 PM
**To:** UFUK KOCAEL; AHMET MEKIK; ALI EVCI
**Cc:** SENOL RODOPLU
**Subject:** FW: Lazer safe PCSS com. error ( I need help please!)

Merhabalar,

Asagidaki sorunla ilgili yardimci olabilir misiniz?

Saygilarimla,

*"Excellence in Fab Equipment Sales and Service"*



**From:** mmenard@internationalcontainerco.com <mmenard@internationalcontainerco.com>
**Sent:** Thursday, October 3, 2019 9:43 AM
**To:** HULYA YILMAZ <h.yilmaz@ermakusa.com>
**Subject:** Lazer safe PCSS com. error ( I need help please!)

Good Morning,
I'm having an issue with my Ermak Pressbrake.
SN20071136
CNC SAP 12' X 220"
Brake ran fine this Morning and then  the error message came up.
( D3156 : LazerSafe PCSS communication error )
Please, Can you give me some guidance on how to fix this issue?
Im under the gun here and I need this machine up and running ASAP.
Thank You For your assistance

Michael menard
International Container Co.
110 North Bridge St., Holyoke , Mass 01089
P: 1-413-246-7503

3

ERM0122

| | |
|---|---|
| **From:** | Mehmet Tatli <mehmet.tatli@lazersafe.com> |
| **Sent:** | Monday, October 7, 2019 12:31 AM |
| **To:** | ALI EVCI |
| **Cc:** | SERVICE |
| **Subject:** | RE: Lazer safe PCSS com. error ( I need help please!) |
| | |
| **Follow Up Flag:** | Izle |
| **Flag Status:** | Flagged |

Ali bey günaydın,

Emaili customerservice@lazersafe.com adresine göndermenizi rica ediyorum.

Regards

**Mehmet TATLI**
Customer Service

**Lazer Safe Pty Ltd**      **T** +61 8 9249 4388           **Follow Us:**
27 Action Road             **F** +61 8 9249 6011
Malaga, WA 6090            **M** +90 532 566 6879
Australia                  **E** mehmet.tatli@lazersafe.com









**From:** ALI EVCI <ali.evci@ermaksan.com.tr>
**Sent:** Friday, October 4, 2019 5:14 PM
**To:** Mehmet Tatli <mehmet.tatli@lazersafe.com>
**Cc:** SERVICE <service@ermaksan.com.tr>
**Subject:** FW: Lazer safe PCSS com. error ( I need help please!)

Mehmet Bey merhaba,

ERM0123

2007 model Lazersafe'li bir makinamızda Lazersafe communication error hatası üzerine müşteriye PCSS 'i kontrol ettirdiğimizde PCSS displayinde 2209 hatası okuyoruz. Condition code lardan anladığımız kadarı ile "internal fault detected" hatası. PCSS'i değiştirmekten başka yapılabilcek bir şey varmıdır? Makine Amerika'da.

*Best Regards,*



**From:** mmenard@internationalcontainerco.com [mailto:mmenard@internationalcontainerco.com]
**Sent:** Friday, October 04, 2019 5:05 PM
**To:** ALI EVCI
**Subject:** RE: Lazer safe PCSS com. error ( I need help please!)

The code I am getting is 2209
Thank You
Mike
-----Original Message-----
From: "ALI EVCI" <ali.evci@ermaksan.com.tr>
Sent: Friday, October 4, 2019 9:45am
To: "mmenard@internationalcontainerco.com" <mmenard@internationalcontainerco.com>
Cc: "SERVICE" <service@ermaksan.com.tr>
Subject: RE: Lazer safe PCSS com. error ( I need help please!)

This feature differs according to operating mode , key position, indexation, manual page, automatic page. So, i could not say an excat info on this. If, you are doubt about Lazersafe system, you can check the code appearing on Lazersafe PCSS unit inside electrical cabinet. And again i advise you to check the communication cable between CNC and Lazersafe unit.

*Best Regards,*



**From:** mmenard@internationalcontainerco.com [mailto:mmenard@internationalcontainerco.com]
**Sent:** Friday, October 04, 2019 4:11 PM
**To:** ALI EVCI
**Subject:** RE: Lazer safe PCSS com. error ( I need help please!)

2

ERM0124

The laser to the front light curtain is not on. should that be on right when the interface comes on or does it come on only when you press the test button and start?
Thank You
Mike
-----Original Message-----
From: "ALI EVCI" <ali.evci@ermaksan.com.tr>
Sent: Friday, October 4, 2019 1:54am
To: "mmenard@internationalcontainerco.com" <mmenard@internationalcontainerco.com>
Cc: "SENOL RODOPLU" <s.rodoplu@ermakusa.com>, "SERVICE" <service@ermaksan.com.tr>, "AHMET MEKIK"
<ahmet.mekik@ermaksan.com.tr>, "HULYA YILMAZ" <h.yilmaz@ermakusa.com>
Subject: RE: Lazer safe PCSS com. error ( I need help please!)

Hello,

This error can be occured because of cable between controller and Lazersafe unit. It might me loosed.

*Best Regards,*



**From:** HULYA YILMAZ
**Sent:** Thursday, October 03, 2019 5:54 PM
**To:** UFUK KOCAEL; AHMET MEKIK; ALI EVCI
**Cc:** SENOL RODOPLU
**Subject:** FW: Lazer safe PCSS com. error ( I need help please!)

Merhabalar,

Asagidaki sorunla ilgili yardimci olabilir misiniz?

Saygilarimla,

*"Excellence in Fab Equipment Sales and Service"*



ERM0125

**From:** mmenard@internationalcontainerco.com <mmenard@internationalcontainerco.com>
**Sent:** Thursday, October 3, 2019 9:43 AM
**To:** HULYA YILMAZ <h.yilmaz@ermakusa.com>
**Subject:** Lazer safe PCSS com. error ( I need help please!)

Good Morning,
I'm having an issue with my Ermak Pressbrake.
SN20071136
CNC SAP 12' X 220"
Brake ran fine this Morning and then  the error message came up.
( D3156 : LazerSafe PCSS communication error )
Please, Can you give me some guidance on how to fix this issue?
Im under the gun here and I need this machine up and running ASAP.
Thank You For your assistance

Michael menard
International Container Co.
110 North Bridge St., Holyoke , Mass 01089
P: 1-413-246-7503

ERM0126

**From:**           mmenard@internationalcontainerco.com
**Sent:**           Friday, October 4, 2019 9:05 AM
**To:**             ALI EVCI
**Subject:**        RE: Lazer safe PCSS com. error ( I need help please!)

The code I am getting is 2209
Thank You
Mike
-----Original Message-----
From: "ALI EVCI" <ali.evci@ermaksan.com.tr>
Sent: Friday, October 4, 2019 9:45am
To: "mmenard@internationalcontainerco.com" <mmenard@internationalcontainerco.com>
Cc: "SERVICE" <service@ermaksan.com.tr>
Subject: RE: Lazer safe PCSS com. error ( I need help please!)

This feature differs according to operating mode , key position, indexation, manual page, automatic page. So, i could not say an excat info on this. If, you are doubt about Lazersafe system, you can check the code appearing on Lazersafe PCSS unit inside electrical cabinet. And again i advise you to check the communication cable between CNC and Lazersafe unit.

*Best Regards,*



**From:** mmenard@internationalcontainerco.com [mailto:mmenard@internationalcontainerco.com]
**Sent:** Friday, October 04, 2019 4:11 PM
**To:** ALI EVCI
**Subject:** RE: Lazer safe PCSS com. error ( I need help please!)

The laser to the front light curtain is not on. should that be on right when the interface comes on or does it come on only when you press the test button and start?
Thank You
Mike
-----Original Message-----
From: "ALI EVCI" <ali.evci@ermaksan.com.tr>
Sent: Friday, October 4, 2019 1:54am
To: "mmenard@internationalcontainerco.com" <mmenard@internationalcontainerco.com>
Cc: "SENOL RODOPLU" <s.rodoplu@ermakusa.com>, "SERVICE" <service@ermaksan.com.tr>, "AHMET MEKIK" <ahmet.mekik@ermaksan.com.tr>, "HULYA YILMAZ" <h.yilmaz@ermakusa.com>
Subject: RE: Lazer safe PCSS com. error ( I need help please!)

Hello,

This error can be occured because of cable between controller and Lazersafe unit. It might me loosed.

ERM0127

*Best Regards,*



**From:** HULYA YILMAZ
**Sent:** Thursday, October 03, 2019 5:54 PM
**To:** UFUK KOCAEL; AHMET MEKIK; ALI EVCI
**Cc:** SENOL RODOPLU
**Subject:** FW: Lazer safe PCSS com. error ( I need help please!)

Merhabalar,

Asagidaki sorunla ilgili yardimci olabilir misiniz?

Saygilarimla,

*"Excellence in Fab Equipment Sales and Service"*



**From:** mmenard@internationalcontainerco.com <mmenard@internationalcontainerco.com>
**Sent:** Thursday, October 3, 2019 9:43 AM
**To:** HULYA YILMAZ <h.yilmaz@ermakusa.com>
**Subject:** Lazer safe PCSS com. error ( I need help please!)

Good Morning,
I'm having an issue with my Ermak Pressbrake.
SN20071136
CNC SAP 12' X 220"
Brake ran fine this Morning and then  the error message came up.
( D3156 : LazerSafe PCSS communication error )
Please, Can you give me some guidance on how to fix this issue?
Im under the gun here and I need this machine up and running ASAP.
Thank You For your assistance

Michael menard
International Container Co.

2

ERM0128

110 North Bridge St., Holyoke , Mass 01089
P: 1-413-246-7503

ERM0129

**From:** ALI EVCI <a.evci@ermakusa.com>
**Sent:** Friday, October 4, 2019 12:55 AM
**To:** mmenard@internationalcontainerco.com
**Cc:** SENOL RODOPLU; SERVICE; AHMET MEKIK; HULYA YILMAZ
**Subject:** RE: Lazer safe PCSS com. error ( I need help please!)

Hello,

This error can be occured because of cable between controller and Lazersafe unit. It might me loosed.

*Best Regards,*



**From:** HULYA YILMAZ
**Sent:** Thursday, October 03, 2019 5:54 PM
**To:** UFUK KOCAEL; AHMET MEKIK; ALI EVCI
**Cc:** SENOL RODOPLU
**Subject:** FW: Lazer safe PCSS com. error ( I need help please!)

Merhabalar,

Asagidaki sorunla ilgili yardimci olabilir misiniz?

Saygilarimla,

*"Excellence in Fab Equipment Sales and Service"*



1

**From:** mmenard@internationalcontainerco.com <mmenard@internationalcontainerco.com>
**Sent:** Thursday, October 3, 2019 9:43 AM
**To:** HULYA YILMAZ <h.yilmaz@ermakusa.com>
**Subject:** Lazer safe PCSS com. error ( I need help please!)

Good Morning,
I'm having an issue with my Ermak Pressbrake.
SN20071136
CNC SAP 12' X 220"
Brake ran fine this Morning and then  the error message came up.
( D3156 : LazerSafe PCSS communication error )
Please, Can you give me some guidance on how to fix this issue?
Im under the gun here and I need this machine up and running ASAP.
Thank You For your assistance

Michael menard
International Container Co.
110 North Bridge St., Holyoke , Mass 01089
P: 1-413-246-7503

ERM0131

| | |
|---|---|
| **From:** | ALI EVCI <a.evci@ermakusa.com> |
| **Sent:** | Monday, October 7, 2019 9:29 AM |
| **To:** | mmenard@internationalcontainerco.com |
| **Cc:** | SERVICE; HULYA YILMAZ; SENOL RODOPLU; ILKER KARAKAYA |
| **Subject:** | RE: Lazer safe PCSS com. error ( I need help please!) |

Hello,

New PCSS unit should be programmed according to your machine, that's why any random PCSS unit won't work.

*Best Regards,*



**From:** mmenard@internationalcontainerco.com [mailto:mmenard@internationalcontainerco.com]
**Sent:** Monday, October 07, 2019 4:15 PM
**To:** ALI EVCI
**Subject:** RE: Lazer safe PCSS com. error ( I need help please!)

Good Morning,
Turns out that I need a new PCSS F . Does this module need to Come from Ermak or can I buy a duplicate module from somewhere close to me to get my machine up and running faster?
Thank You
Mike
-----Original Message-----
From: "ALI EVCI <ali.evci@ermaksan.com.tr>
Sent: Friday, October 4, 2019 1:54am
To: "mmenard@internationalcontainerco.com" <mmenard@internationalcontainerco.com>
Cc: "SENOL RODOPLU" <s.rodoplu@ermakusa.com>, "SERVICE" <service@ermakusa.com.tr>, "AHMET MEKIK" <ahmet.mekik@ermaksan.com.tr>, "HULYA YILMAZ" <h.yilmaz@ermakusa.com>
Subject: RE: Lazer safe PCSS com. error ( I need help please!)

Hello,

This error can be occured because of cable between controller and Lazersafe unit. It might me loosed.

*Best Regards,*

ERM0132



**From:** HULYA YILMAZ
**Sent:** Thursday, October 03, 2019 5:54 PM
**To:** UFUK KOCAEL; AHMET MEKIK; ALI EVCI
**Cc:** SENOL RODOPLU
**Subject:** FW: Lazer safe PCSS com. error ( I need help please!)

Merhabalar,

Asagidaki sorunla ilgili yardimci olabilir misiniz?

Saygilarimla,

*"Excellence in Fab Equipment Sales and Service"*



**From:** mmenard@internationalcontainerco.com <mmenard@internationalcontainerco.com>
**Sent:** Thursday, October 3, 2019 9:43 AM
**To:** HULYA YILMAZ <h.yilmaz@ermakusa.com>
**Subject:** Lazer safe PCSS com. error ( I need help please!)

Good Morning,
I'm having an issue with my Ermak Pressbrake.
SN20071136
CNC SAP 12' X 220"
Brake ran fine this Morning and then  the error message came up.
( D3156 : LazerSafe PCSS communication error )
Please, Can you give me some guidance on how to fix this issue?
Im under the gun here and I need this machine up and running ASAP.
Thank You For your assistance

Michael menard
International Container Co.
110 North Bridge St., Holyoke , Mass 01089
P: 1-413-246-7503

ERM0133

| | |
|---|---|
| **From:** | SENOL RODOPLU <s.rodoplu@ermakusa.com> |
| **Sent:** | Thursday, October 17, 2019 10:10 AM |
| **To:** | UMIT YILDIZ; YUSUF OZTURK |
| **Cc:** | UFUK KOCAEL; HULYA YILMAZ; ALI EVCI |
| **Subject:** | FW: Ermaksan Brake |
| **Attachments:** | RE: Ermaksan Press Brake (35.7 KB) |

Arkadaslar,
INTERNATIONAL CONTAINER firmasindaki isin koruma sorunu icin ekteki teklifi gondermistiniz ve elektrik bolumu daha ucuz bir alternative icin calisiyor demistiniz.
Musteriye farkli bir firmanin yaptigi teklif asagidadir. Bizim ERMAKUSA olarak alis fiyatimizdan bile daha ucuz.
Musteri parcayi onlardan alsam siz sadece programi atabilir misiniz diyor?

Veya musteriye biz bu isin korumayi sasagidaki firma ile ayni fiyata satalim baskasina kaptirmayalim musterimizi?
Bu da sizin ErmakUSA'ye bunu 20% indirimle vermeniz demek, $6,500x 0.80= $5,200 biz de bunun uzerine 25% kay koyariz $6,500"e musterinin isini cozeriz.
Ne dersiniz?

Senol Rodoplu
VP of Sales
ERMAKUSA
Cell: +1 630-512-7604


On 10/16/19, 11:43 AM, "Ken Searles" <ksearles@internationalcontainerco.com> wrote:

    Hi Senol, here is the information we gathered from a company that works with Laser Safe.

    -----Original Message-----
    From: "mmenard@internationalcontainerco.com" <mmenard@internationalcontainerco.com>
    Sent: Wednesday, October 9, 2019 12:59pm
    To: "kenco.com" <ksearles@internationalcontainerco.com>
    Subject: FW: RE: Piece of shit brake


    -----Original Message-----
    From: "Gary Holdson" <Gary@thcollc.com>
    Sent: Wednesday, October 9, 2019 12:16pm
    To: "mmenard@internationalcontainerco.com" <mmenard@internationalcontainerco.com>
    Cc: "Jeff Tannehill" <jeff@guardomation.com>


    Michael,

ERM0134

Yes but I needed to chase down my partner as I wanted to reduce our margin on this, which he agreed to. The PCSS-F1 has been discontinued for many years now. Lazersafe is still in a position to offer you options. Most press brake manufacturers which use Lazersafe have developed a conversion package to the new PCSS-A platform which is fairly economical. Unfortunately Ermaksin isn't one of them. Below is a copy of the Email I received from Lazersafe outlining the options.

OPTION 1 - Replacement

We can still supply the PCSS-F1 model (normal lead time is about two weeks). Your price is as follows;

Product code: 0013000700
Description: PCSS-F1 w/guard counter
Price: $5,990.00 EXW

There is an additional fee of $260.00 to load the Ermak specific application program (assuming we can get it).

If the customer's system has the 2209 / A201 codes, then the application program would not be running so they would not be able to get the program name off the PCSS-F display. In this case, we need to contact Ermaksan to see if they have a record of the version for their machine, or we need to spend time trying to match up the machine schematics with a range or Ermak applications to see if we can find a match.

What we will need is;
Photo of the machine ID plate to show the model and serial number.
Copy of the machine electrical drawings.
A few photos of the machine and the inside of the electrical cabinet. We also need a photo of the CNC to identify the make and model.


OPTION 2 – Repair

We can get the faulty unit back to Perth for evaluation to see if it can be repaired (and what the cost would be). A minimum assessment fee of USD 160.00 would apply (plus shipping costs). The normal lead time is 4 – 6 weeks plus shipping.

As with option 1, we would need to identify and get a copy of the Ermak application program so it can be loaded into the unit after repair and testing is complete.

Please feel free to contact us with any questions you may have. We would need a hard copy PO or a credit card number to arrange pickup of your unit.


Best Regards,
Gary Holdson
THCO LLC.
423-736-1201
gary@thcollc.com

From: mmenard@internationalcontainerco.com <mmenard@internationalcontainerco.com>
Sent: Wednesday, October 9, 2019 10:35 AM
To: Gary Holdson <Gary@thcollc.com>
Subject: Re: Piece of shit brake

ERM0135

Good Morning Gary,Have you heard anything about the PCSS?
-----Original Message-----
 From: "Gary Holdson" <[ Gary@thcollc.com ]( mailto:Gary@thcollc.com )>
 Sent: Monday, October 7, 2019 9:45am
 To: "[ mmenard@internationalcontainerco.com ]( mailto:mmenard@internationalcontainerco.com )" <[ mmenard@internationalcontainerco.com ]( mailto:mmenard@internationalcontainerco.com )>
 Subject: Re: Piece of shit brake


Good Morning Michael,

 I spoke with Lazersafe. I need you to look at the PCSS unit and see if there is any serial number tag or a bar code on it. If not get me a photo of the unit. There were a few variations of the F model.


Best Regards,

Gary Holdson

THCO LLC

423-736-1201


 From: [ mmenard@internationalcontainerco.com ]( mailto:mmenard@internationalcontainerco.com ) <[ mmenard@internationalcontainerco.com ]( mailto:mmenard@internationalcontainerco.com )>
 Sent: Friday, October 4, 2019 3:01:39 PM
 To: Gary Holdson <[ Gary@thcollc.com ]( mailto:Gary@thcollc.com )>
 Subject: Piece of shit brake


So, here is what I have
Ermak  press brake
PCSS F
code on the lazersafe module inside the cabinet  on ( channel 1 is 2209 ) & on ( channel 2 is A201 )
I think you said external ram test fail.
Thank you very much for your help.
Michael Menard
110 North Bridge street Holyoke mass, 01040
International Container Company

ERM0136

# EXHIBIT K

```
                        VOLUME:  I
                        PAGES:  1 - 41
                        EXHIBITS:  See Index

           UNITED STATES DISTRICT COURT

           DISTRICT OF MASSACHUSETTS

                   C.A. No. 3:23-CV-30016

- - - - - - - - - - - - - - - - - - - - - - x

IVAN LAGUNA and MARGARITA LOPEZ,

          Plaintiffs

v.

LAZER SAFE PTY, LTD.; FIESSLER ELECTRONIK

GmbH & CO. KG; ERMAK USA, INC.; ERMAKSAN

TURKEY a/k/a ERMAKSAN MAKINA SANAYI VE

TICARET A.S.; and JOHN DOE DISTRIBUTOR,

          Defendants

- - - - - - - - - - - - - - - - - - - - - - x
```

        VIDEOTAPED INTERPRETED ZOOM VIDEOCONFERENCE
DEPOSITION OF UFUK KOCAEL, a witness called on
behalf of the Plaintiffs pursuant to notice
before Jessica L. Williamson, Registered Merit
Reporter, Certified Realtime Reporter, and Notary
Public in and for the Commonwealth of
Massachusetts, on Tuesday, December 17, 2024,
commencing at 10:06 a.m.

────────────

                LONDON STENOGRAPHY LLC
                     P.O. Box 155
                Manomet, Massachusetts 02345
                 londonreporter@comcast.net
                     774.259.0646

1    A P P E A R A N C E S

2

3    Michael J. Mascis, Esq.

4    Sullivan & Sullivan, LLP

5    83 Walnut Street

6    Wellesley, Massachusetts 02481

7    (781) 263-9400

8    mmascis@sullivanllp.com

9    Counsel for the Plaintiffs

10

11    Sean M. Sharp, Esq.

12    Atom Law Group

13    770 N. LaSalle Street

14    Suite 700

15    Chicago, Illinois 60654

16    (312) 943-8000

17    ssharp@atom.law

18    Counsel for the Defendants Ermak USA, Inc.

19    and Ermaksan Turkey a/k/a Ermaksan Makina

20    Sanayi Ve Ticaret A.S. and the Deponent

21

22

23

24

```
 1   A P P E A R A N C E S, Continued

 2

 3   Patricia E. Antezana, Esq.

 4   Reed Smith, LLP

 5   Reed Smith Center

 6   225 Fifth Avenue, Suite 1200

 7   Pittsburgh, Pennsylvania 15222

 8   (412) 288-7242

 9   pantezana@reedsmith.com

10   Counsel for the Defendant Fiessler

11   Electronik GmbH & Co. KG

12

13   Stephen J. LaMonica, Esq.

14   Litchfield Cavo LLP

15   6 Kimball Lane, Suite 200

16   Lynnfield, Massachusetts 01940

17   (718) 309-1503

18   lamonica@litchfieldcavo.com

19   Counsel for the Defendant Lazer Safe Pty

20   Ltd.

21

22   ALSO PRESENT:

23   David Woodford, Legal Video Specialist

24   Sefa Ozden, Interpreter
```

1       today's deposition?

2   A.   I didn't.

3   Q.   Okay.  And, sir, what is your current --

4       your job -- strike that.

5           Where do you work, sir?

6   A.   Ermaksan.  I'm working at Ermaksan.

7   Q.   And what -- is that a location in Turkey?

8   A.   Yes, it's located in Turkey.

9   Q.   How long have you worked for Ermaksan?

10  A.   For 22 years.

11  Q.   What is your title there?

12  A.   Service technician.

13  Q.   And as part of your duties as service

14      technician, do you travel to customers of

15      Ermaksan?

16  A.   I don't do it myself.  Ermaksan does it, so

17      they -- they just tell the branches where

18      there needs to be work done, and then

19      whoever is provided for this job, then

20      Ermaksan send them directly.

21          THE WITNESS:  Ermak USA.

22  A.   There is a -- there is a branch in the

23      United States for Ermaksan, so they direct

24      us --

```
 1              THE WITNESS:  No, Ermak USA.
 2   A.   So, the Ermak in the USA is sending us to
 3        the customers.  Not Ermaksan, Ermaksan (sic)
 4        USA is sending us.
 5   Q.   Yeah.  So the Ermaksan (sic) USA is -- what
 6        is the relationship to Ermaksan Turkey, as
 7        far as you know?
 8   A.   It's a branch.  It's a branch of Ermaksan.
 9   Q.   Have you ever -- have you ever gone to the
10        United States in the course of your work?
11   A.   Yes, I did.
12   Q.   Have you ever gone to work in the State of
13        Massachusetts?
14   A.   Ermak -- Ermaksan USA send me to there, and
15        then I came to Massachusetts.  Ermaksan and
16        Ermaksan USA is different companies.
17              THE WITNESS:  Ermak USA, not
18        Ermaksan, Ermak USA.
19   A.   Ermak USA is another company.
20   Q.   But as far as your work, do you recall when
21        you were in Massachusetts from -- in the
22        course of your work?
23              THE INTERPRETER:  Can you repeat
24        question again?
```

# EXHIBIT L

```
                                    Vol: I
                                    Pages: 1-48
                                    Exhibits: 1-16

              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


-------------------------------------------x
IVAN LAGUNA and MARGARITA LOPEZ,
          Plaintiffs,

VS.                              C.A. NO. 3:23-CV-30016

LAZER SAFE, PTY, LTD, FIESSLER ELECTRONIK
GmbH & CO., KG., ERMAK USA, INC., ERMAKSAN
TURKEY, aka ERMAKSAN MAKINA SANAYI VE TICARET
A.S., and JOHN DOE DISTRIBUTOR,
          Defendants.
-------------------------------------------x


          ZOOM AUDIOVISUAL DEPOSITION OF

MICHAEL MENARD, a witness called on behalf of

the Plaintiffs, taken pursuant to notice before

Karen D. Quigley, Registered Merit Reporter and

Notary Public in and for the Commonwealth of

Massachusetts on Thursday, December 12, 2024,

commencing at 10:03 a.m.
```

```
          -----------------------------------------
                    LONDON STENOGRAPHY LLC
                         P.O. BOX 155
                 Manomet, Massachusetts 02345
                         774.259.0646
                  londonreporter@comcast.net
```

```
 1    APPEARANCES:
      (All parties present from their
 2    respective locations via
      Zoom Videoconferencing.)
 3
      SULLIVAN & SULLIVAN, LLP
 4        By Michael J. Mascis, Esquire
          83 Walnut Street
 5        Wellesley, Massachusetts 02481
          781-263-9400
 6        mmascis@sullivanllp.com
          For the Plaintiffs
 7
      BACON WILSON PC
 8        By Timothy M. Netkovick, Esquire
          33 State Street
 9        Springfield, Massachusetts 01103
          413-781-0560
10        tnetkovick@baconwilson.com
          For the Deponent, Michael Menard
11
      REED SMITH, LLP
12        By Patricia E. Antezana, Esquire
          225 Fifth Avenue, Suite 1200
13        Pittsburgh, Pennsylvania 15222
          412-288-7242
14        pantezana@reedsmith.com
          For the Defendant Fiessler Electronik GmbH
15
      ATOM LAW GROUP
16        By Sean M. Sharp, Esquire
          770 N LaSalle Street, Suite 700
17        Chicago, Illinois 60654
          312-943-8000
18        ssharp@atom.law
          For the Defendants Ermak USA and Ermaksan
19        Turkey

20    LITCHFIELD CAVO LLP
          By Nora R. Adukonis, Esquire
21        1006 Kimball Lane
          Lynnfield, Massachusetts 01940
22        781-309-1500
          adukonis@litchfieldcavo.com
23        For the Defendant Lazer Safe

24    Videographer: Adam Cerro
```

```
 1                         INDEX
 2   Deposition of:                      Page
 3       MICHAEL MENARD
 4
 5   Examination by
 6       MR. MASCIS                        7
 7
 8       _____
                         EXHIBITS
 9
10   No.    Description                   Page
11   14    Photograph                     14
12    6    Bill of Sale & Assignment      14
13    1    Notice of Deposition           17
14    2    Email from Ken Searles 7-30-19 18
15   2A    Photograph                     21
16   2B    Photograph                     23
17    3    Email Chain                    23
18    4    Email Chain                    29
19    5    Email                          30
20    9    Photograph                     35
21    8    Photograph                     36
22   10    Photograph                     36
23   11    Photograph                     40
24   12    Photograph                     40
```

1    Q.   What do you mean by that?  I don't

2  understand.

3    A.   It's -- I don't know anything about that

4  stuff so I needed guidance.

5    Q.   So -- so someone called you on the phone

6  and walked you through every step of the

7  installation of the light guard?

8    A.   Yes, yes.

9    Q.   Did that include programming it in the

10 control panel?

11    A.   No.

12    Q.   Do you know how that was accomplished?

13    A.   I don't.  I don't.

14    Q.   Was that -- any of this work done online

15 in addition to by telephone?

16    A.   No.

17    Q.   It was just -- just --

18    A.   I don't recall anything like that, no.

19    Q.   Okay.  Do you have any type of handheld

20 device like an iPad or something that you use

21 when you're doing the installation?

22    A.   No, just my phone.

23    Q.   Okay.  Do you know how long it took you

24 to do the light curtain installation?

1    A.   I can't recall that.

2    Q.   Did -- did anyone come out to inspect it

3    after you completed it --

4    A.   I don't --

5    Q.   -- the installation?

6    A.   I don't remember that either.

7    Q.   Okay.  Was there any testing done, you

8    know, that someone guided you on how to test the

9    guard once you had it installed?

10   A.   Once it was installed, the person I was

11   talking to on the phone had me start it up and

12   go through all the sequences of getting it

13   operational, running, and everything I remember

14   worked fine.

15   Q.   Okay.  And do you remember approximately

16   when that was in relation to this email that you

17   did the installation?

18   A.   I don't.

19   Q.   Okay.  Did you -- did you take any

20   pictures during the installation yourself?

21   A.   No, I didn't.

22   Q.   Did you make any records related to the

23   install that you did for the light curtain?

24   A.   No.