UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IVAN LAGUNA, and                                          )
MARGARITA LOPEZ                                           )
    Plaintiffs                                           )
                                                         )
v.                                                       )          C.A. No. 3:23-CV-30016
                                                         )
LAZER SAFE, PTY, LTD,                                    )
FIESSLER ELECTRONIK GmbH & CO., KG.,                     )
ERMAK USA, INC.,                                         )
ERMAKSAN TURKEY, aka                                     )
ERMAKSAN MAKINA SANAYI VE TICARET A.S., and)
JOHN DOE DISTRIBUTOR                                     )
    Defendants                                           )
                                                         )

**PLAINTIFF'S MOTION TO STRIKE PORTIONS OF ERMAKSAN REPLY BRIEF**

Now come the Plaintiffs and move this Court to strike paragraph 6 of the additional

sworn affidavit of Senol Rodoplu, titled Exhibit B, "Declaration in Support of Ermaksan

Turkey's Reply In Support of Its Renewed Motion To Dismiss" ("the Declaration"). for the

following reasons:

    1.)    The statement contained in paragraph 6 of the Declaration; "…Ermak

USA determined that ICC needed to replace the PCSS." contradicts sworn deposition

testimony of Senol Rodoplu taken on October 29, 2024 that the diagnosis and repair

needed by ICC in Massachusetts was conducted by Ermaksan Turkey technicians

working with Technicians from Lazer Safe.  Mr. Rodoplu, as Vice President of Ermak

USA, requested technical assistance from Ermaksan Turkey service technicians to

provide a repair solution for the Subject Machine to the Plaintiff's Employer, ICC in

Holyoke Massachusetts in October 2019; and Mr. Rodoplu testified how he called upon

technical experts, Ali Evci of Ermaksan in Turkey, Umit Yildiz, a spare parts technician in Ermaksan Turkey, the service department of Ermaksan in turkey, Ahmet Mekik of Eramksan Turkey, Mehmet Tatli of Lazer Safe in Australia, and Gerald Holdson of TCHO LLC of Leander, Texas, to work together to diagnose, and decide how to repair the Subject Machine located at ICC Massachusetts.  (See Exhibit 2, Email chain produced by Ermaksan at ERM0132 – ERM0142).

2.)    In fact, Mr. Rodoplu testified that he is not a technical person, and he relied upon the expertise of technicians from Ermaksan Turkey in the diagnosing and repair of this situation with ICC in Holyoke Massachusetts, and the Subject Machine;

*Exhibit 1, p. 38 line 8 to p.39 line 4*:

Q.    *And do you know, would there be any records of who performed the installation in this situation?*
A.    *I do not know who did the installation, but based -- to my knowledge, customer -- as far as I can remember, customer chose to buy equipment from us, Ermak USA, but did not use us to install this because he mentioned in his email that we were expensive.*
Q.    *Would -- would the installation be done by the Ermak USA employees or Ermaksan Turkey employees?*
A.    *You mean if customer decided to go with -- with the installation –*
Q.    *Yeah.*
A.    *-- of this?*
Q.    *Yeah.*
A.    *At that time, 2019, I would have -- I would have hired Ermaksan employee to do this install. I would not do this, you know, with - with my own employee.*

*Exhibit 1: p.41 line 17 to p.42 line 20:*

Q.    *Okay. And are you aware of communication between Mr. Evei, at -- from Ermaksan Turkey, to Mr. Tatli, in Lazer Safe, regarding this 2019 issue at International Container Company?*
A.    *I have seen their communication via email discussing back and forth.*
Q.    *And what -- what do you recall about those -- what were the gist of those emails back and forth?*
A.    *Well, since I'm not the technical person, I -- I -- I would not know exactly, but I can tell they were discussing how to solve the issue on that particular press brake.*

> Q.     Okay. Do you know, did that result in Lazer Safe sending components directly to Massachusetts?
>
> A.      Well, I -- the way we work is, even with our -- with our -- with the company that provide components to Ermaksan, they usually never send components directly from, you know, from their - their -- their location to customer directly. They would send it to Ermaksan, Ermaksan would send it to us, and we would send it to the customer. There's a way of -- way of communicating and way of, you know, providing necessary part, but I would not recall -- or I would not think Lazer Safe or any components manufacturing would send or ship any parts directly from their headquarters to end user.

Mr. Rodoplu testified that he regularly contacts Ermaksan's technical services team in Turkey when he needs technical assistance with customers; and Ermaksan Turkey technicians travel to the United States for service; "…*Whenever I need extra help with my customer, yes, I do ask them for support, and based on my inquiry, they do come here to support my customers.*" (Ex.1 at p.11 line 9 to p.12 line 4).

Mr. Rodoplu also testified that in October 2019, he discussed "internally" with Ermaksan Turkey, how to diagnose the Subject Machine malfunction, and sell the Lazer Safe replacement components and software; and that this form of email discussion is how Ermak USA usually works with Ermaksan Turkey with technical or specific issues. (Ex. 1 p.34 line 6 - p.42 line 20).

Mr. Rodoplu testified in his deposition (Exhibit 1 p.32 lines 6 – 20) that in October 2019, he was regularly communicating on the email chain in Exhibit 2, which shows that Ali Evci utilized two different email addresses; one at Ermak USA, and one at Ermaksan Turkey, both email addresses are shown on the first page of Exhibit 2 (ERM0132), at the top of the page Mr. Evci uses his Ermak USA email address, and provides his electronic business card, which shows his Ermaksan Turkey email address; and in the next email in the chain, Mr. Evci uses the Ermaksan Turkey email address.  This is further evidence that Mr. Rodoplu's Declaration, paragraph 6, is attempting to contradict his deposition testimony that the particular defect in the

3

Subject Machine in Massachusetts was diagnosed and a repair was formulated by Ermaksan Turkey working with Lazer Safe in Turkey and Australia, in October 2019.

**ARGUMENT**:

The First Circuit has consistently held that "when an interested witness has given clear answers to unambiguous questions, he cannot create a conflict and resist summary judgment with an affidavit that is clearly contradictory, but does not give a satisfactory explanation of why the testimony is changed" *Armstrong v. White Winston Select Asset Funds, LLC*, 647 F.Supp.3d 36 (2022) ) [1].    This principle was first articulated in *Colantuoni v. Alfred Calcagni & Sons, Inc.*, 44 F.3d 1, 4-5 (1st Cir. 1994), and has been reaffirmed in numerous cases, including *Reynolds v. Steward St. Elizabeth's Medical Center of Boston, Inc.* , 364 F. Supp. 3d 37, 52 (D. Mass. 2019); *Escribano- Reyes v. Professional Hepa Certificate Corp.* , 817 F.3d 380, 387 (1st Cir. 2016). *Ayala v. Kia Motor Corporation*, 633 F.Supp.3d 547 (2022);

Therefore, the attempt by Ermaksan to manufacture contradictory testimony through its Exhibit B Declaration of Senol Rodoplu should be stricken as to paragraph 6.

Respectfully submitted,
Ivan Laguna and Margarita Lopez
By their Attorneys,
*/s/Michael J. Mascis*
Richard J. Sullivan; BBO # 554085
Michael J. Mascis; BBO # 541772
Sullivan & Sullivan, LLP
83 Walnut Street
Wellesley, MA 02481
(781) 263-9400
rsullivan@sullivanllp.com
mmascis@sullivanllp.com

**CERTIFICATE OF SERVICE**

I, Michael J. Mascis, attorney for the plaintiffs, certify that on December 16, 2025, I caused to be electronically filed the foregoing Plaintiff Motion To Strike with the Clerk of Court using the ECF system, which will send notification of such filing to all counsel of record.

*/s/Michael J. Mascis*
Michael J. Mascis

4

# EXHIBIT 1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

NO. 3:23-CV-30016

- - - - - - - - - - - - - - - - - - - - - - - - - x

Ivan Laguna and Margarita

Lopez,

       Plaintiffs,

    v.

Lazer Safe, Pty., Ltd., Fiessler

Elektronik GmbH & Co., KG., Ermak

USA, Inc., Ermaksan Turkey, aka

Ermaksan Makina Sanayi Ve Ticaret

A.S., and John Doe Distributor,     VOLUME 1

       Defendants.           PAGES 1 - 47

- - - - - - - - - - - - - - - - - - - - - - - - - x

AUDIOVISUAL DEPOSITION TAKEN VIA ZOOM OF

SENOL RODOPLU

Tuesday, October 29, 2024 at 10:05 a.m.


Reporter:  Lori-Ann London, RPR, Mass. CSR #153020

———————————————

LONDON STENOGRAPHY LLC
P.O. Box 155
Manomet, MA 02345
774.259.0646
londonreporter@comcast.net

REMOTE APPEARANCES OF COUNSEL

(All parties present from their respective

locations via Zoom videoconferencing)

On Behalf of the Plaintiff:

SULLIVAN & SULLIVAN, LLP

83 Walnut Street

Wellesley, Massachusetts 02481

781.263.9400

By:  MICHAEL J. MASCIS, ESQUIRE

mmascis@sullivanllp.com

On Behalf of Defendant Lazer Safe Pty. Ltd.:

LITCHFIELD CAVO

Suite 1006 Kimball Lane

Lynnfield, Massachusetts 01940

781.309.1500

By:  NORA ADUKONIS, ESQUIRE

johnsonk@litchfieldcavo.com

(Continued)

REMOTE APPEARANCES OF COUNSEL (Continued)


On Behalf of Defendants Fiessler Elektronik GmbH:

     REED SMITH

     225 Fifth Avenue, Suite 1200

     Pittsburgh, Pennsylvania 15222

     412.288.7242

     By:  PATRICIA ANTEZANA, ESQUIRE

          pantezana@reedsmith.com

          skaiser@reedsmith.com's


On Behalf of Defendants Ermak USA, Inc. and

Ermaksan Turkey:

     ATOM LAW GROUP

     770 N LaSalle Street, Suite 700

     Chicago, Illinois 60654

     312.943.8000

     By:  SEAN M. SHARP, ESQUIRE

          ssharp@atom.law


ALSO PRESENT:


     David Woodford, Legal Video Specialist

A    Yes, we do.

Q    Do you have staff at Ermak USA that does training and installation?

A    Yes, we do have our own staff, provide installation training.

Q    What department would those -- would cover those functions?

A    Technical service department.

Q    And at -- does Ermaksan Turkey also have technicians or service experts?

A    Yes, they also do have technical service team at Ermaksan.

Q    And are they ever involved -- oh.  I'm sorry.

A    Yes, they do have, at Ermaksan Turkey, their own technical service team as well.

Q    And I apologize for talking over you, but unlike normal conversation, I think we both have to wait until we get our -- our questions and answers out, but I'll work on that.

For Ermaksan Turkey technicians, do -- do they come to the United States to assist when there's -- if there's a situation that needs repair or attention?

A    Whenever I need extra help with my customer, yes, I do ask them for support, and based on my inquiry, they do come here to support my customers.

Q    And as far as the sales of Ermak USA, are they across -- do they include Massachusetts as a place where sales are conducted?

A    Yes, we do sell in state of Massachusetts as well as Ermak USA.

Q    And do you -- does Ermak USA use social media or the Internet to market or sell its products?

A    Yes, we do use social media.

Q    Are you involved in the Ermak USA or the Ermaksan Turkey website?

A    What -- what exactly do you mean by "involved"?

Q    I mean are sales conducted over the website for Ermak USA?  And then I'll ask also for Ermaksan Turkey.

A    We -- we -- we don't have sales.  We don't -- we don't have sales that's going through website.  We don't sell through website.

Q    Do you -- does Ermak USA operate a

information so we can -- so we would know what type of equipment we are working with so I can convey this information to our service department.  In this email he is replying this is the machine information, serial number, et cetera, et cetera.

Q    And was your understanding that there was a prob -- the machine was not able to function at this point?

A    As can read from the email, there are error codes on the machine and it's not functionable.

Q    Yeah.  Mr. Searles, here, on this last sentence here, talks about that they've been inoperable for three weeks.  Do you recall talking to him about that?

A    Talking -- you mean over the phone or via email communicating?

Q    Communicating in any manner.

A    Yeah, all our communications were via email.

Q    Okay.  And did you -- when you say you spoke with technical, was that the technical department within Ermak USA or did you have to reach out to Ermaksan Turkey?

A    I had to reach out to Ermaksan Turkey technical service team.

Q    And then -- okay, let's look at -- I've got one more to show you, I think.  Let's see.

(Exhibit 4 marked for

identification.)

Exhibit No. 4 is...

(Screen sharing.)

Q    Exhibit No. 4 is dated October 15, 2019, it looks like it's from you to Mr. Searles, Ken Searles?

A    Um-hm.

Q    And it's referring to a quotation for a light guard.  Do you recall what type of light guard you were getting quotes for?

A    I do not recall in detail, but the information I was provided must have been based on his machine features in the -- in the information he provided in the previous email.

Q    Would there be any other records about the communication you had with -- regarding the light guard and the pricing?

A    It's all via email.  We communicated via email.

Q    And would you -- would you have communicated with Ermaksan Turkey about this?

A    Again, via email.  Any infor -- discussing technical issues or topics, it -- it's way easier to provide misunderstanding and, again, there are serial numbers, [inaudible] features involved in such communications, that's why, even when we communicate among each other, we all refer [sic] to communicate via email to prevent any -- to have everything in written format so we -- we have the serial numbers, we have the correct exact information.  That's why, again, with the customer or internally we always refer [sic] to communicate via email, especially for technical or specific topic like this.

Q    And would there be someone at Ermak Turkey that would provide you with the quotations for the -- the costs?

A    That is correct.  All the information I'm -- I'm conveying here to -- to my customer, I receive the information from Ermaksan factory and then convey this to my customer.

Q    And was this -- was this quotation, was it for -- for a Lazer Safe light guard?

A   Can -- can you zoom in a little bit more? 'Cause I'm trying to see this --

Q   Yeah.

A   -- from my phone and...

(Zooming in on document.)

A   Yes.  Let me see.  Yes, this -- this -- this is good now, yes.

(Witness perusing document.)

A   Yes.  What is your question about this email here?

Q   Would this have been -- the light guard that's compatible, would that be the Lazer Safe guard?

A   Yes, that -- that would be -- that would be it, yes.

Q   And as far as installation of the guard that -- that was to be sold, who would provide the installation?

A   Usually, we recommend to do installation of such delicate components.  Regardless of the nature of the components, whether it's a safety or the switch or anything on the machine, whenever we got inquiry from customer for spare part, we always recommend them to do the install of the spare part

to make sure it is gonna be done the right way by factory-trained engineers and technicians.  Some of our customers choose to use our service, some of them do not.  That's why, as a standard procedure, I didn't say I offered spare part and our service expertise for this matter to -- to my customer here.

Q    And do you know, would there be any records of who performed the installation in this situation?

A    I do not know who did the installation, but based -- to my knowledge, customer -- as far as I can remember, customer chose to buy equipment from us, Ermak USA, but did not use us to install this because he mentioned in his email that we were expensive.

Q    Would -- would the installation be done by the Ermak USA employees or Ermaksan Turkey employees?

A    You mean if customer decided to go with -- with the installation --

Q    Yeah.

A    -- of this?

Q    Yeah.

A    At that time, 2019, I would have -- I would have hired Ermaksan employee to do this install. I would not do this, you know, with -- with my own employee.

Q    And -- and do you know, would there be -- if -- if Ermaksan had done the installation, would there be a record of it?

A    If Ermaksan had done installation, they would -- they would have the record of this installation, that is correct.

Q    And -- okay. All right. Thank you.

Let's see. I'm gonna show you Exhibit No. 6.

(Exhibit 6 marked for

identification.)

(Screen sharing.)

Q    Now, Exhibit 6 -- I can blow it up a little, but --

A    Yes, please.

Q    -- it appears to be -- well, could you tell me, what does it -- what does this look -- this picture show us?

A    Can you zoom in a little bit more, please?

Q   Yeah.  I can go from side to side bigger.

That's as big as -- yeah, the picture's a little cut off.  Here we go.

This is the left side of the picture.

A   Okay.

Q   And I can -- you can see a reference here to "Lazer Safe."

A   Okay.

Q   And it appears to be -- well, do you know if this is a package that was sent?

A   I would not know.

Q   Okay.  There's a reference on the other side of the photo -- I'll move it across.

A   Um-hm.

Q   There's just a reference here that -- there's some handwriting in the section called "Software Ver."  Do you know what that's -- that's referring to, the "KERN"?

A   No, I would not know.

Q   I -- I agree it's an incomplete picture, but that's what we have.

A   Um-hm.

Q   Okay.  Regarding your role VP of sales, did you have anyone at Lazer Safe that you would

contact at any time for -- for purposes of sales in United States?

A    No, I do not communicate with component manufacturing directly.

Q    Okay.  And do you -- does the name Mehmet Tatli, M-E-H-M-E-T, last name T-A-T-L-I, do you recognize that name as one at Lazer Safe?

A    I -- I have heard his name.  I have seen his name in email chain.

Q    Yeah.  Do you -- and regarding an Ermak USA technician named Ali Evei, E-V-E-I --

A    Um-hm.

Q    -- was he employed by Ermak USA in 2019?

A    No, he was not.

Q    Was he employed by Ermaksan Turkey?

A    Yes, he was.

Q    Okay.  And are you aware of communication between Mr. Evei, at -- from Ermaksan Turkey, to Mr. Tatli, in Lazer Safe, regarding this 2019 issue at International Container Company?

A    I have seen their communication via email discussing back and forth.

Q    And what -- what do you recall about those -- what were the gist of those emails back

Page 42

and forth?

A    Well, since I'm not the technical person, I -- I -- I would not know exactly, but I can tell they were discussing how to solve the issue on that particular press brake.

Q    Okay.  Do you know, did that result in Lazer Safe sending components directly to Massachusetts?

A    Well, I -- the way we work is, even with our -- with our -- with the company that provide components to Ermaksan, they usually never send components directly from, you know, from their -- their -- their location to customer directly.  They would send it to Ermaksan, Ermaksan would send it to us, and we would send it to the customer.  There's a way of -- way of communicating and way of, you know, providing necessary part, but I would not recall -- or I would not think Lazer Safe or any components manufacturing would send or ship any parts directly from their headquarters to end user.

Q    Would Ermaksan Turkey have records of the various transactions for the -- for the delivery from Lazer Safe to Ermak USA to Massachusetts?

A    Yeah, Ermaksan spare part department must

# EXHIBIT 2

| | |
|---|---|
| **From:** | ALI EVCI <a.evci@ermakusa.com> |
| **Sent:** | Monday, October 7, 2019 9:29 AM |
| **To:** | mmenard@internationalcontainerco.com |
| **Cc:** | SERVICE; HULYA YILMAZ; SENOL RODOPLU; ILKER KARAKAYA |
| **Subject:** | RE: Lazer safe PCSS com. error ( I need help please!) |

Hello,

New PCSS unit should be programmed according to your machine, that's why any random PCSS unit won't work.

*Best Regards,*



Ali Evci
Technical Service Department

Organize Sanayi Bölgesi, Lacivert Cad.
No:6 16065 Nilüfer, Bursa, TURKIYE
P: +90 224 294 75 00 (196)
ali.evci@ermaksan.com.tr | ermaksan.com.tr

ERMAKSAN
INNOVATIVE TECHNOLOGIES

**From:** mmenard@internationalcontainerco.com [mailto:mmenard@internationalcontainerco.com]
**Sent:** Monday, October 07, 2019 4:15 PM
**To:** ALI EVCI
**Subject:** RE: Lazer safe PCSS com. error ( I need help please!)

Good Morning,
Turns out that I need a new PCSS F . Does this module need to Come from Ermak or can I buy a duplicate module from somewhere close to me to get my machine up and running faster?
Thank You
Mike
-----Original Message-----
From: "ALI EVCI" <ali.evci@ermaksan.com.tr>
Sent: Friday, October 4, 2019 1:54am
To: "mmenard@internationalcontainerco.com" <mmenard@internationalcontainerco.com>
Cc: "SENOL RODOPLU" <s.rodoplu@ermakusa.com>, "SERVICE" <service@ermaksan.com.tr>, "AHMET MEKIK" <ahmet.mekik@ermaksan.com.tr>, "HULYA YILMAZ" <h.yilmaz@ermakusa.com>
Subject: RE: Lazer safe PCSS com. error ( I need help please!)

Hello,

This error can be occured because of cable between controller and Lazersafe unit. It might me loosed.

*Best Regards,*

ERM0132



**From:** HULYA YILMAZ
**Sent:** Thursday, October 03, 2019 5:54 PM
**To:** UFUK KOCAEL; AHMET MEKIK; ALI EVCI
**Cc:** SENOL RODOPLU
**Subject:** FW: Lazer safe PCSS com. error ( I need help please!)

Merhabalar,

Asagidaki sorunla ilgili yardimci olabilir misiniz?

Saygilarimla,

*"Excellence in Fab Equipment Sales and Service"*



**From:** mmenard@internationalcontainerco.com <mmenard@internationalcontainerco.com>
**Sent:** Thursday, October 3, 2019 9:43 AM
**To:** HULYA YILMAZ <h.yilmaz@ermakusa.com>
**Subject:** Lazer safe PCSS com. error ( I need help please!)

Good Morning,
I'm having an issue with my Ermak Pressbrake.
SN20071136
CNC SAP 12' X 220"
Brake ran fine this Morning and then  the error message came up.
( D3156 : LazerSafe PCSS communication error )
Please, Can you give me some guidance on how to fix this issue?
Im under the gun here and I need this machine up and running ASAP.
Thank You For your assistance

Michael menard
International Container Co.
110 North Bridge St., Holyoke , Mass 01089
P: 1-413-246-7503

2

ERM0133

| | |
|---|---|
| **From:** | SENOL RODOPLU <s.rodoplu@ermakusa.com> |
| **Sent:** | Thursday, October 17, 2019 10:10 AM |
| **To:** | UMIT YILDIZ; YUSUF OZTURK |
| **Cc:** | UFUK KOCAEL; HULYA YILMAZ; ALI EVCI |
| **Subject:** | FW: Ermaksan Brake |
| **Attachments:** | RE: Ermaksan Press Brake (35.7 KB) |

Arkadaslar,

INTERNATIONAL CONTAINER firmasindaki isin koruma sorunu icin ekteki teklifi gondermistiniz ve elektrik bolumu daha ucuz bir alternative icin calisiyor demistiniz.

Musteriye farkli bir firmanin yaptigi teklif asagidadir. Bizim ERMAKUSA olarak alis fiyatimizdan bile daha ucuz.

Musteri parcayi onlardan alsam siz sadece programi atabilir misiniz diyor?

Veya musteriye biz bu isin korumayi sasagidaki firma ile ayni fiyata satalim baskasina kaptirmayalim musterimizi?

Bu da sizin ErmakUSA'ye bunu 20% indirimle vermeniz demek, $6,500x 0.80= $5,200 biz de bunun uzerine 25% kay koyariz $6,500"e musterinin isini cozeriz.

Ne dersiniz?

Senol Rodoplu
VP of Sales
ERMAKUSA
Cell: +1 630-512-7604

On 10/16/19, 11:43 AM, "Ken Searles" <ksearles@internationalcontainerco.com> wrote:

  Hi Senol, here is the information we gathered from a company that works with Laser Safe.

  -----Original Message-----
  From: "mmenard@internationalcontainerco.com" <mmenard@internationalcontainerco.com>
  Sent: Wednesday, October 9, 2019 12:59pm
  To: "kenco.com" <ksearles@internationalcontainerco.com>
  Subject: FW: RE: Piece of shit brake

  -----Original Message-----
  From: "Gary Holdson" <Gary@thcollc.com>
  Sent: Wednesday, October 9, 2019 12:16pm
  To: "mmenard@internationalcontainerco.com" <mmenard@internationalcontainerco.com>
  Cc: "Jeff Tannehill" <jeff@guardomation.com>

  Michael,

1

ERM0134

Yes but I needed to chase down my partner as I wanted to reduce our margin on this, which he agreed to. The PCSS-F1 has been discontinued for many years now. Lazersafe is still in a position to offer you options. Most press brake manufacturers which use Lazersafe have developed a conversion package to the new PCSS-A platform which is fairly economical. Unfortunately Ermaksin isn't one of them. Below is a copy of the Email I received from Lazersafe outlining the options.

OPTION 1 - Replacement

We can still supply the PCSS-F1 model (normal lead time is about two weeks). Your price is as follows;

Product code: 0013000700
Description: PCSS-F1 w/guard counter
Price: $5,990.00 EXW

There is an additional fee of $260.00 to load the Ermak specific application program (assuming we can get it).

If the customer's system has the 2209 / A201 codes, then the application program would not be running so they would not be able to get the program name off the PCSS-F display. In this case, we need to contact Ermaksan to see if they have a record of the version for their machine, or we need to spend time trying to match up the machine schematics with a range or Ermak applications to see if we can find a match.

What we will need is;
Photo of the machine ID plate to show the model and serial number.
Copy of the machine electrical drawings.
A few photos of the machine and the inside of the electrical cabinet. We also need a photo of the CNC to identify the make and model.


OPTION 2 – Repair

We can get the faulty unit back to Perth for evaluation to see if it can be repaired (and what the cost would be). A minimum assessment fee of USD 160.00 would apply (plus shipping costs). The normal lead time is 4 – 6 weeks plus shipping.

As with option 1, we would need to identify and get a copy of the Ermak application program so it can be loaded into the unit after repair and testing is complete.

Please feel free to contact us with any questions you may have. We would need a hard copy PO or a credit card number to arrange pickup of your unit.


Best Regards,
Gary Holdson
THCO LLC.
423-736-1201
gary@thcollc.com

From: mmenard@internationalcontainerco.com <mmenard@internationalcontainerco.com>
Sent: Wednesday, October 9, 2019 10:35 AM
To: Gary Holdson <Gary@thcollc.com>
Subject: Re: Piece of shit brake

ERM0135

Good Morning Gary,Have you heard anything about the PCSS?
-----Original Message-----
From: "Gary Holdson" <[ Gary@thcollc.com ]( mailto:Gary@thcollc.com )>
Sent: Monday, October 7, 2019 9:45am
To: "[ mmenard@internationalcontainerco.com ]( mailto:mmenard@internationalcontainerco.com )" <[ mmenard@internationalcontainerco.com ]( mailto:mmenard@internationalcontainerco.com )>
Subject: Re: Piece of shit brake

Good Morning Michael,

I spoke with Lazersafe. I need you to look at the PCSS unit and see if there is any serial number tag or a bar code on it. If not get me a photo of the unit. There were a few variations of the F model.

Best Regards,

Gary Holdson

THCO LLC

423-736-1201

From: [ mmenard@internationalcontainerco.com ]( mailto:mmenard@internationalcontainerco.com ) <[ mmenard@internationalcontainerco.com ]( mailto:mmenard@internationalcontainerco.com )>
Sent: Friday, October 4, 2019 3:01:39 PM
To: Gary Holdson <[ Gary@thcollc.com ]( mailto:Gary@thcollc.com )>
Subject: Piece of shit brake

So, here is what I have
Ermak  press brake
PCSS F
code on the lazersafe module inside the cabinet  on ( channel 1 is 2209 ) & on ( channel 2 is A201 )
I think you said external ram test fail.
Thank you very much for your help.
Michael Menard
110 North Bridge street Holyoke mass, 01040
International Container Company

3

ERM0136

| | |
|---|---|
| **From:** | SENOL RODOPLU <s.rodoplu@ermakusa.com> |
| **Sent:** | Tuesday, July 30, 2019 9:23 AM |
| **To:** | UFUK KOCAEL |
| **Cc:** | AHMET MEKIK; HULYA YILMAZ; ILKER KARAKAYA |
| **Subject:** | FW: Ermaksan Press Brake |

Ufuk müsaitsen buna bakabilir misin?
Bu müşteriyi ben iki sene once ziyaret etmiştim yeni makine projeleri icin, ERMAKSAN musterisiler.
Simdi de ERMAKSAN makinesinin kontrolöründe CORRUPT FILE READ mesajı cikiyormus. sorun ne olabilir diyorlar?
Yardimci olabilir misin kendilerine direkt beni de cc de tutarak?

Senol Rodoplu


On 7/30/19, 9:19 AM, "Ken Searles" <ksearles@internationalcontainerco.com>
wrote:

>Hi Senol, here is the information on our current machine:
>
>Year: 2007
>Model: CNCSAP 12 x 220
>SER #: SN20071136
>TON: 220
>
>CONTROL
>DELEM
>TYPE: DA-66WE
>SER #: 29374
>
>It's showing an error on the screen when you start it up that reads
>"Corrupt file read"
>
>Any help I can get would be great. We really need to get this machine
>up and running.
>
>Thank you,
>Ken Searles
>International Container Co., LLC
>(413) 538-9200
>www.internationalcontainerco.com
>

1

ERM0137

**From:**          Ken Searles <ksearles@internationalcontainerco.com>
**Sent:**          Wednesday, October 9, 2019 12:22 PM
**To:**            SENOL RODOPLU; SERVICE
**Cc:**            mmenard@internationalcontainerco.com; cwilson@internationalcontainerco.com; Joseph Searles; ILKER KARAKAYA
**Subject:**       FW: Ermaksan Press Brake
**Attachments:**   IMG_1743.jpg; IMG_1742.jpg; IMG_1741.jpg; IMG_1740.jpg; IMG_1739.jpg; IMG_1738.jpg

Hi Senol, here is the information you asked for.

The error code on the lazersafe module inside the cabinet  on ( channel 1 is 2209 ) & on ( channel 2 is A201 )

Machine Information.
Year: 2007
Model: CNCSAP 12 x 220
SER #: SN20071136
TON: 220

CONTROL
DELEM
TYPE: DA-66WE
SER #: 29374

Please let me know the quickest way to handle this. We've been inoperable for three weeks now and NEED to be back up running asap.
Thank you,
Ken Searles
International Container Co.
O:413-538-9200
C:413-478-5998

ERM0138

Sent from my iPhone

2

ERM0139

| | |
|---|---|
| **From:** | ALI EVCI <a.evci@ermakusa.com> |
| **Sent:** | Monday, October 7, 2019 3:55 AM |
| **To:** | Mehmet Tatli via RT <customerservice@lazersafe.com.au> (customerservice@lazersafe.com.au) |
| **Cc:** | SERVICE |
| **Subject:** | FW: Lazer safe PCSS com. error ( I need help please!) |
| **Attachments:** | IMG_1725.jpg; IMG_1724.jpg |

Hello,

Communication error appears at one of our 2007 pressbrake  with Lazersafe PCSS and the code on PCSS dsplay is 2209. As far as we understand from the condition codes, this is "internal fault detected "error. Is there anything else that can be done other than replacing PCSS? The machine is in America.

*Best Regards,*



**From:** Mehmet Tatli [mailto:mehmet.tatli@lazersafe.com]
**Sent:** Monday, October 07, 2019 8:31 AM
**To:** ALI EVCI
**Cc:** SERVICE
**Subject:** RE: Lazer safe PCSS com. error ( I need help please!)

Ali bey günaydın,

Emaili customerservice@lazersafe.com adresine göndermenizi rica ediyorum.

Regards

**Mehmet TATLI**
Customer Service

| | | |
|---|---|---|
| **Lazer Safe Pty Ltd** | **T** +61 8 9249 4388 | **Follow Us:** |
| 27 Action Road | **F** +61 8 9249 6011 |  |
| Malaga, WA 6090 | **M** +90 532 566 6879 | |
| Australia | **E** mehmet.tatli@lazersafe.com | |

1

ERM0140







**From:** ALI EVCI <ali.evci@ermaksan.com.tr>
**Sent:** Friday, October 4, 2019 5:14 PM
**To:** Mehmet Tatli <mehmet.tatli@lazersafe.com>
**Cc:** SERVICE <service@ermaksan.com.tr>
**Subject:** FW: Lazer safe PCSS com. error ( I need help please!)

Mehmet Bey merhaba,

2007 model Lazersafe'li bir makinamızda Lazersafe communitication error hatası üzerine müşteriye PCSS 'i kontrol ettirdiğimizde PCSS displayinde 2209 hatası okuyoruz. Condition code lardan anladığımız kadarı ile "internal fault detected" hatası. PCSS'i değiştirmekten başka yapılabilcek bir şey varmıdır? Makine Amerika'da.


*Best Regards,*

Ali Evci
Technical Service Department

Organize Sanayi Bölgesi, Lacivert Cad.
No:6 16065 Nilüfer, Bursa, TURKIYE

P: +90 224 294 75 00 (196)
ali.evci@ermaksan.com.tr  |  ermaksan.com.tr

**ERMAKSAN**
INNOVATIVE TECHNOLOGIES

**From:** mmenard@internationalcontainerco.com [mailto:mmenard@internationalcontainerco.com]
**Sent:** Friday, October 04, 2019 5:05 PM
**To:** ALI EVCI
**Subject:** RE: Lazer safe PCSS com. error ( I need help please!)

The code I am getting is 2209
Thank You
Mike
-----Original Message-----
From: "ALI EVCI" <ali.evci@ermaksan.com.tr>
Sent: Friday, October 4, 2019 9:45am
To: "mmenard@internationalcontainerco.com" <mmenard@internationalcontainerco.com>

2

ERM0141

Cc: "SERVICE" <service@ermaksan.com.tr>
Subject: RE: Lazer safe PCSS com. error ( I need help please!)

This feature differs according to operating mode , key position, indexation, manual page, automatic page. So, i could not say an excat info on this. If, you are doubt about Lazersafe system, you can check the code appearing on Lazersafe PCSS unit inside electrical cabinet. And again i advise you to check the communication cable between CNC and Lazersafe unit.

*Best Regards,*



**From:** mmenard@internationalcontainerco.com [mailto:mmenard@internationalcontainerco.com]
**Sent:** Friday, October 04, 2019 4:11 PM
**To:** ALI EVCI
**Subject:** RE: Lazer safe PCSS com. error ( I need help please!)

The laser to the front light curtain is not on. should that be on right when the interface comes on or does it come on only when you press the test button and start?
Thank You
Mike
-----Original Message-----
From: "ALI EVCI" <ali.evci@ermaksan.com.tr>
Sent: Friday, October 4, 2019 1:54am
To: "mmenard@internationalcontainerco.com" <mmenard@internationalcontainerco.com>
Cc: "SENOL RODOPLU" <s.rodoplu@ermakusa.com>, "SERVICE" <service@ermaksan.com.tr>, "AHMET MEKIK" <ahmet.mekik@ermaksan.com.tr>, "HULYA YILMAZ" <h.yilmaz@ermakusa.com>
Subject: RE: Lazer safe PCSS com. error ( I need help please!)

Hello,

This error can be occured because of cable between controller and Lazersafe unit. It might me loosed.

*Best Regards,*



ERM0142